# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA, | ) |
| v. | ) Case No. 1:23-cv-03621-SCJ |
| MARK R. MEADOWS, | ) |
| *Defendant.* | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Mark R. Meadows appeals to the U.S. Court of Appeals for the Eleventh Circuit from the Order, Dkt. No. 69, issued by Judge Steve C. Jones on September 8, 2023.

1

Dated: September 8, 2023

Joseph M. Englert
MCGUIREWOODS LLP
1230 Peachtree St., N.E., Suite 2100
Atlanta, GA 30309
(404) 443-5500
Jenglert@mcguirewoods.com

Respectfully submitted,

*/s/ George J. Terwilliger III*

George J. Terwilliger, III*
John S. Moran*
Michael Francisco*
Robert J. Bittman*
Emily Erb Kelley*
Francis J. Aul*
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700
gterwilliger@mcguirewoods.com
jmoran@mcguirewoods.com
mfrancisco@mcguirewoods.com
rbittman@mcguirewoods.com
ekelley@mcguirewoods.com
faul@mcguirewoods.com
* Admitted *Pro Hac Vice*

*Counsel to Mark R. Meadows*

## CERTIFICATE OF SERVICE

On September 8, 2023, the foregoing *Notice of Appeal* was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This, the 8th day of September, 2023.


 /s/ John S. Moran

John S. Moran*
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700
jmoran@mcguirewoods.com
* Admitted *Pro Hac Vice*

3

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14-point Times New Roman font was used for this document and that it has been formatted in compliance with Local Rule 5.1.

This, the 8th day of September, 2023.

/s/ John S. Moran

John S. Moran*
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-1700
jmoran@mcguirewoods.com
* Admitted *Pro Hac Vice*