| 09/08/2023 | 71 | NOTICE OF APPEAL as to 69 Order, by Mark Randall Meadows. Filing fee $ 505, receipt number AGANDC-12873016. |

USCA11 Case: 23-12958　　Document: 2　　Date Filed: 09/11/2023　　Page: 1 of 1