# **Exhibit 5**

Declaration of B. Williamson
*Defense Exhibit 4, August 28 Hearing*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-03621-SCJ |
| ) | |
| MARK R. MEADOWS, ) | |
| ) | |
| *Defendant.* ) | |

## DECLARATION OF BENJAMIN WILLIAMSON

I, Benjamin Williamson, declare as follows:

1. From March 2020 to January 2020, I served as Deputy Assistant to the President and Senior Advisor to the Chief of Staff. In that role, I reported directly to then-White House Chief of Staff Mark Meadows.

2. My role included advising Mr. Meadows on communications, personnel, policy implementation, strategy, and administrative matters.

3. I witnessed Mr. Meadows carrying out his role as White House Chief of Staff both prior to and after the 2020 Presidential Election. I was also in frequent contact with Mr. Meadows, usually speaking to him multiple times per day.

4. In my experience, the White House Chief of Staff is available and serves the President 24 hours a day, 7 days a week. He is responsible for keeping the trains running on time for the White House as well as the entire Executive Branch of the federal government.

EXHIBIT
Defense
Ex. 4

5. As Chief of Staff, Mr. Meadows was responsible for administering the planning and scheduling of the President's meetings, telephone conferences, and other engagements, regardless of subject matter.

6. As Chief of Staff, Mr. Meadows's general practice was to attend many but not all of the meetings between the President and other parties, regardless of the meeting's subject matter.

7. It is part of the duties of the Chief of Staff to attend meetings, telephone conferences, and other engagements with the President so that (a) he is aware of the issues and information provided to the President; (b) he is aware of any decisions made; (c) he is able to follow up with the President or other parties as necessary after the meeting; and (d) he can provide advice to the President and/or arrange for the President to be provided with relevant advice.

8. As Chief of Staff, Mr. Meadows frequently communicated with members of Congress, including asking Members for information relating to their home states. Such requests included requests for contact information for political figures and other individuals with whom the President wished to speak.

9. The Chief of Staff does not always know the basis for the President's requests, and he would not necessarily ask. It was his duty to communicate the President's thoughts and requests in order to further the President's interests.

10. During a Presidential campaign, the Incumbent President sometimes meets with advisors to the campaign. The White House Chief of Staff often attends these meetings as part of his official duties as Chief of Staff in order to monitor any requests for follow-up, requests from the advisors, requests from the President, and/or coordination of schedules.

11. As Chief of Staff, Mr. Meadows would request other members of the staff—at his own direction or the direction of the President—to research and analyze issues of importance to the President.

12. In December 2020, Mr. Meadows traveled to the Cobb County Civic Center as part of his duties as Chief of Staff to learn and relay information of relevance to the President.

13. As Chief of Staff, Mr. Meadows often accompanied the President to meet with state and local government officials.

14. Mr. Meadows would often personally arrange phone calls or meetings on matters of priority to the President, as—based on my experience—an individual is more likely to confirm a call or meeting if the Chief of Staff requested the call or meeting on behalf of the President rather than the White House Switchboard operator.

15. The Executive Office of the President under multiple administrations has included an Office of Political Affairs, which is responsible for political outreach to voters, grassroots organizers, state officials, and other constituencies.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this, the 27th day of August 2023.

_____

Benjamin Williamson