# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

_____

THE STATE OF GEORGIA,

                              Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

BY THE COURT:

| 2 | Order of the Court | 23-12958 |

Appellee's response to the "Emergency Motion for Stay Pending Appeal and for Expedited Review" is due by 12:00 p.m. EST on Wednesday, September 13, 2023.

Additionally, the parties are DIRECTED to brief the following question:

> In certain circumstances, 28 U.S.C. § 1442(a)(1) permits "any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity," to remove a civil action or criminal prosecution from state court to federal court. Does that statute permit former federal officers to remove state actions to federal court or does it permit only current federal officers to remove? *Compare* 28 U.S.C. § 1442(a)(1), *with* 28 U.S.C. § 1442(b) (permitting removal of "[a] personal action commenced in any State court by an alien against any citizen of a State who is, or at the time the alleged action accrued was, a civil officer of the United States and is a nonresident of such State . . .").

Responsive briefs are due by 5:00 p.m. EST on September 13, and should be no more than ten pages.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION