IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

STATE OF GEORGIA,

    *Plaintiff/Appellee*,

v.

MARK RANDALL MEADOWS,

    *Defendant/Appellant.*

No. 23-12958

**TIME-SENSITIVE MOTION
OF *AMICI CURIAE* ERWIN CHEMERINSKY, AMY LEE COPELAND,
SARAH R. SALDAÑA, AND SHAN WU FOR LEAVE TO FILE RESPONSE
IN OPPOSITION TO DEFENDANT-APPELLANT MARK R. MEADOWS'S
REQUEST FOR INJUNCTIVE RELIEF IN HIS EMERGENCY MOTION**

Jonathan L. Williams
STATES UNITED DEMOCRACY CENTER
400 NW 7th Ave. #14310
Fort Lauderdale, FL 33311
Tel.: (202) 999-9305
jonathan@statesuniteddemocracy.org

Maithreyi Ratakonda
STATES UNITED DEMOCRACY CENTER
165 Broadway, Office 2330
New York, NY, 10006
Tel.: (202) 999-9305
mai@statesuniteddemocracy.org

*Counsel for Amici Curiae*

*State of Georgia v. Mark Meadows*
No. 23-12958

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

To the best of *Amici's* knowledge, no associations of persons, partnerships, or corporations have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock. The following is a list of all trial judges, attorneys, law firms, and persons with such an interest:

