In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12958

_____

THE STATE OF GEORGIA,

                                        Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

BY THE COURT:

2                          Order of the Court                    23-12958

The "Motion of *Amici Curiae* Erwin Chemerinsky, Amy Lee Copeland, Sarah R. Saldaña, and Shan Wu for Leave to File Response in Opposition to Defendant-Appellant Mark R. Meadows's Request for Injunctive Relief in his Emergency Motion" is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION