# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

_____

THE STATE OF GEORGIA,

                                      Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

BY THE COURT:

2                      Order of the Court                      23-12958

Appellant's request to expedite this appeal is GRANTED as follows:

Appellant's initial brief is due by Monday, September 18.

Appellee's response brief is due by Monday, September 25.

Appellant's reply brief is due by Thursday, September 28.

If the Court determines that oral argument is warranted, it will be scheduled at a later date.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION