McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

**John S. Moran**
Direct: 202.828.2817
Fax: 202.828.3327
jmoran@mcguirewoods.com

# McGUIREWOODS

September 13, 2023

**Via CM/ECF**

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, GA 30303

> Re:   *State of Georgia v. Mark R. Meadows*, No. 23-12958
>        Letter pursuant to Federal Rule of Appellate Procedure 28(j)

Dear Mr. Smith:

Defendant-Appellant Mark R. Meadows writes to bring to the Court's attention two recent developments relevant to his pending Emergency Motion for Stay Pending Appeal and for Expedited Review. *See* ECF No. 4, No. 23-12958 (11th Cir. Sept. 11, 2023).

First, in his Emergency Motion, Mr. Meadows informed this Court that he had moved for a stay in the district and would update this Court the district court ruled. *See id.* at 1 n.1. The district court has since denied Mr. Meadows's stay motion. *See* Order, *State of Georgia v. Mark R. Meadows*, No. 1:23-CV-03621-SCJ, ECF. No. 80 (N.D. Ga. Sept. 12, 2023) (Attachment A).

Second, Mr. Meadows raised in his Emergency Motion the risk that "the State will continue seeking to try Meadows ***in 42 days*** starting October 23, 2023." ECF No. 4, at 18. In its opposition, the State argues that "the October 23, 2023, trial date set for certain defendants may ultimately be of no consequence to" Mr. Meadows because, on September 6, he "filed a motion to sever in the Superior Court of Fulton County." ECF No. 11, No. 23-12958, at 13 n.3 (11th Cir. Sept. 13, 2023). Just yesterday, however, the State again asked the state court to bring all defendants, including Mr. Meadows, to trial on October 23. *See* State's Post-Hearing Brief, *State of Georgia v. Donald J. Trump, et al.*, Case No. 23SC188947 (Sept. 12, 2023) (Attachment B).

Mr. Meadows respectfully submits that these developments support his Emergency Motion and support the entry of a stay of the Remand Order, or alternatively, injunctive relief against further prosecution in state court pending appeal.

Sincerely,

*/s/ John S. Moran*
John S. Moran

*Counsel for Defendant-Appellant Mark R. Meadows*

Attachments (2)