# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

_____

THE STATE OF GEORGIA,

                                                                    Plaintiff-Appellee,

versus

MARK RANDALL MEADOWS,

                                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

Before WILSON, JORDAN, and ROSENBAUM, Circuit Judges.

| 2 | Order of the Court | 23-12958 |

BY THE COURT:

The Clerk's Office is DIRECTED to schedule oral argument via Zoom on Appellant's "Emergency Motion for Stay Pending Appeal and for Expedited Review" for 10:15 a.m. EST on Friday, September 15.