SPECIAL HEARING

# **SEPTEMBER 15, 2023**

# **10:15 A.M. (Eastern Time)**

# **ZOOM HEARING**

No.23-12958 – THE STATE OF GEORGIA v.
      MARK MEADOWS, Appellant

ATLANTA, GEORGIA
09/13/23