# **Exhibit B**

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA<br><br>v.<br><br>DONALD JOHN TRUMP,<br>RUDOLPH WILLIAM LOUIS GIULIANI,<br>JOHN CHARLES EASTMAN,<br>MARK RANDALL MEADOWS,<br>JEFFREY BOSSERT CLARK,<br>JENNA LYNN ELLIS,<br>RAY STALLINGS SMITH III,<br>ROBERT DAVID CHEELEY,<br>MICHAEL A. ROMAN,<br>DAVID JAMES SHAFER,<br>SHAWN MICAH TRESHER STILL,<br>STEPHEN CLIFFGARD LEE,<br>HARRISON WILLIAM PRESCOTT FLOYD,<br>TREVIAN C. KUTTI,<br>CATHLEEN ALSTON LATHAM,<br>SCOTT GRAHAM HALL, and<br>MISTY HAMPTON. | Indictment No.<br>23SC188947 |

**CASE SPECIFIC SCHEDULING ORDER**

This case is subject to the Court's Standing Case Management Order. *See* Amended Standing Case Management Order for Criminal Cases in Judge Scott McAfee's Division, 2023-EX-000227 (Aug. 24, 2023).[1] The rules and procedures contained within will govern the prosecution of this case and the conduct of the parties.

(1) <u>Discovery</u>: Initial discovery from all parties is due by October 6, 2023.

(4) <u>Motions</u>: All motions (other than motions *in limine*) are due by December 1, 2023.

(3) <u>Case Management/Pretrial Conference</u>: TBD.

(4) <u>Motions Hearing Date(s)</u>: TBD.

---

[1] available at
https://www.fultoncourt.org/sites/default/files/judges/forms/mcafee_criminal_cmo.pdf

**SO ORDERED** this, the 14th day of September, 2023.

_____
Judge Scott McAfee
Fulton Superior Court
Atlanta Judicial Circuit

Service via eFileGa