# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

_____

THE STATE OF GEORGIA,

                                                      Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

                                                     Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

Before WILSON, JORDAN, and ROSENBAUM, Circuit Judges.

| 2 | Order of the Court | 23-12958 |

BY THE COURT:

Appellant's motion to withdraw his emergency motion is GRANTED. The "Emergency Motion for Stay Pending Appeal and for Expedited Review" is WITHDRAWN.

The Clerk's Office is DIRECTED to cancel the oral argument scheduled on the motion.