## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 14, 2023

Francis Aul
McGuireWoods, LLP
888 16TH ST NW STE 500
WASHINGTON, DC 20006

Michael Lee Francisco
McGuireWoods, LLP
888 16TH ST NW STE 500
WASHINGTON, DC 20006

Brian Kammer
Law Office of Brian Kammer
241 E LAKE DR
DECATUR, GA 30030

John S. Moran
McGuireWoods, LLP
888 16TH ST NW STE 500
WASHINGTON, DC 20006

George James Terwilliger III
McGuireWoods, LLP
888 16TH ST NW STE 500
WASHINGTON, DC 20006

Daniel Stephen Volchok
Wilmer Cutler Pickering Hale & Dorr, LLP
2100 PENNSYLVANIA AVE NW
WASHINGTON, DC 20037

Seth Paul Waxman
Wilmer Cutler Pickering Hale & Dorr, LLP
2100 PENNSYLVANIA AVE NW
WASHINGTON, DC 20037

Jonathan L. Williams

States United Democracy Center
1101 17TH ST NW STE 250
WASHINGTON, DC 20036

Appeal Number: 23-12958-H
Case Style: The State of Georgia v. Mark Meadows
District Court Docket No: 1:23-cv-03621-SCJ

The enclosed order has been ENTERED.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action