UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 26, 2023

Francis Aul
McGuireWoods, LLP
888 16TH ST NW STE 500
WASHINGTON, DC 20006

Michael Lee Francisco
McGuireWoods, LLP
888 16TH ST NW STE 500
WASHINGTON, DC 20006

John S. Moran
McGuireWoods, LLP
888 16TH ST NW STE 500
WASHINGTON, DC 20006

George James Terwilliger III
McGuireWoods, LLP
888 16TH ST NW STE 500
WASHINGTON, DC 20006

Appeal Number: 23-12958-H
Case Style: The State of Georgia v. Mark Meadows
District Court Docket No: 1:23-cv-03621-SCJ

## DISMISSAL NOTICE

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files **BOTH** (1) a Civil Appeal Statement **AND** (2) a Motion to File Documents Out of Time. See 11th Cir. R. 33-1(a).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file

required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CAS-3 CAS overdue