**No. 23-12958**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

The State of Georgia,

*Plaintiff-Appellee*,

v.

Mark R. Meadows,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the Northern District of Georgia, No. 1:23-cv-03621-SCJ

# MOTION TO FILE DOCUMENTS OUT OF TIME OR OTHERWISE REMEDY THE DEFAULT

George J. Terwilliger, III
John S. Moran
Michael L. Francisco
Francis J. Aul
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006
(202) 857-2473
gterwilliger@mcguirewoods.com

*Counsel for Defendant-Appellant Mark R. Meadows*

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

To the best of Appellant's knowledge, no associations of persons, partnerships, or corporations have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock; the following is a list, in alphabetical order, of all trial judges, attorneys, law firms, and persons with such an interest.[1]

1. Alksne, Cynthia, *amicus* below
2. Anulewicz, Christopher Scott, attorney for Robert David Cheeley
3. Arora, Manubir, attorney for Kenneth John Chesebro
4. Aul, Francis, attorney for Mark R. Meadows
5. Ayer, Donald B., *amicus*
6. Barron, Lynsey M., attorney for Scott Graham Hall
7. Beckermann, Wayne R., attorney for Robert David Cheeley
8. Bever, Thomas Dean, attorney for Shawn Micah Tresher Still
9. Bittman, Robert, attorney for Mark R. Meadows
10. Bondurant Mixson & Elmore LLP

[1] For all parties who appeared below, Appellant has included the parties, their attorneys, and their attorneys' law firms. In order to facilitate this Court's review for potential conflicts, Appellant has also included the other named defendants in the state proceeding and their attorneys, where available.

11. Carr, Christopher M., Attorney General of the State of Georgia

12. Cheeley, Robert David, Defendant in *Georgia v. Trump*

13. Chemerinsky, Erwin, *amicus*

14. Chesebro, Kenneth John, Defendant in *Georgia v. Trump*

15. Childress, Marcus, attorney for *amici*

16. Christenson, David Andrew, *pro se*, denied intervention below

17. Clark, Jeffrey Bossert, Defendant in *Georgia v. Trump*

18. Cohen, Darryl B., attorney for Trevian C. Kutti

19. Copeland, Amy, *amicus* below

20. Cromwell, William Grant, attorney for Cathleen Alston Latham

21. Cross, Anna Green, Fulton County District Attorney's Office

22. Cross Kincaid LLC

23. Durham, James D., attorney for Mark R. Meadows in *Georgia v. Trump*

24. Eastman, John Charles, Defendant in *Georgia v. Trump*

25. Ellis, Jenna Lynn, Defendant in *Georgia v. Trump*

26. Englert, Joseph Matthew, attorney for Mark R. Meadows

27. Farmer, John J. Jr., *amicus*

28. Floyd, Harrison William Prescott, Defendant in *Georgia v. Trump*

29. Floyd, John Earl, Fulton County District Attorney's Office

30. Francisco, Michael Lee, attorney for Mark R. Meadows

31. Fried, Charles A., *amicus*

32. Frosh, Brian, *amicus*

33. Fulton County District Attorney's Office

34. Gerson, Stuart M., *amicus*

35. Gillen, Craig A., attorney for David James Shafer

36. Giuliani, Rudolph William Louis, Defendant in *Georgia v. Trump*

37. Graber, Mark A., *amicus*

38. Griffin Durham Tanner & Clarkson LLC

39. Grohovsky, Julie, *amicus* below

40. Grubman, Scott R., attorney for Kenneth John Chesebro

41. Hall, Scott Graham, Defendant in *Georgia v. Trump*

42. Hampton, Misty (a/k/a Emily Misty Hayes), Defendant in *Georgia v. Trump*

43. Harding, Todd A., attorney for Harrison William Prescott Floyd

44. Hogue, Franklin James, attorney for Jenna Lynn Ellis

45. Hogue, Laura Diane, attorney for Jenna Lynn Ellis

46. Jenner & Block, LLP

47. Jones, Steve C., U.S. District Court Judge for the Northern District of Georgia

48. Kallen, Michelle S., attorney for *amici*

49. Kammer, Brian S., attorney for *amici* below

50. Kelley, Emily E., attorney for Mark R. Meadows

51. Kutti, Trevian C., Defendant in *Georgia v. Trump*

52. Lake, Anthony C., attorney for David James Shafer
53. Latham, Cathleen Alston, Defendant in *Georgia v. Trump*
54. Lee, Stephen Cliffgard, Defendant in *Georgia v. Trump*
55. Little, Jennifer L., attorney for Donald J. Trump
56. Luttig, J. Michael, *amicus*
57. MacDougald, Harry W., attorney for Jeffrey Bossert Clark
58. Marshall, Mary E., attorney for *amici*
59. McAfee, Scott, Fulton County Superior Court Judge
60. McFerren, William Coleman, attorney for Shawn Micah Tresher Still
61. McGuireWoods, LLP
62. Meyer, Joseph Michael, attorney for *amici*
63. Miller, Tom, *amicus*
64. Moran, John S., attorney for Mark R. Meadows
65. Morgan, John Thomas III, attorney for *amici*
66. Morris, Bruce H., attorney for Ray Stallings Smith, III
67. Ney, Adam, Fulton County District Attorney's Office
68. Novay, Kristen Wright, attorney for Ray Stallings Smith, III
69. Palmer, Amanda, attorney for Ray Stallings Smith, III
70. Parker, Wilmer, attorney for John Charles Eastman
71. Pierson, Holly Anne, attorney for David James Shafer
72. Powell, Sidney Katherine, Defendant in *Georgia v. Trump*

