No. 23-12958

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

————————

The State of Georgia,

*Plaintiff-Appellee*,

v.

Mark R. Meadows,

*Defendant-Appellant*.

————————

On Appeal from the United States District Court
for the Northern District of Georgia, No. 1:23-cv-03621-SCJ

————————

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

————————

George J. Terwilliger, III
John S. Moran
Michael L. Francisco
Francis J. Aul
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006
(202) 857-2473
gterwilliger@mcguirewoods.com

*Counsel for Defendant-Appellant Mark R. Meadows*

No. 23-12958, *Georgia v. Meadows*

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

To the best of Appellant's knowledge, no associations of persons, partnerships, or corporations have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock; the following is a list, in alphabetical order, of all trial judges, attorneys, law firms, and persons with such an interest.[1]

1.   Alksne, Cynthia, *amicus* below

2.   Anulewicz, Christopher Scott, attorney for Robert David Cheeley

3.   Arora, Manubir, attorney for Kenneth John Chesebro

4.   Aul, Francis, attorney for Mark R. Meadows

5.   Ayer, Donald B., *amicus*

6.   Barron, Lynsey M., attorney for Scott Graham Hall

7.   Beckermann, Wayne R., attorney for Robert David Cheeley

8.   Bever, Thomas Dean, attorney for Shawn Micah Tresher Still

9.   Bittman, Robert, attorney for Mark R. Meadows

10.   Bondurant Mixson & Elmore LLP

---

[1] For all parties who appeared below, Appellant has included the parties, their attorneys, and their attorneys' law firms. In order to facilitate this Court's review for potential conflicts, Appellant has also included the other named defendants in the state proceeding and their attorneys, where available.

