# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 29, 2023

John S. Moran
McGuireWoods, LLP
888 16TH ST NW STE 500
WASHINGTON, DC 20006

Appeal Number: 23-12958-H
Case Style: The State of Georgia v. Mark Meadows
District Court Docket No: 1:23-cv-03621-SCJ

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

Appellant's motion for leave to file certificate of interested persons, civil appeal statement out of time is GRANTED.

Clerk's Office Phone Numbers
General Information: 404-335-6100      Attorney Admissions: 404-335-6122
Case Administration: 404-335-6135      Capital Cases: 404-335-6200
CM/ECF Help Desk: 404-335-6125         Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action