Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

Please TYPE. Attach additional pages if necessary.

**11th Circuit Docket Number:** 23-12958

**Caption:**

The State of Georgia

v.

Mark R. Meadows

**District and Division:** Northern District of Georgia, Atlanta Division
**Name of Judge:** The Honorable Steve C. Jones
**Nature of Suit:** 28 USC 1442 Removal from State Court by Federal Officers
**Date Complaint Filed:** August 15, 2023
**District Court Docket Number:** 1:23-cv-3621
**Date Notice of Appeal Filed:** September 8, 2023
☐ Cross Appeal   ☐ Class Action

**Has this matter previously been before this court?**
☐ Yes   ☒ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

**For Appellant:**
☐ Plaintiff
☒ Defendant
☐ Other (Specify)

**Attorney Name**
John S. Moran
Michael Lee Francisco
Francis Aul
George James Terwilliger, III

**Mailing Address**
McGuireWoods, LLP
888 16th St. NW, Ste. 500
Washington, DC 20006

**Telephone, Fax, Email**
Tel.: (202) 857-1700
jmoran@mcguirewoods.com
mfrancisco@mcguirewoods.com
faul@mcguirewoods.com
gterwilliger@mcguirewoods.com

**For Appellee:**
☒ Plaintiff
☐ Defendant
☐ Other (Specify)

Francis McDonald Wakeford, IV
Alex Bernick
Anna Green Cross
John E. Floyd
Adam Ney
John William Wooten
Daysha D'Anya Young
Fani T. Willis

Fulton County District
Attorney's Office
136 Pryor St., Fl. 3
Atlanta, GA 30303

Tel.: (404) 612-4980
fmcdonald.wakeford@fultoncountyga.gov
alex.bernick@fultoncountyga.gov
anna@crosskincaid.com
floyd@bmelaw.com
ney.adam@gmail.com
will.wooten@fultoncountyga.gov
daysha.young@fultoncountyga.gov
fani.willisda@fultoncountyga.gov

Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☒ Federal Question | ☒ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | **Amount Sought by Plaintiff:** $ N/A |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | **Amount Sought by Defendant:** $ N/A |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | **Awarded:** $ N/A |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | **Injunctions:** |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary  ☐ Granted |
| | | ☒ Other  Declined Jurisdiction and Remanded to State Court | ☐ Permanent  ☐ Denied |

Page 2                                                                                   11th Circuit Docket Number:  23-12958

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☐ Yes   ☒ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☒ Yes   ☐ No

    If Yes, provide
    (a) Case Name/Statute  28 USC 1442(a) Removal from State Court by Federal Officers
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?   ☒ Yes   ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐ Yes   ☐ No

    If Yes, provide
    (a) Case Name  The State of Georgia v. Donald J. Trump, et al.
    (b) Citation _____
    (c) Docket Number if unreported  23SC188947
    (d) Court or Agency  Fulton County, Georgia Superior Court

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?   ☐ Yes   ☒ No
    (b) Among circuits?   ☐ Yes   ☒ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether the district court erred in declining jurisdiction under 28 U.S.C. § 1442(a) and remanding this case to state court.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  28th  DAY OF  September , 2023 .

|             John S. Moran             |        /s/ John S. Moran        |
|---------------------------------------|---------------------------------|
|         NAME OF COUNSEL (Print)       |      SIGNATURE OF COUNSEL       |