1.    Anulewicz, Christopher Scott, attorney for Robert David Cheeley

2.    Arora, Manubir, attorney for Kenneth John Chesebro

3.    Aul, Francis, attorney for Mark R. Meadows

4.    Ayer, Donald B., *amicus*

5.    Barron, Lynsey M., attorney for Scott Graham Hall

6.    Beckermann, Wayne R., attorney for Robert David Cheeley

7.    Bever, Thomas Dean, attorney for Shawn Micah Tresher Still

8.    Bittman, Robert, attorney for Mark R. Meadows

9.    Bondurant Mixson & Elmore LLP

10.   Carr, Christopher M., Attorney General of the State of Georgia

11.   Cheeley, Robert David, Defendant in *Georgia v. Trump*

12.   Chemerinsky, Erwin, *amicus*

*State of Georgia v. Mark Meadows*
No. 23-12958

13.    Chesebro, Kenneth John, Defendant in *Georgia v. Trump*

14.    Christenson, David Andrew, *pro se*, denied intervention below

15.    Clark, Jeffrey Bossert, Defendant in *Georgia v. Trump*

16.    Cohen, Darryl B., attorney for Trevian C. Kutti

17.    Copeland, Amy Lee, *amicus*

18.    Cromwell, William Grant, attorney for Cathleen Alston Latham

19.    Cross, Anna Green, Fulton County District Attorney's Office

20.    Cross Kincaid LLC

21.    Durham, James D., attorney for Mark R. Meadows in *Georgia v. Trump*

22.    Eastman, John Charles, Defendant in *Georgia v. Trump*

23.    Ellis, Jenna Lynn, Defendant in *Georgia v. Trump*

24.    Englert, Joseph Matthew, attorney for Mark R. Meadows

25.    Farmer, John J. Jr., *amicus*

26.    Floyd, Harrison William Prescott, Defendant in *Georgia v. Trump*

27.    Floyd, John Earl, Fulton County District Attorney's Office

*State of Georgia v. Mark Meadows*
No. 23-12958

28.    Francisco, Michael Lee, attorney for Mark R. Meadows

29.    Fried, Charles A., *amicus*

30.    Fulton County District Attorney's Office

31.    Gerson, Stuart M., *amicus* below

32.    Gillen, Craig A., attorney for David James Shafer

33.    Giuliani, Rudolph William Louis, Defendant in *Georgia v. Trump*

34.    Griffin Durham Tanner & Clarkson LLC

35.    Grohovsky, Julie, *amicus*

36.    Grubman, Scott R., attorney for Kenneth John Chesebro

37.    Hall, Scott Graham, Defendant in *Georgia v. Trump*

38.    Hampton, Misty (a/k/a Emily Misty Hayes), Defendant in *Georgia v. Trump*

39.    Harding, Todd A., attorney for Harrison William Prescott Floyd

40.    Hogue, Franklin James, attorney for Jenna Lynn Ellis

41.    Hogue, Laura Diane, attorney for Jenna Lynn Ellis

42.    Jones, Steve C., U.S. District Court Judge for the Northern District of Georgia

43.  Kammer, Brian S., attorney for *amici*

44.  Kelley, Emily E., attorney for Mark R. Meadows

45.  Kutti, Trevian C., Defendant in *Georgia v. Trump*

46.  Lake, Anthony C., attorney for David James Shafer

47.  Latham, Cathleen Alston, Defendant in *Georgia v. Trump*

48.  Lee, Stephen Cliffgard, Defendant in *Georgia v. Trump*

49.  Little, Jennifer L., attorney for Donald J. Trump

50.  Luttig, J. Michael, *amicus*

51.  MacDougald, Harry W., attorney for Jeffrey Bossert Clark

52.  McAfee, Scott, Fulton County Superior Court Judge

53.  McFerren, William Coleman, attorney for Shawn Micah Tresher Still

54.  McGuireWoods, LLP

55.  Meyer, Joseph Michael, attorney for *amici*

56.  Moran, John S., attorney for Mark R. Meadows

57.  Morgan, John Thomas III, attorney for *amici*

58.  Morris, Bruce H., attorney for Ray Stallings Smith, III

59.  Ney, Adam, Fulton County District Attorney's Office

*State of Georgia v. Mark Meadows*
No. 23-12958

60.   Novay, Kristen Wright, attorney for Ray Stallings Smith, III

61.   Palmer, Amanda, attorney for Ray Stallings Smith, III

62.   Parker, Wilmer, attorney for John Charles Eastman

63.   Pierson, Holly Anne, attorney for David James Shafer

64.   Powell, Sidney Katherine, Defendant in *Georgia v. Trump*

65.   Rafferty, Brian T., attorney for Sidney Katherine Powell

66.   Ragas, Arnold M., attorney for Harrison William Prescott Floyd

67.   Ratakonda, Maithreyi, attorney for *amici*

68.   Raul, Alan Charles, *amicus*

69.   Rice, Richard A., Jr., attorney for Robert David Cheeley

70.   Roman, Michael A., Defendant in *Georgia v. Trump*

71.   Rood, Grant H., Fulton County District Attorney's Office

72.   Sadow, Steven H., attorney for Donald J. Trump

73.   Saldaña, Sarah R., *amicus*

74.   Samuel, Donald Franklin, attorney for Ray Stallings Smith, III

75.   Shafer, David James, Defendant in *Georgia v. Trump*

76.   Smith, Ray Stallings, III, Defendant in *Georgia v. Trump*

77.    States United Democracy Center

78.    Still, Shawn Micah Tresher, Defendant in *Georgia v. Trump*

79.    Terwilliger, George J., III, attorney for Mark R. Meadows

80.    Trump, Donald J., Defendant in *Georgia v. Trump*

81.    Twardy, Stanley A. Jr., *amicus*

82.    Volchok, Daniel, attorney for *amici*

83.    Wade, Nathan J., Fulton County District Attorney's Office

84.    Wade & Campbell Firm

85.    Wakeford, Francis McDonald IV, Fulton County District Attorney's Office

86.    Waxman, Seth P., attorney for *amici*

87.    Weld, William F., *amicus*

88.    Wertheimer, Fred, attorney for *amici*

89.    Williams, Jonathan, attorney for *amici*

90.    Willis, Fani T., Fulton County District Attorney's Office

91.    Wilmer Cutler Pickering Hale and Dorr LLP

*State of Georgia v. Mark Meadows*
No. 23-12958

92.    Wooten, John William, Fulton County District Attorney's Office

93.    Wu, Shan, *amicus*

94.    Young, Daysha D'Anya, Fulton County District Attorney's Office

**STATEMENT OF TIME-SENSITIVE NATURE**: *Amici* seek to respond to Defendant-Appellant Mark R. Meadows's September 11, 2023 Emergency Motion for Stay Pending Appeal and for Expedited Review. Yesterday afternoon, the Court set a response deadline of 12:00 p.m. Although the Court has not established a timeline for decision of the motion, *Amici* request that the Court expedite ruling on this motion so that it may be considered in connection with Meadows's emergency motion.