73. Rafferty, Brian T., attorney for Sidney Katherine Powell

74. Ragas, Arnold M., attorney for Harrison William Prescott Floyd

75. Raul, Alan Charles, *amicus*

76. Rice, Richard A., Jr., attorney for Robert David Cheeley

77. Roman, Michael A., Defendant in *Georgia v. Trump*

78. Rood, Grant H., Fulton County District Attorney's Office

79. Sadow, Steven H., attorney for Donald J. Trump

80. Saldana, Sarah R., *amicus* below

81. Samuel, Donald Franklin, attorney for Ray Stallings Smith, III

82. Shafer, David James, Defendant in *Georgia v. Trump*

83. Shane, Peter M., *amicus*

84. Smith, Ray Stallings, III, Defendant in *Georgia v. Trump*

85. Still, Shawn Micah Tresher, Defendant in *Georgia v. Trump*

86. Terwilliger, George J., III, attorney for Mark R. Meadows

87. Trump, Donald J., Defendant in *Georgia v. Trump*

88. Twardy, Stanley A. Jr., *amicus* below

89. Volchok, Daniel, attorney for *amici*

90. Wade, Nathan J., Fulton County District Attorney's Office

91. Wade & Campbell Firm

92. Wakeford, Francis McDonald IV, Fulton County District Attorney's Office

93. Waxman, Seth P., attorney for *amici*

94. Weld, William F., *amicus*

95. Wertheimer, Fred, attorney for *amici*

96. Willis, Fani T., Fulton County District Attorney's Office

97. Wilmer Cutler Pickering Hale and Dorr LLP

98. Wooten, John William, Fulton County District Attorney's Office

99. Wu, Shan, *amicus* below

100. Young, Daysha D'Anya, Fulton County District Attorney's Office

**MOTION TO FILE DOCUMENTS OUT OF TIME OR OTHERWISE REMEDY THE DEFAULT**

Mr. Meadows respectfully requests permission to file out of time a Civil Appeal Statement and a Standalone Certificate of Interested Persons and Corporate Disclosure Statement.[2] Eleventh Circuit Rules 33-1(a) and 26-1-1 instruct the Appellant, Mr. Meadows, to file these materials within 14 days of the Civil Docketing Notice, which the Court issued September 11, 2023.

On September 8, 2023, the same day the district court entered judgment declining jurisdiction over this case, Mr. Meadows filed his notice of appeal. Mr. Meadows timely filed Appearance of Counsel forms and an Emergency Motion for Stay Pending Appeal and for Expedited Review. Appearance of Counsel forms included the case caption, along with attorneys' names and contact information. The Emergency Motion, which was later withdrawn, included the same information and a CIP.

On September 12, the Court ordered the parties file responsive briefs on whether 28 U.S.C. § 1442(a)(1) "permit[s] former federal officers to remove state actions to federal court or does it permit only current federal officers to remove?" The parties timely filed their supplemental briefs.

---

[2] Although the Court also stated that undersigned counsel "failed to complete the Web-Based CIP on the Court's website," undersigned counsel spoke with a member of the Clerk's Office staff who confirmed that the web-based CIP had been completed.

After the Court granted Mr. Meadows's request for expedited review, Mr. Meadows timely filed his Appellant Brief on September 18. This brief included the case caption, attorney names and contact information, a CIP, a statement of jurisdiction, a statement of the case including relevant procedural history, and a statement of the issue.

By September 25, the day the Civil Appeal Statement, Standalone CIP, and Web-Based CIP were due, Mr. Meadows had filed the CIP multiple times and included in his various prior filings all information requested in the Civil Appeal Statement. Because this information was included elsewhere in Mr. Meadows's filings, neither the Court nor other parties were prejudiced by Mr. Meadows's delay in filing these materials.

Mr. Meadows is filing this motion shortly after he received the notices of deficiency and files in accordance with 11 Cir. R. 42-1(b) his Standalone CIP as Exhibit A, his Civil Appeal Statement as Exhibit B.

For the aforementioned reasons, Mr. Meadows submits there is good cause for the Court to grant leave to file his Civil Appeal Statement and Standalone CIP out of time or otherwise remedy the default.

Dated: September 28, 2023

Respectfully submitted,

*/s/ George J. Terwilliger, III*
George J. Terwilliger, III
John S. Moran
Michael L. Francisco
Francis J. Aul
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006
(202) 857-2473
gterwilliger@mcguirewoods.com

*Counsel for Defendant-Appellant*
*Mark R. Meadows*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d) and Eleventh Circuit Rule 27-1. This brief contains 410 words and uses a Times New Roman 14-point font.

Respectfully submitted this the 28th day of September, 2023.

*/s/ John S. Moran*
John S. Moran

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ John S. Moran*
John S. Moran