No. 23-12958, *Georgia v. Meadows*

11.  Carr, Christopher M., Attorney General of the State of Georgia

12.  Cheeley, Robert David, Defendant in *Georgia v. Trump*

13.  Chemerinsky, Erwin, *amicus*

14.  Chesebro, Kenneth John, Defendant in *Georgia v. Trump*

15.  Childress, Marcus, attorney for *amici*

16.  Christenson, David Andrew, *pro se*, denied intervention below

17.  Clark, Jeffrey Bossert, Defendant in *Georgia v. Trump*

18.  Cohen, Darryl B., attorney for Trevian C. Kutti

19.  Copeland, Amy, *amicus* below

20.  Cromwell, William Grant, attorney for Cathleen Alston Latham

21.  Cross, Anna Green, Fulton County District Attorney's Office

22.  Cross Kincaid LLC

23.  Durham, James D., attorney for Mark R. Meadows in *Georgia v. Trump*

24.  Eastman, John Charles, Defendant in *Georgia v. Trump*

25.  Ellis, Jenna Lynn, Defendant in *Georgia v. Trump*

26.  Englert, Joseph Matthew, attorney for Mark R. Meadows

27.  Farmer, John J. Jr., *amicus*

28.  Floyd, Harrison William Prescott, Defendant in *Georgia v. Trump*

29.  Floyd, John Earl, Fulton County District Attorney's Office

30.  Francisco, Michael Lee, attorney for Mark R. Meadows

31.  Fried, Charles A., *amicus*

32.    Frosh, Brian, *amicus*

33.    Fulton County District Attorney's Office

34.    Gerson, Stuart M., *amicus*

35.    Gillen, Craig A., attorney for David James Shafer

36.    Giuliani, Rudolph William Louis, Defendant in *Georgia v. Trump*

37.    Graber, Mark A., *amicus*

38.    Griffin Durham Tanner & Clarkson LLC

39.    Grohovsky, Julie, *amicus* below

40.    Grubman, Scott R., attorney for Kenneth John Chesebro

41.    Hall, Scott Graham, Defendant in *Georgia v. Trump*

42.    Hampton, Misty (a/k/a Emily Misty Hayes), Defendant in *Georgia v. Trump*

43.    Harding, Todd A., attorney for Harrison William Prescott Floyd

44.    Hogue, Franklin James, attorney for Jenna Lynn Ellis

45.    Hogue, Laura Diane, attorney for Jenna Lynn Ellis

46.    Jenner & Block, LLP

47.    Jones, Steve C., U.S. District Court Judge for the Northern District of Georgia

48.    Kallen, Michelle S., attorney for *amici*

49.    Kammer, Brian S., attorney for *amici* below

50.    Kelley, Emily E., attorney for Mark R. Meadows

51.    Kutti, Trevian C., Defendant in *Georgia v. Trump*

No. 23-12958, *Georgia v. Meadows*

52.   Lake, Anthony C., attorney for David James Shafer

53.   Latham, Cathleen Alston, Defendant in *Georgia v. Trump*

54.   Lee, Stephen Cliffgard, Defendant in *Georgia v. Trump*

55.   Little, Jennifer L., attorney for Donald J. Trump

56.   Luttig, J. Michael, *amicus*

57.   MacDougald, Harry W., attorney for Jeffrey Bossert Clark

58.   Marshall, Mary E., attorney for *amici*

59.   McAfee, Scott, Fulton County Superior Court Judge

60.   McFerren, William Coleman, attorney for Shawn Micah Tresher Still

61.   McGuireWoods, LLP

62.   Meyer, Joseph Michael, attorney for *amici*

63.   Miller, Tom, *amicus*

64.   Moran, John S., attorney for Mark R. Meadows

65.   Morgan, John Thomas III, attorney for *amici*

66.   Morris, Bruce H., attorney for Ray Stallings Smith, III

67.   Ney, Adam, Fulton County District Attorney's Office

68.   Novay, Kristen Wright, attorney for Ray Stallings Smith, III

69.   Palmer, Amanda, attorney for Ray Stallings Smith, III

70.   Parker, Wilmer, attorney for John Charles Eastman

71.   Pierson, Holly Anne, attorney for David James Shafer

72.   Powell, Sidney Katherine, Defendant in *Georgia v. Trump*

73.   Rafferty, Brian T., attorney for Sidney Katherine Powell

74.   Ragas, Arnold M., attorney for Harrison William Prescott Floyd

75.   Raul, Alan Charles, *amicus*

76.   Rice, Richard A., Jr., attorney for Robert David Cheeley

77.   Roman, Michael A., Defendant in *Georgia v. Trump*

78.   Rood, Grant H., Fulton County District Attorney's Office

79.   Sadow, Steven H., attorney for Donald J. Trump

80.   Saldana, Sarah R., *amicus* below

81.   Samuel, Donald Franklin, attorney for Ray Stallings Smith, III

82.   Shafer, David James, Defendant in *Georgia v. Trump*

83.   Shane, Peter M., *amicus*

84.   Smith, Ray Stallings, III, Defendant in *Georgia v. Trump*

85.   Still, Shawn Micah Tresher, Defendant in *Georgia v. Trump*

86.   Terwilliger, George J., III, attorney for Mark R. Meadows

87.   Trump, Donald J., Defendant in *Georgia v. Trump*

88.   Twardy, Stanley A. Jr., *amicus* below

89.   Volchok, Daniel, attorney for *amici*

90.   Wade, Nathan J., Fulton County District Attorney's Office

91.   Wade & Campbell Firm

92.   Wakeford, Francis McDonald IV, Fulton County District Attorney's Office

93.   Waxman, Seth P., attorney for *amici*

No. 23-12958, *Georgia v. Meadows*

94.    Weld, William F., *amicus*

95.    Wertheimer, Fred, attorney for *amici*

96.    Willis, Fani T., Fulton County District Attorney's Office

97.    Wilmer Cutler Pickering Hale and Dorr LLP

98.    Wooten, John William, Fulton County District Attorney's Office

99.    Wu, Shan, *amicus* below

100.    Young, Daysha D'Anya, Fulton County District Attorney's Office

Dated:  September 28, 2023

Respectfully submitted,

*/s/ George J. Terwilliger, III*
George J. Terwilliger, III
John S. Moran
Michael L. Francisco
Francis J. Aul
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006
(202) 857-2473
gterwilliger@mcguirewoods.com

*Counsel for Defendant-Appellant*
*Mark R. Meadows*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ John S. Moran*
John S. Moran