*Amici curiae* former federal prosecutors and a federal courts scholar, Erwin Chemerinsky, Amy Lee Copeland, Sarah R. Saldaña, and Shan Wu respectfully move for leave to file the accompanying response in opposition to the injunctive relief sought in Mark Meadows's emergency motion. In support of their motion, *amici* state the following:

*Amici* can assist the Court "in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by [e]nsuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Mobile Cty. Water, Sewer & Fire Prot. Auth., Inc. v. Mobile Area Water & Sewer Sys., Inc.*, 567 F. Supp. 2d 1342, 1344 n.1 (S.D. Ala. 2008) (internal citations omitted), *aff'd*, 564 F.3d 1290 (11th Cir. 2009). Courts have also recognized that amicus filings are appropriate where "the amicus has a unique perspective or specific information that can assist the

1

court beyond what the parties can provide." *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 545 (7th Cir. 2003) (in chambers). This Court has previously granted leave to submit an *amicus* response to an emergency stay motion. *See* Mot. of Former Federal Prosecutors for Leave to File Opp'n to Emergency Motion to Stay, *Fulton Cty. Spec. Purpose Grand Jury v. Graham*, No. 22-12696 (11th Cir. filed Aug. 22, 2022). *Amici* respectfully submit that their proposed response may assist the Court in its decisional process and in its evaluation of the legal issues raised by the emergency motion.

*Amici curiae* are former federal prosecutors and a federal courts scholar. Together, *amici* have decades of experience with the issues raised in the emergency motion, including those regarding removal and collateral consequences in the federal and state court contexts. Moreover, given *amici's* decades of public service, their personal familiarity with the law enforcement and constitutional issues relevant here, and their commitment to the integrity of our democratic system, they maintain an active interest in the proper resolution of the questions raised by the emergency motion. Their proposed response is narrowly tailored to a key issue before the Court regarding the Court's ability to stay the state court's criminal proceedings during the pendency of the appeal. *Amici* approach this question with careful attention to law and prior practice, and in so doing have

2

drawn on their own professional experience. Furthermore, granting leave would not cause any delay or prejudice to the parties.

For the foregoing reasons, *amici* respectfully request that this Court grant them leave to file the accompanying response.

Respectfully submitted,

/s/ Jonathan Williams
Jonathan L. Williams
STATES UNITED DEMOCRACY CENTER
400 NW 7th Ave. #14310
Fort Lauderdale, FL 33311
Tel.: (202) 999-9305
jonathan@statesuniteddemocracy.org

Maithreyi Ratakonda
STATES UNITED DEMOCRACY CENTER
165 Broadway, Office 2330
New York, NY, 10006
Tel.: (202) 999-9305
mai@statesuniteddemocracy.org

*Counsel for Amici Curiae*

## APPENDIX: LIST OF *AMICI*

Erwin Chemerinsky is the Dean of the University of California Berkeley School of Law, where he holds the title of Jesse H. Choper Distinguished Professor of Law. He frequently argues appellate cases, including in the United States Supreme Court. He is the author of numerous books, including leading casebooks and treatises about constitutional law, criminal procedure, and federal jurisdiction and has authored over 200 law-review articles.

Amy Lee Copeland is a former Georgia federal prosecutor and criminal defense attorney.

The Honorable Sarah R. Saldaña is the former Director of Immigration & Customs Enforcement under President Barack Obama. Prior to her role at ICE, she served as the United States Attorney for the Northern District of Texas.

Shan Wu previously served as Counsel to Attorney General Janet Reno and as an Assistant United States Attorney in Washington, D.C.

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the applicable type-volume limitation under Federal Rule of Appellate Procedure 27(d)(2). According to the word-processing software's word count, there are 537 words in the applicable sections of this motion. I also certify that this motion complies with the applicable type-style requirements under Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6). The motion was prepared in 14-point, Times New Roman font.

/s/ Jonathan Williams
Jonathan L. Williams