The State of Georgia v. Meadows (23-12958) Court of Appeals for the Eleventh Circuit - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. September 14th, 2023.

Amicus – Friend of the Court Brief – Motion to Intervene.

**Mathematically Humanity will cease to exist in the next few years. We need to change the narrative now! The "Swamp" Is real and so is Stockholm Syndrome.**

> ➢ God, please forgive me. I had to endorse Trump. See attachment 7.

It has been 20 years and I have no idea how to make you hear and understand me. My life is unbelievable, and I have documented it all with verifiable proof.

I have tried everything.

**Here is a prayer and Hail Mary.**

All my books are $.99 on Amazon – that is the cheapest price you can select – free is not an option. I will send them to you for free. I asked Jeff Bezos and Amazon to make them free. See attachment 2. (In the Introduction of some of the books I state that I will send them to you for free and not to download them.)

Amazon is my only place to exercise my First Amendment Rights, besides the Federal Court Dockets. See attachment 3.

The Federal Government closed my social media accounts. Twitter, Facebook, YouTube, etc.

No mainstream media company will come near me.

Federal Whistleblower non-profits will not help me.

Qanon will not respond to me.

Jonathan Swift – *"When a true genius appears, you can know him by this sign: that all the dunces are in a confederacy against him."*

Albert Einstein - *"We cannot solve our problems with the same thinking we used when we created them."*

A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens
Jacob Marley *"Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

Attachment A: There was no reason for Chief Justice John Roberts and his wife, Attorney Jane Sullivan Roberts, to return the evidence that I had sent them, unless the "Swamp is real".

Attachment 1 is my book on Amazon: *"THE SECRET SERVICE, USAA INSURANCE, CIA/DOD, ETC. WILL ASSASSINATE PRESIDENT TRUMP JUST LIKE THEY DID PRESIDENT KENNEDY. KENNEDY WAS GOING TO EXPOSE THE "SWAMP" JUST LIKE TRUMP IS TRYING TO DO."*

Attachment 2 is my book on Amazon: *"***I just had an Epiphany while I was writing this. Is Biden the ultimate "Swamp" member? Is he the CEO? He is "The Big Guy" and he gets 10%. Was this why he got elected? He has no fear of prosecution for his son or himself.***"*

Attachment 3: A non-current printout of the cases that I am connected to on Pacer. At least I tried.

Attachment 4: The State of Georgia v. Meadows (1:23-cv-03621) District Court, N.D. Georgia Judge Steve CarMichael Jones - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. August 23rd, 2023. - **Motion to Intervene – 15 pages.**

Attachment 5: (Not docketed) The State of Georgia v. Meadows (1:23-cv-03621) District Court, N.D. Georgia Judge Steve CarMichael Jones - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. August 29th, 2023. - **Supplemental 1 Motion to Intervene – 27 pages.**

Attachment 6: The State of Georgia v. Meadows (1:23-cv-03621) District Court, N.D. Georgia Judge Steve CarMichael Jones - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. September 1st, 2023. **Motion for Reconsideration – 120 pages, only the first six are attached.**

Attachment 7 is my book on Amazon: *"I, David Andrew Christenson, am endorsing Donald John Trump for President in the 2024 election. He is the only person that might possibly save us from the Katrina Virus and Katrina Virus Syndrome. Why Trump, because the Conclusion is this: Mathematically Humanity will cease to exist in the next few years. The Universe will record that Humanity committed Suicide."*

Godspeed.

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

# Attachment A

Read what John Roberts and his wife, attorney Jane Sullivan Roberts, did with the evidence that I sent them.

## **There was no reason to return it.**

September 5ᵗʰ, 2023

You are participating in the Genocide of Humanity.

You are voluntarily walking into the gas chambers.

Please do not take Humanity with you.

Just change the narrative and give us a chance.

The seven-page attachments are docketed in many cases.
The DNC and the RNC were involved in this case. Look at the list of attorneys.
There is no doubt that Russia helped Trump win the 2016 Presidential Election.
Democratic National Committee v, The Russian Federation (1:18-cv-03501) District Court S.D. New York
Judge John George Koeltl
Case 1:18-cv-03501-JGK Document 88 Filed 06/05/18 Page 1 of 7

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Chief Justice John Roberts
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

July 28th, 2016

Jane Sullivan Roberts
Major, Lindsey & Africa
600 Thirteenth Street, N.W.
Suite 750
Washington, D.C. 20005
(202) 292-1840 Office
Email: jroberts@mlaglobal.com
USPS Reference Priority: 9505513443866174002634

Justice Roberts and Mrs. Roberts,

My job/penance here on earth was to recruit the two of you to help save Mankind on behalf of God. The two of you were my biggest failure. How hard could it be to recruit people who profess to being on God's team? The denial of God was absolute and unanimous by everyone that I attempted to recruit. Nobody's positon on earth will protect them from God's wrath.

For your records this is a synopsis of just one of our interactions and it is the most important and telling of how Mankind lost. The two of you have intentionally harmed Mankind. History and God will judge you. I always thought of myself as a messenger but in fact I am a historian and recruiter whose job it is to document the "why and how" of the Genocide of Mankind. If you truly believe in God, then you have a lot to fear. There will be no defense to your defenseless position.

On June 22nd, 2016 I mailed a priority box of documents, pleadings, rejected Supreme Court Writs, my two books that were removed from the Library of Congress (see attachments), letters and documents sent to Theodore John "Ted" Kaczynski (The Unabomber) that were censored and returned to me by the Bureau of Prisons, etc. The box was mailed to Jane Sullivan Roberts at her law firm: Major Lindsey & Africa. The box was received and opened. After being opened the box was sealed and wrapped in a brown grocery bag. The package was addressed to me with no return address. The box was mailed back to me from the Supreme Court Post Office which is confirmed by the postage sticker. (20543 is the Supreme Court's Zip Code.)  Why was the box not returned by the Major Lindsey & Africa Law Firm? Justice Roberts had to mail the package or Jane Roberts had to make a special trip to the Supreme Court Post Office. It seems that the Chief Justice and his wife held a discussion about what to do. They decided against God and Mankind. My guess is that they are hoping for a miracle but why hope for a miracle when you are the miracle?

History will write that Mankind voluntarily committed suicide without cause all while praying for a miracle. The tragedy is that Mankind is the miracle. Mankind was praying to continue with their destructive manner that was accepted by society.

**This is a quote that I attribute to Chief Justice John Roberts: "Let us live by murdering ourselves".**

Thank you.
Godspeed.
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com

English          Customer Service          USPS Mobile                                    Register / Sign In

**USPS.COM**

# USPS Tracking®



**Customer Service** ›
Have questions? We're here to help.



**Get Easy Tracking Updates** ›
Sign up for My USPS.

**Tracking Number:** 9505513443866174002634

On Time
**Expected Delivery Day: Friday, June 24, 2016**

## Product & Tracking Information

**Available Actions**

| Postal Product: | Features: | |
|---|---|---|
| Priority Mail 2-Day™ | Insured | USPS Tracking® |

**Text Updates**

**Email Updates**

| | | |
|---|---|---|
| **June 24, 2016 , 2:10 pm** | **Delivered, In/At Mailbox** | **WASHINGTON, DC 20005** |
| June 24, 2016 , 6:58 am | Arrived at Post Office | WASHINGTON, DC 20018 |
| June 24, 2016 , 12:27 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| June 22, 2016 , 7:08 pm | Arrived at USPS Origin Facility | PENSACOLA, FL 32522 |
| June 22, 2016 , 4:33 pm | Departed Post Office | MIRAMAR BEACH, FL 32550 |
| June 22, 2016 , 11:06 am | Acceptance | MIRAMAR BEACH, FL 32550 |

## Track Another Package

Tracking (or receipt) number

**Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS** ›







I spoke with Jane Roberts this morning (07/08/16)

from: David Andrew Christenson <davidandrewchristenson@gmail.com>
to: jroberts@mlaglobal.com
date: Fri, Jul 8, 2016 at 6:17 AM
subject: Thank you for talking to me this morning.
mailed-by: gmail.com

Thank you for talking to me this morning.

Jane,

I was surprised that you answered your office phone at 6:00 AM. It was my intention to leave you a voice mail asking you to read this NY Times article: Suicide Rate Among Veterans Has Risen Sharply Since 2001
By DAVE PHILIPPSJULY 7, 2016
http://www.nytimes.com/2016/07/08/us/suicide-rate-among-veterans-has-risen-sharply-since-2001.html?emc=edit_th_20160708&nl=todaysheadlines&nlid=65460936&_r=0
The suicide rate among veterans has surged 35 percent since 2001, driven in part by sharp increases among those who have served since 2001, according to the largest study of such suicides. Of particular concern is the suicide rate among women, which has increased 85 percent in that time.

It has been a tough 48 hours for America with the Clinton hearing, the deaths of two black men, the six police officers that were murdered in Dallas and now the confirmation of what I have been talking about with the suicides of our veterans.

I reached out to you because it says on your public webpage that you are one of the 50 most powerful women lawyers in Washington. I am asking for your help in saving mankind.

My heart bleeds for my fellow veterans. Please accept my apology. It is hard for me not to do everything possible for my fellow man.

Godspeed.
David Andrew Christenson
504-715-3086

July 8th, 2016 6:02 AM 1:15

Jane Sullivan Roberts                                                June 22th, 2016
Major, Lindsey & Africa
600 Thirteenth Street, N.W.
Suite 750
Washington, D.C. 20005
(202) 292-1840 Office
Email: jroberts@mlaglobal.com
USPS Reference Priority: 9505513443866174002634

Jane,

Please return if you decide that you cannot help. I am asking you for help because you are an American, attorney, mom, mom with adopted children, Christian, Catholic, activist, you believe in "The Right to Life", etc. My two books that were removed from the Library of Congress are enclosed. I signed both books for you.

As an attorney you could get my Writ docketed and set for conference. Please let me know one way or another. I am asking on behalf of your children and future grandchildren.

The 5th Circuit denied my En Banc hearing petition.


Godspeed.

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@hotmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Movant David Andrew Christenson

Civil Action No. 1:18-cv-03501

DEMOCRATIC NATIONAL COMMITTEE,

Racketeer Influenced and
Corrupt Organization Act (RICO)

Plaintiff,

v.

Judge John G. Koeltl

RUSSIAN FEDERATION, et al;
Defendants.

Amicus (Twelve)
If you open your mind and heart you will see the miracle in this document. God works in mysterious
ways. God moved Chief Justice John Roberts on June 26th, 2016.

All of this is happening for a reason.

Chief Justice John Roberts and the Federal Judiciary have to be part of the solution. If not, Mankind will
cease to exist.

Chief Justice John Roberts was taken advantage of by President Barack Obama. Roberts was naive when
he agreed to approve Obamacare. Obama may have been naïve as well. [Odd story about possible
Presidential Election Tampering. My wife and I both voted for Obama in 2008 because we were
disgusted with Bush and McCain. We did not vote for Obama in 2012. So, if we did not vote for Obama
who did? Romney and Ryan were centrists and truly viable candidates. Which demographic group
switched from the Republican party to vote for Obama? In 2012 My demographic group switched back
to the Republican Party.]

Chief Justice John Roberts realized his mistake at his kitchen table on June 24th, 2016. He and his wife
reviewed the box of evidence that I sent them via priority mail at a cost of $13.45. Roberts opened the
box and realized the truth about Obamacare and what he had done. He returned the box plus additional
materials that I had sent him at a cost of $17.00. He wrapped it in a brown grocery bag and mailed it on
June 26th, 2016 from the Supreme Court Post Office and he did not put a return address on the box.
Review the attachments and look at the number of courts that the information is docketed in. (Case
1:18-cv-03501-JGK Document 25 Filed 04/24/18 Page 73 of 113)

Censorship. In a terrorist organization each cell is given only so much information. Our government
operates the same way. Would Roberts have approved Obamacare if he had known the truth?

The Federal Judiciary has allowed themselves to be taken advantage off and by doing so they have
censored Americans with the result being the Genocide of Mankind.

# Attachment 1

**THE SECRET SERVICE, USAA INSURANCE, CIA/DOD, ETC. WILL ASSASSINATE PRESIDENT TRUMP JUST LIKE THEY DID PRESIDENT KENNEDY.**

**KENNEDY WAS GOING TO EXPOSE THE "SWAMP" JUST LIKE TRUMP IS TRYING TO DO.**

＊ PUBLISHED ON AMAZON – DAVID ANDREW CHRISTENSON – SEPTEMBER 14TH, 2023.

Director Kimberly A. Cheatle                                    September 14th, 2023
U.S. Secret Service
245 Murray Lane S.W.
BLDG T-5
Washington, D.C. 20223

**This is about the Genocide of the American People and Humanity.**

**And it is your fault Kimberly A. Cheatle.**

There is a civil war within the Federal Judiciary. Those that are in the "Swamp" and those that are not. Those that are victims of Stockholm Syndrome and those that are not. (Same for the Secret Service.)

Reference: The State of Georgia v. Meadows (1:23-cv-03621) District Court, N.D. Georgia Steve CarMichael Jones.

I put this sentence in the pleading and listed Judge Jones: *"THE FOLLOWING ARE JUST A FEW OF THOSE THAT ARE RESPONSIBLE FOR THE GENOCIDE OF HUMANITY AND THEY DID IT WITH THEIR EYES WIDE OPEN."* I accused Judge Jones of Genocide and he still put the pleading in the record. Why?

Judge Jones docketed my 120-page Motion for Reconsideration when the case was closed. He had no legal, ethical, or moral obligation to do so. The pleading was defaming and slanderous to the Supreme Court and the Federal Judiciary. He had the pleading on September 4th, 2023, when the case was open, but he did not docket it until September 11th, 2023, after the case was closed and on appeal. (You must read the pleading.)

Judge Jones docketed my Motion to Intervene. (Case 1:23-cv-03621-SCJ Document 57 Filed 08/24/23 Page 1 of 15)

Judge Jones **did not** docket my Supplemental Motion to Intervene. Why? The pleading was twenty-seven pages.

Judge Jones issued a very cryptic Order denying me Motion for Reconsideration. He did not need to docket the pleading since the case was closed. The defaming and slanderous rhetoric would have allowed him to strike (or not docket) the pleading, but he still docketed it. He wanted it public. He specifically references my docketing pleadings with the 11th Circuit. Why? He wanted people to review my cases. The "Sanctions" was marketing. It made him look good to the "Swamp."

Do you know how many judges have threatened me with sanctions and yet they continued to docket my pleadings? Judge Koeltl (Democratic National Committee v. The Russian Federation *& Trump* (1:18-cv-03501) District Court, S.D. New York) threatened me after I docket the *"Amicus (Fifteen) Here is Theodore John Kaczynski's Manifesto but before you read it ask yourself: Who should control these four military grade doomsday weapons?"* I actually docketed the Unabomber's Manifesto. Kaczynski was a sociopath/psychopath, but his Manifesto was good, not great, but good enough that it should be required reading. The Manifesto did not call for violence. The reason it was not great was that it did not provide a solution.

Why have I not been assassinated? They tried on several occasions. Did the Supreme Court Justices protect me as I wrote in my book - "The United States Supreme Court and The Katrina Virus." (See attachment. This explains why my books were removed from the Library of Congress.)

Make sure you look at the dates for everything.

I did not figure this out until this morning and yet God had me send you, Kimberly A. Cheatle, evidence two days ago. You have the evidence. You were never on my radar to send information to and yet I did.

Reference: Democratic National Committee v. The Russian Federation *& Trump* (1:18-cv-03501) District Court, S.D. New York and my fifty plus docketed pleadings.

You must read this. The National Enquirer breaks the story of the last one hundred years and does not publish it. They wanted to protect Trump and get him elected. It had to do with the Kennedy assassination. Case 1:18-cv-03501-JGK Document 84 Filed 06/04/18 Page 1 of 7.

**The following pleading proves that the "Swamp" controls the very top echelons of our government.**

This is about Chief Justice John Roberts and his wife, Attorney Jane Sullivan Roberts. (Case 1:18-cv-03501-JGK Document 88 Filed 06/05/18 Page 1 of 7) - (Case 1:18-cv-03501-JGK Document 87 Filed 06/05/18 Page 1 of 3)

The Katrina Virus. (Case 1:18-cv-03501-JGK Document 105 Filed 06/12/18 Page 1 of 14.)

Who in the Secret Service is part of the "Swamp"?

⁂ This is why Chief Justice John Roberts and his wife, attorney Jane Sullivan Roberts, returned my box of evidence. There was no reason to return it. They wrapped in a brown grocery bag, no return address and had it post marked from the Supreme Court Post Office. Reference my letter to Jane Sullivan Roberts dated June 22nd, 2016. (They sat at the kitchen table with the evidence and discussed what they were going to do. The "Swamp" prohibited them from making it public. It was even risky to return it.)

❋ Look at my SCOTUS Writ 14-10077 – Writ of Mandamus and Prohibition. Look at the number of docket entries. I set a record. Was it Chief Justice John Roberts that allowed me to do that? Under duress he finally stopped me, and my pleadings were no longer docketed.

❋ Six years later Chief Justice William Pryor, Jr. knowingly allowed me to docket the identical Writ of Mandamus and Prohibition with the 11th Circuit. (USCA11 Case: 21-10371 Date Filed: 02/04/2021 Page: 1 of 142) Chief Justice Pryor gave me carte balance and allowed me to have electronic filing privileges even though I was not an attorney. I lost those privileges when I docketed a pleading titled: "Notice 18 Chief Justice John Roberts is the Antichrist and Hitler clone who has absolute control over the Federal Judiciary and legal community. Why and how?" (USCA11 Case: 21-10371 Date Filed: 02/25/2021 Page: 1 of 2 total of eighty pages. This is a must-read pleading and talks about the CIA/DOD chemical and biological warfare center in the basement of the World Trade Centers. To limit exposure and contamination the CIA/DOD brought down the twin towers on 911.)

It was USAA that informed me about the Katrina Virus, and it is why they hired Attorney James Robie to stop me. It is why he was killed.

USAA Insurance - A cover company/quasi-government business entity, which was arm's length from the Federal Government, was started by the DOD/CIA in 1922 right after the last Pandemic and World War I.

The CIA/DOD needed a cover company to protect the mortality rates – top secret mortality rates - of U.S. Servicemen.

World War 1 involved chemical and biological weapons. The last Pandemic started in 1918 at Fort Riley Kansas. Troops were coming home from Europe and World War I.

The number one demographic group of people that commit suicide is veterans and soldiers and USAA knows that. USAA covers up the Contagious Endemic Murder Suicide Pandemic that we are in. USAA has highly classified actuarial tables and information.

This is what the CIA/DOD and USAA are covering up:

➢ MORE SOLDIERS AND VETERANS HAVE DIED BY SUICIDE AND FRIENDLY FIRE THAN HAVE DIED AT THE HANDS OF THE ENEMY IN COMBAT BACK TO AND INCLUDING THE REVOLUTIONARY WAR.

The last paragraph from "The United States Supreme Court and The Katrina Virus" by David Andrew Christenson.

*"This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the*

*Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people."*

(My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.)

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and

I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

Director Kimberly A. Cheatle                                        September 12th, 2023
U.S. Secret Service
245 Murray Lane S.W.
BLDG T-5
Washington, D.C. 20223

You are the Director of the Secret Service, and you have no idea how evil our government is and what it is capable of doing to cover up the truth. The truth is that Mathematically Humanity will cease to exist in the next few years. The Universe will record that it was a suicide.

(Would we be in the Pandemic if the Supreme Court had ordered a "Response" to my 14-10077 Writ of Mandamus and Prohibition? All they had to do was change the narrative. Oder the Government to tell the truth and stop lying.) (I had four Writs.)

Do you think the swamp will let Trump win? Not a chance. I despise the man, not his policies, but the man. The problem is we have created a world where we need someone like him. History showed us that the Versailles Treaty allowed Hitler to rise to power. You are not listening are you?

Attachment: Amicus (10) – Look around. Are my ideas that crazy? Why was Kennedy assassinated and who did it?

Was the Secret Service responsible? How about 911? Could you intelligently analyze the intel? NO.

Did any of your agents die after working on the twin towers? How about family members? And you do not even know who I am. Read the docketed pleading that is attached. In the basement of the World Trade Centers was a chemical and biological warfare center. (I am not saying this is true but there is

empirical evidence about the following: Did the CIA/DOD bring down the World Trade Centers to limit the exposure to the chemical and biological warfare contaminants/ingredients?)

Your agents irreparably harmed me.

By censoring me you have participated in the Mathematically Genocide of not only Americans but Humanity as well.


Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

Director Kimberly A. Cheatle                                    September 12th, 2023
U.S. Secret Service
245 Murray Lane S.W.
BLDG T-5
Washington, D.C. 20223

**Here is why I can say the Secret Service is responsible for the Genocide of Humanity.**

I am an Air Force Academy graduate and Air Force Officer. I flew support missions for the President, White House, and Secret Service. I was familiar with the security protocols.

You silenced me while I was trying to save my fellow Americans unlike the Secret Service.

➢ But every American, and that included the Secret Service, could be infected with the Katrina Virus.

Bush flew over New Orleans, on Air Force One, after Hurricane Katrina and did not land. The public statement was that security was not in place. **This was a Genocidal lie, and the Secret Service knew it.** Belle Chase Naval Air Station was open, fully operational, and secure. They did not want to expose the President to the chemical and biological ingredients/contaminants that had entered the atmosphere, which happened to be the perfect incubator, high solids, high temperatures and high humidity. New Orleans was the chemical and biological warfare capital of the world and the birthplace of the Katrina Virus and COVID. (Look at the Federal convictions of the Chinese spies and when they were released.) (Fauci was doing Gain of Function work with the Chinese.) The greatest nation in the world and we blockaded New Orleans and did not start a rescue operation for five days. Are you kidding? Secret

Service agents participated in the blockade and stopped the Cajun Navy from conducting rescue operations. This was infinitely worse than 911.

This is why the Universe will record that Humanity committed suicide.


Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

Director Kimberly A. Cheatle                                   September 12th, 2023
U.S. Secret Service
245 Murray Lane S.W.
BLDG T-5
Washington, D.C. 20223


**Here is a partial list of the Treasonous Cowards from USAA Insurance, the insurance company to the U.S. Military.** (They hired a world-famous attorney to defend themselves against me, but I never sued USAA. I do not think I ever threatened them with a lawsuit. The attorney, (named partner) James Robie, was murdered while scuba diving in January off Catalina Island in frigid waters. Rich attorneys would have gone to Cabo. You do not hire an attorney of this caliber until you are sued. Research his connection to the Hurricane Katrina Class Action Complaints. He knew the truth. I talked to the L.A. County Coroner. She stopped talking to me when I asked her if she did the autopsy underwater as is required in dive accidents. She did not.)

USAA knows the following to be true. Ask the actuarial department. The perfect military weapon is organic, easy to disperse and dissipates in five days with the opposing army committing suicide. The U.S. could not control the weapon. It is why our soldiers and veterans are the number one demographic group in the world to commit suicide. Suicide is contagious. We are in a Contagious Endemic Murder Suicide Pandemic. Look no further than the Katrina Virus. USAA knew and covered up the truth.

It was USAA that told me about the Katrina Virus when I filed my claim after Hurricane Katrina. There is a whole story there. USAA Conspired with the Government in committing Genocide and Crimes Against Humanity.

I would hang every single one of these people for what they did to the U.S. Military and this country. No enemy has done what they have done. (Side note: More of our soldiers and veterans have died by

suicide and friendly fire than have died at the hands of the enemy in combat back to and including the Revolutionary War. Hell of a thing. We killed our own soldiers. Our worst enemy is us.)

CEO Wayne Peacock, General Counsel Julie McPeak, General Counsel Jason Klein, Chief Legal Officer Bob Johnson, Rear Admiral Mary E. Landry, Vice Admiral John Bird, Mike Kelly, Greg Pratt, Rusty Prewitt-Campbell, Gerardo Tapia, Fred Dufault, Lynn Kimble, Dick Smith, Bob Winzenried, Sherri Zimmerman, Chuck Bunch, Joseph Montanaro, Maggie Hahn, Dennis King, Brad Sargent, Rory Wicks, and Jeff Ludwick.


Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

# Attachment 2

***I just had an Epiphany while I was writing this. Is Biden the ultimate "Swamp" member? Is he the CEO? He is "The Big Guy" and he gets 10%. Was this why he got elected? He has no fear of prosecution for his son or himself.***

This book is only eight pages: *"THE SECRET SERVICE, USAA INSURANCE, CIA/DOD, ETC. WILL ASSASSINATE PRESIDENT TRUMP JUST LIKE THEY DID PRESIDENT KENNEDY. KENNEDY WAS GOING TO EXPOSE THE "SWAMP" JUST LIKE TRUMP IS TRYING TO DO."*
By David Andrew Christenson

The following has been documented in multiple Federal Court Records. Why has Bezos/Amazon allowed me to publish? It was in the purchase agreement when Bezos/Amazon purchased the Washington Post from the Graham family. You see the Graham family could not tolerate another Assassination (Kennedy) and Watergate debacle (coverups) so when the Katrina Virus was released they decided to sell – limit their liability. The Newhouse family/Advance Publications did the same thing by dissolving the New Orleans Times Picayune. Get this: Warren Buffet/Berkshire Hathaway was going to buy the New Orleans Times Picayune until the Newhouse family/Advance Publications disclosed that they had covered up the release of the Katrina Virus. The Washington Post had a special arrangement, which included access, with the Federal Government and or the "Swamp". This arrangement did not pass through in the sale. Most of the books are just a few pages. The Washington Post/Graham family disclosed the truth to Bezos/Amazon with due diligence. Bezos/Amazon had nothing to lose.

All of my social media accounts were closed by "The Swamp" except Amazon with the right to Publish.

∎ ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ ∎

You are in the book. You will need to change your name and leave the country. Three million combat soldiers and their families will be looking for you. Nowhere to hide. USAA CEO Wayne Peacock, General Counsel Julie McPeak, General Counsel Jason Klein, Chief Legal Officer Bob Johnson, Rear Admiral Mary E. Landry, Vice Admiral John Bird, Mike Kelly, Greg Pratt, Rusty Prewitt-Campbell, Gerardo Tapia, Fred Dufault, Lynn Kimble, Dick Smith, Bob Winzenried, Sherri Zimmerman, Chuck Bunch, Joseph Montanaro, Maggie Hahn, Dennis King, Brad Sargent, Rory Wicks, and Jeff Ludwick.

∎ ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ ∎

Books by David Andrew Christenson on Amazon
https://www.amazon.com/stores/David-Andrew-Christenson/author/B00JCUX5UG?ref=ap_rdr&store_ref=ap_rdr&isDramIntegrated=true&shoppingPortalEnabled=true
Title on Amazon: *"THE SECRET SERVICE, USAA INSURANCE, CIA/DOD, ETC. WILL ASSASSINATE PRESIDENT TRUMP JUST LIKE THEY DID PRESIDENT KENNEDY. KENNEDY WAS GOING TO EXPOSE THE "SWAMP" JUST LIKE TRUMP IS TRYING TO DO."*
https://www.amazon.com/dp/B0CJ3GN3C8?ref_=ast_author_dp

Godspeed. Sincerely, David Andrew Christenson
P.O. Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

# Attachment 3

## Removal of TLS 1.1 on November 15, 2020

The PACER Service Center will disable TLS 1.1 on November 15, 2020. Our servers will refuse connections using TLS 1.1 and lower from that date.

 Party Search Results

**Search Criteria:** Party Search; Last Name: [Christenson]; First Name: [David]; Middle Name: [Andrew]; Exact Matches Only
**Result Count:** 111 (3 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| CHRISTENSON, DAVID ANDREW (mov) | 1:2018cv00011 | MANAFORT v. U. S. DEPARTMENT OF JUSTICE et al | District Of Columbia District Court | 01/03/2018 | 04/27/2018 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2018cv02885 | CORSI v. MUELLER et al | District Of Columbia District Court | 12/09/2018 | 10/31/2019 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2019cv00810 | ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE | District Of Columbia District Court | 03/22/2019 | |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2019cv00800 | JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE | District Of Columbia District Court | 03/22/2019 | |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2019gj00048 | APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS | District Of Columbia District Court | 07/26/2019 | 09/09/2020 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2019cv02399 | MCCABE v. BARR et al | District Of Columbia District Court | 08/08/2019 | |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2019cv02367 | STRZOK v. BARR et al | District Of Columbia District Court | 08/06/2019 | |
| Christenson, David Andrew (ip) | 9:2020cv80604 | AHARON et al v. CHINESE COMMUNIST PARTY et al | Florida Southern District Court | 04/07/2020 | 07/06/2020 |
| Christenson, David Andrew (ip) | 1:2020cv21108 | ALTERS et al v. PEOPLE'S REPUBLIC OF CHINA et al | Florida Southern District Court | 03/12/2020 | |

12/17/2020

PACER Case Locator - Search Results

| | | | | | |
|---|---|---|---|---|---|
| Christenson, David Andrew (inre) | 1:2018cv01064 | IN RE: David Andrew Christenson | Illinois Northern District Court | 02/12/2018 | 02/12/2018 |
| Christenson, David Andrew (db) | 2:2004bk18809 | David Andrew Christenson | Louisiana Eastern Bankruptcy Court | 11/23/2004 | 01/29/2007 |
| Christenson, David Andrew (mov) | 2:2008cr00140 | USA v. Jefferson et al - Betty Jefferson | Louisiana Eastern District Court | 06/04/2008 | 09/12/2011 |
| Christenson, David Andrew (mov) | 2:2008cr00140 | USA v. Jefferson et al - Angela Coleman | Louisiana Eastern District Court | 06/04/2008 | 05/23/2012 |
| Christenson, David Andrew (mov) | 2:2008cr00140 | USA v. Jefferson et al - Mose Jefferson | Louisiana Eastern District Court | 06/04/2008 | 05/18/2012 |
| Christenson, David Andrew (mov) | 2:2008cr00140 | USA v. Jefferson et al - Renee Gill Pratt | Louisiana Eastern District Court | 06/04/2008 | 11/02/2011 |
| Christenson, David Andrew (mov) | 2:2009cr00374 | USA v. Meffert et al - Gregory Meffert | Louisiana Eastern District Court | 11/06/2009 | 09/04/2014 |
| Christenson, David Andrew (mov) | 2:2009cr00374 | USA v. Meffert et al - Linda Meffert | Louisiana Eastern District Court | 11/06/2009 | 11/21/2011 |
| Christenson, David Andrew (mov) | 2:2009cr00374 | USA v. Meffert et al - Mark St. Pierre | Louisiana Eastern District Court | 11/06/2009 | 09/01/2011 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - David Warren | Louisiana Eastern District Court | 06/11/2010 | 12/11/2013 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - Dwayne Scheuermann | Louisiana Eastern District Court | 06/11/2010 | 12/09/2010 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - Gregory McRae | Louisiana Eastern District Court | 06/11/2010 | 03/31/2011 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - Robert Italiano | Louisiana Eastern District Court | 06/11/2010 | 12/09/2010 |
| Christenson, David Andrew (mov) | 2:2010cr00154 | USA v. Warren et al - Travis McCabe | Louisiana Eastern District Court | 06/11/2010 | 02/06/2014 |
| Christenson, David Andrew (mov) | 2:2010cr00204 | USA v. Bowen et al - Kenneth Bowen | Louisiana Eastern District Court | 07/12/2010 | 04/20/2016 |
| Christenson, David Andrew (mov) | 2:2010cr00204 | USA v. Bowen et al - Robert Gisevius | Louisiana Eastern District Court | 07/12/2010 | 04/20/2016 |
| Christenson, David Andrew (mov) | 2:2010cr00204 | USA v. Bowen et al - Robert Faulcon | Louisiana Eastern District Court | 07/12/2010 | 04/20/2016 |
| Christenson, David Andrew (mov) | 2:2010cr00204 | USA v. Bowen et al - Anthony Villavaso | Louisiana Eastern District Court | 07/12/2010 | 04/20/2016 |
| Christenson, David Andrew (mov) | 2:2010cr00204 | USA v. Bowen et al - Arthur Kaufman | Louisiana Eastern District Court | 07/12/2010 | 04/20/2016 |

| | | | | | |
|---|---|---|---|---|---|
| Christenson, David Andrew (mov) | 2:2010cr00204 | USA v. Bowen et al - Gerard Dugue | Louisiana Eastern District Court | 07/12/2010 | 11/04/2016 |
| Christenson, David Andrew (mov) | 2:2011cr00157 | USA v. Fazzio et al - Dominick Fazzio | Louisiana Eastern District Court | 06/24/2011 | 03/12/2013 |
| Christenson, David Andrew (mov) | 2:2011cr00299 | USA v. Broussard et al - Aaron F. Broussard | Louisiana Eastern District Court | 12/02/2011 | 02/25/2013 |
| Christenson, David Andrew (mov) | 2:2011cr00299 | USA v. Broussard et al - Karen Parker | Louisiana Eastern District Court | 12/02/2011 | 02/25/2013 |
| Christenson, David Andrew (mov) | 2:2011cr00299 | USA v. Broussard et al - Thomas G Wilkinson | Louisiana Eastern District Court | 12/02/2011 | 02/25/2013 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Gerard J. Howard | Louisiana Eastern District Court | 01/05/2012 | 07/18/2014 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Walter Porter | Louisiana Eastern District Court | 01/05/2012 | 11/09/2016 |
| Christenson, David Andrew (mov) | 2:2011cr00157 | USA v. Fazzio et al - Mark J. Titus | Louisiana Eastern District Court | 06/24/2011 | 03/12/2013 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Andre Hankton | Louisiana Eastern District Court | 01/05/2012 | 11/09/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Nakia Hankton | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Shirley Hankton | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Telly Hankton | Louisiana Eastern District Court | 01/05/2012 | 11/09/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Thomas Hankton | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Troy Hankton | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - George Jackson | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Kevin Jackson | Louisiana Eastern District Court | 01/05/2012 | 11/09/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Netthany Schexnayder | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Dump Smothers | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Terrell Smothers | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |

12/17/2020                          PACER Case Locator - Search Results

| Party Name | | | | | |
|---|---|---|---|---|---|
| Christenson, David Andrew (mov) | 2:2012cr00001 | USA v. Howard et al - Sana Johnson | Louisiana Eastern District Court | 01/05/2012 | 10/12/2016 |
| Christenson, David Andrew (mov) | 2:2013cr00011 | USA v. Nagin - Mayor Nagin | Louisiana Eastern District Court | 01/18/2013 | 07/09/2014 |
| Christenson, David Andrew (mov) | 2:2013mj00099 | USA v. Daigle - Stefen Daigle | Louisiana Eastern District Court | 07/29/2013 | 11/07/2013 |
| Christenson, David Andrew (mov) | 2:2013cr00249 | USA v. Daigle - Stefen Daigle | Louisiana Eastern District Court | 11/07/2013 | 02/06/2015 |
| Christenson, David Andrew (mov) | 3:2020cv00457 | Azelea Woods of Ouachita | Louisiana Western District Court | 04/13/2020 | |
| Christenson, David Andrew (am) | 1:2018cv02849 | State of Maryland v. United States of America et al | Maryland District Court | 09/13/2018 | 02/01/2019 |
| Christenson, David Andrew (mov) | 1:2020cv02830 | Standage v. Braithwaite et al | Maryland District Court | 09/30/2020 | |

PACER FAQ                    Privacy & Security              Contact Us                    Legacy PCL

This site is maintained by the Administrative Office of
the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

12/17/2020                                          PACER Case Locator - Search Results

## Removal of TLS 1.1 on November 15, 2020

The PACER Service Center will disable TLS 1.1 on November 15, 2020. Our servers will refuse connections using TLS 1.1 and lower from that date.



Party Search Results

**Search Criteria:** Party Search; Last Name: [Christenson]; First Name: [David]; Middle Name: [Andrew]; Exact Matches Only
**Result Count:** 111 (3 pages)
**Current Page:** 3

| | | | | | |
|---|---|---|---|---|---|
| Christenson, David Andrew | 0:2018cv02145 | Christenson v. Democratic National Committee | U.S. Court Of Appeals, Second Circuit | 07/20/2018 | 09/10/2018 |
| Christenson, David Andrew | 0:2018cv00485 | Vidal v. Nielsen | U.S. Court Of Appeals, Second Circuit | 02/20/2018 | 07/29/2020 |
| Christenson, David Andrew | 0:2018cv00488 | State of New York v. Trump | U.S. Court Of Appeals, Second Circuit | 02/20/2018 | 07/29/2020 |
| Christenson, David Andrew | 0:2018cv01521 | Vidal v. Nielsen | U.S. Court Of Appeals, Second Circuit | 05/21/2018 | 07/29/2020 |
| Christenson, David Andrew | 0:2018cv01525 | State of New York v. Donald Trump | U.S. Court Of Appeals, Second Circuit | 05/21/2018 | 07/29/2020 |
| Christenson, David Andrew | 0:2018cv01985 | Batalla Vidal v. Nielsen | U.S. Court Of Appeals, Second Circuit | 07/05/2018 | 07/29/2020 |
| Christenson, David Andrew | 0:2018cv01986 | Batalla Vidal v. Nielsen | U.S. Court Of Appeals, Second Circuit | 07/05/2018 | 07/29/2020 |
| Christenson, David Andrew | 0:2018cv01987 | State of New York v. Donald Trump | U.S. Court Of Appeals, Second Circuit | 07/05/2018 | 07/29/2020 |
| Christenson, David Andrew | 0:2018cv01988 | State of New York v. Donald Trump | U.S. Court Of Appeals, Second Circuit | 07/05/2018 | 07/29/2020 |
| Christenson, David Andrew | 0:2013ncrim31192 | USA v. Stacey Jackson | U.S. Court Of Appeals, Fifth Circuit | 11/15/2013 | 12/11/2013 |
| Christenson, David Andrew | 0:2013ncrim31200 | USA v. Kenneth Bowen | U.S. Court Of Appeals, Fifth Circuit | 11/19/2013 | 02/13/2014 |
| Christenson, David Andrew | 0:2013ncrim31203 | USA v. C. Nagin | U.S. Court Of Appeals, Fifth Circuit | 11/19/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2013ncrim31209 | USA v. Dominick Fazzio | U.S. Court Of Appeals, Fifth Circuit | 11/20/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2013ncrim31213 | USA v. David Warren | U.S. Court Of Appeals, Fifth Circuit | 11/21/2013 | 04/15/2014 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Christenson, David Andrew | 0:2013ncrim31290 | USA v. Stacey Jackson | U.S. Court Of Appeals, Fifth Circuit | 12/20/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2013ncrim31297 | USA v. Gerard Howard | U.S. Court Of Appeals, Fifth Circuit | 12/23/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2013ncrim31309 | USA v. Stefen Daigle | U.S. Court Of Appeals, Fifth Circuit | 12/26/2013 | 04/15/2014 |
| Christenson, David Andrew | 0:2014ncrim30168 | USA v. Kenneth Bowen, et al | U.S. Court Of Appeals, Fifth Circuit | 02/27/2014 | 04/15/2014 |
| Christenson, David Andrew | 0:2014ncrim30240 | USA v. Aaron Broussard | U.S. Court Of Appeals, Fifth Circuit | 03/20/2014 | 04/15/2014 |
| Christenson, David Andrew | 0:2014ncrim30267 | USA v. Renee Pratt | U.S. Court Of Appeals, Fifth Circuit | 03/25/2014 | 04/15/2014 |
| Christenson, David Andrew | 0:2014ncrim30272 | USA v. Gregory Meffert | U.S. Court Of Appeals, Fifth Circuit | 03/26/2014 | 04/15/2014 |
| Christenson, David Andrew | 0:2014dcrim30841 | USA v. C. Nagin | U.S. Court Of Appeals, Fifth Circuit | 07/15/2014 | 01/07/2016 |
| Christenson, David Andrew | 0:2014ncrim30937 | USA v. C. Nagin | U.S. Court Of Appeals, Fifth Circuit | 08/08/2014 | 11/12/2014 |
| Christenson, David Andrew | 0:2014ncrim30954 | USA v. Gregory McRae | U.S. Court Of Appeals, Fifth Circuit | 08/12/2014 | 11/12/2014 |
| Christenson, David Andrew | 0:2014dcrim30995 | USA v. Gregory McRae | U.S. Court Of Appeals, Fifth Circuit | 08/22/2014 | 07/28/2015 |
| Christenson, David Andrew | 0:2014ncrim31083 | USA v. Kenneth Bowen, et al | U.S. Court Of Appeals, Fifth Circuit | 09/17/2014 | 01/28/2015 |
| Christenson, David Andrew | 0:2016ncrim30529 | USA v. Kenneth Bowen, et al | U.S. Court Of Appeals, Fifth Circuit | 05/06/2016 | 05/17/2016 |
| Christenson, David Andrew | 0:2016pcf30918 | In Re: Deepwater Horizon | U.S. Court Of Appeals, Fifth Circuit | | 08/03/2018 |
| Christenson, David Andrew | 0:2017cr30597 | Alana Cain v. New Orleans City, et al | U.S. Court Of Appeals, Fifth Circuit | 07/24/2017 | 11/27/2017 |
| Christenson, David Andrew | 0:2017cr30599 | Adrian Caliste v. Harry Cantrell | U.S. Court Of Appeals, Fifth Circuit | 07/24/2017 | 11/27/2017 |
| Christenson, David Andrew | 0:2017cr30831 | Adrian Caliste v. Harry Cantrell | U.S. Court Of Appeals, Fifth Circuit | 10/16/2017 | 12/04/2017 |
| Christenson, David Andrew | 0:2017cr30896 | Renata Singleton, et al v. Leon Cannizaro, et al | U.S. Court Of Appeals, Fifth Circuit | 11/13/2017 | 01/25/2018 |
| Christenson, David Andrew | 0:2018cr30352 | Alana Cain, et al v. New Orleans City, et al | U.S. Court Of Appeals, Fifth Circuit | 03/16/2018 | 05/03/2018 |

| | | | | | |
|---|---|---|---|---|---|
| Christenson, David Andrew (mov) | 8:2020cv00597 | Bourque CPA s and Advisors, Inc., et al v. The People s Republic of China, et al | California Central District Court | 03/25/2020 | 07/28/2020 |
| Christenson, David Andrew (mov) | 1:2020cv00756 | Nellson v. Barnhart et al | Colorado District Court | 03/18/2020 | 10/22/2020 |
| Christenson, David Andrew | 0:2014cvus05207 | Larry Klayman, et al v. Barack Obama, et al | U.S. Court Of Appeals, D.C. Circuit | 08/28/2014 | 03/04/2015 |
| Christenson, David Andrew | 0:2014cvus05208 | Larry Klayman, et al v. Loretta E. Lynch, et al | U.S. Court Of Appeals, D.C. Circuit | 08/28/2014 | 03/04/2015 |
| Christenson, David Andrew | 0:2014cvus05209 | Larry Klayman, et al v. Barack Obama, et al | U.S. Court Of Appeals, D.C. Circuit | 08/28/2014 | 03/04/2015 |
| Christenson, David Andrew | 0:2014cvus05212 | Rand Paul, et al v. Barack Obama, et al | U.S. Court Of Appeals, D.C. Circuit | 08/29/2014 | 03/04/2015 |
| Christenson, David Andrew | 0:2015cvus05077 | Sharyl Attkisson, et al v. DOJ | U.S. Court Of Appeals, D.C. Circuit | 03/20/2015 | 06/03/2015 |
| Christenson, David Andrew | 0:2019cvus05057 | Jerome Corsi v. Robert Mueller, III, et al | U.S. Court Of Appeals, D.C. Circuit | 03/15/2019 | 04/19/2019 |
| Christenson, David Andrew | 0:2019cr03012 | USA v. Roger Stone, Jr. | U.S. Court Of Appeals, D.C. Circuit | 02/22/2019 | 04/19/2019 |
| Christenson, David Andrew | 0:2019cvus05091 | Judicial Watch, Inc. v. DOJ | U.S. Court Of Appeals, D.C. Circuit | 04/09/2019 | 05/16/2019 |
| Christenson, David Andrew | 0:2019cvus05121 | Electronic Privacy Informatio v. DOJ | U.S. Court Of Appeals, D.C. Circuit | 04/26/2019 | 12/06/2019 |
| Christenson, David Andrew | 0:2019cvus05219 | Application of the CommitteeIn re: Application of the Committee | U.S. Court Of Appeals, D.C. Circuit | 08/19/2019 | 02/27/2020 |
| Christenson, David Andrew | 0:2019opcr03054 | Roger Stone, Jr.In re: Roger Stone, Jr. | U.S. Court Of Appeals, D.C. Circuit | 08/02/2019 | 10/22/2019 |
| Christenson, David Andrew | 0:2019cvus05262 | Peter Strzok v. William Barr, et al | U.S. Court Of Appeals, D.C. Circuit | 09/30/2019 | 12/19/2019 |
| Christenson, David Andrew | 0:2019cvus05281 | Andrew McCabe v. William Barr, et al | U.S. Court Of Appeals, D.C. Circuit | 10/23/2019 | 12/03/2019 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2013cv00851 | KLAYMAN v. OBAMA et al | District Of Columbia District Court | 06/06/2013 | 11/21/2017 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2013cv00881 | KLAYMAN et al v. OBAMA et al | District Of Columbia District Court | 06/11/2013 | 11/21/2017 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2014cv00092 | KLAYMAN et al v. OBAMA et al | District Of Columbia District Court | 01/23/2014 | 03/28/2018 |

12/17/2020                                    PACER Case Locator - Search Results

| | | | | | |
|---|---|---|---|---|---|
| CHRISTENSON, DAVID ANDREW (mov) | 1:2014cv00262 | PAUL et al v. OBAMA et al | District Of Columbia District Court | 02/18/2014 | 02/08/2019 |
| CHRISTENSON, DAVID ANDREW (mov) | 1:2014cv01944 | ATTKISSON et al v. U.S. DEPARTMENT OF JUSTICE | District Of Columbia District Court | 11/19/2014 | 09/07/2016 |
| CHRISTENSON, DAVID ANDREW (dft) | 1:1986cv00805 | NATL.BANK,ETC. v. INTERCOASTAL,ET et al | District Of Columbia District Court | 03/25/1986 | 03/04/1987 |

PACER FAQ                    Privacy & Security                Contact Us                    Legacy PCL

This site is maintained by the Administrative Office of
the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

## Removal of TLS 1.1 on November 15, 2020

The PACER Service Center will <u>disable TLS 1.1</u> on November 15, 2020. Our servers will refuse connections using TLS 1.1 and lower from that date.

    Party Search Results

**Search Criteria:** Party Search; Last Name: [Christenson]; First Name: [David]; Middle Name: [Andrew]; Exact Matches Only
**Result Count:** 111 (3 pages)
**Current Page:** 2

| Party Name | Number | Court | Court | Start | |
|---|---|---|---|---|---|
| Christenson, David Andrew (pla) | 1:2018cv05769 | Christenson v. Democratic National Committee et al | New York Southern District Court | 06/26/2018 | 06/28/2018 |
| Christenson, David Andrew (ip) | 1:2019dm00012 | USA v. Doe 2010R03793 - John Doe 2010R03793 | Virginia Eastern District Court | 05/03/2019 | |
| Christenson, David Andrew (ip) | 1:2016cv00375 | Elhady et al v. Piehota et al | Virginia Eastern District Court | 04/05/2016 | 12/19/2019 |

PACER FAQ                    Privacy & Security                Contact Us                    Legacy PCL

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

# Attachment 4

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 24 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

The State of Georgia v. Meadows (1:23-cv-03621) District Court, N.D. Georgia Judge Steve C. Michael Jones - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. August 23rd, 2023.

## Motion to Intervene

Do not allow this case to be transferred to Federal Court because if you do, you are giving Humanity a death sentence.

Call Chief Justice William Pryor Jr. and ask him if you should give me a voice and if you should return the case to Georgia. I beg you to give Humanity two minutes to make a simple phone call.

**This case is about Censorship which has become the most powerful weapon in the history of Humanity.** (Think I am kidding? The tampering took place before, during and after the election. We are not looking at it right. We set a record for mail in and absentee ballots with no additional security. Attorney General Barr acknowledged the tampering. Look at the Second District in Nebraska and across the river in Iowa. There was a very strong possibility that the election was going to be a tie. If that happened, Trump would win in the house. They needed on Electoral Vote to stop Trump. What happened in the Second District is statistically impossible without an anomaly. Trump won the state by 17% and lost the Second District by 17% and yet they elected a Republican Representative. Trump won across the river in Iowa which was even more blue collar. They unanimously elected Republicans.

This case is about playing a game of Apocalyptic Chicken. What criminals will blink first? Will it be Trump and his band of clowns or the Federal Government and their band of clowns. This case goes back to Citizen Trump, Candidate Trump, President Elect Trump, Post Election Trump and finally Citizen Trump. The Federal Government had Citizen Trump, Candidate Trump and then President Elect Trump under surveillance. The crime was having President Elect Trump under surveillance. Our government found out illegally, that Trump tampered with the 2016 election. Fruit from a poisoned tree. The unmasking of General Mike Flynn would have exposed everything, but they played Chicken and Trump and Flynn won. Judge Sullivan stated in Federal Court that Flynn committed Treason. I can provide documentation.

Mathematically Humanity will cease to exist in the next few years.
Mathematically Humanity is in a Contagious Endemic Murder Suicide Pandemic.
Murder Suicide has become a life choice.
This is an exponential problem. Humans that have not yet procreated are committing suicide and some are as young as five-years old. Humanity loses eight humans in the population stream when someone that has not yet procreated commits suicide. We cannot replace our population.
Life expectancies are decreasing at an accelerated rate.
Birth rates are negative.
Humanity has lost the ability and desire to procreate.

We would not have entered the Pandemic if the Supreme Court had ordered a response, just a response, to my Writ of Mandamus and Prohibition 14-10077. I have four Writs in the Supreme Court public docket. (Ask Jeffery Bossert Clark why he entered an appearance on behalf of BP Oil in a case (Writ)

where they were not involved. It was because of the Karina Virus and its connection to the BP Oil Spill and the Deepwater Horizon rig.)

The Constitution, Preamble, First Amendment, and the last sentence of the First Amendment – the right to file a grievance - gives me a Constitutional Right to be heard.

The most important word in the Constitution is "Posterity."

Who is speaking for our "Posterity"? The Federal Government is not. As a matter of fact, the Federal Government is responsible for the Genocide of our "Posterity".

The universe will record that Humanity ceased to exist because of suicide.

Godspeed.
Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Sensitive Compartmentalized Information (SCI) - #55 August 20th, 2023 (Published on Amazon.com)

## WHY DO YOU HATE HUMANITY? WHY ARE ALL OF YOU SUCH RACISTS?

Title: *"General Colin Powell was one of the biggest racists of the last 50 years and he should have been hung for it"*, just the way all of you should be hung for the Genocide of the American People and Humanity. He called his frauds at the United Nations General Assembly a "blot" on his record. General Powell, the Aryan Brotherhood of Bush, Cheney, C. Rice, and Rumsfeld, and the United States of America, along with the Supreme Court, committed multiple genocidal frauds against Humanity. They all knew that Iraq did not have Weapons of Mass Destruction, that Al Qaida was not operating in Iraq and that Iraq was not responsible for 911.

Without Censorship by the Supreme Court and the Federal Judiciary, they never would have succeeded with the Genocide and Crimes Against Humanity. (Powell's reward for the frauds was to become a member of the Aryan Brotherhood and rich. A disproportionate number of young black men and women died, were maimed, committed suicide, developed mental illness, became drug addicts, homeless, etc. because of the fraudulent Iraq war.)

I am sure all of you will consider your participation in the Genocide of Humanity as a "blot" on your record. (You all are officially a part of the Aryan Brotherhood. Minorities are paying a disproportion price. One of the things I learned while living in New Orleans was that the biggest enemy to black people was other black people. Name the top five things Barack and Michell Obama did for black people. When I ask that question to black people, they give me a blank stare. What about Biden? Biden has been a Senator, Vice President, and President for over 50-years, and I hold him responsible for the systemic racism.)

Read the attached NY Times article. Powell gave multiple speeches and interviews promoting the frauds. **He knew the truth.** (The democratic rag knew that Powell was committing fraud but hey, war is very profitable for the media. The NY Times made a fortune.)

Your participation in Humanity's Genocide.
(Don't worry, you will be given a Hero's funeral just like Powell. God, are we a screwed-up country.)

This is all about math and it can be confirmed.

The only chance for humanity is if the Supreme Court and the Federal Judiciary give me a voice by ordering a response. Mathematically it is our Genocide by Suicide. Prosecuting Trump accelerates our Genocide by Suicide. Your actions are planting the contagious seeds of our Genocide by Suicide.

Censorship, by the Supreme Court and the Federal Judiciary, is responsible for the double digit increase in American (excess) Deaths. After three years we are still in an influenza, pneumonia and COVID19 epidemic/pandemic, which has also become continuously endemic. The latest CDC report is for week 32, ending August 12th, 2023. Week 32 should have the lowest rate of the year. The rate was 6.1%. In the next ten weeks we could see this rate triple to 18.3% or higher. **We could see a million excess American deaths in the next nine months.**

This Censorship is responsible for the mental and physical degradation of our population.

This Censorship is also responsible for the degradation of our immune system, soul, and spirit, thus allowing us to become susceptible to medical and mental maladies such as Murder Suicide, Pneumonia, lack of desire and ability to procreate, etc.

This Censorship is allowing our government to install vascular ports on us so that we can easily obtain the weekly vaccine.

**This Censorship is a grotesque form of Election Tampering. Americans are not informed voters. Trump is playing tiddlywinks compared to your committing Genocide.**

Attorney General Merrick Garland
Chief Justice Sri Srinivasan
Clerk Mark Langer
Chief Executive Betsy Paret
Special Counsel Robert Hur
Special Counsel Jack Smith
Special Counsel John Durham
Special Counsel David Weiss
Judge John G. Koeltl
Chief Judge Laura Taylor Swain
Chief Justice William Pryor Jr.
Clerk David Smith
Circuit Executive Ashlyn Beck
Judge Ellen Lipton Hollander
Judge Ursula Ungaro

Judge Lee H. Rosenthal
USAA CEO Wayne Peacock
USAA Notice of Error/Request for Information
Jane Sullivan Roberts
Chief Justice John G. Roberts
Vice Admiral John N. Christenson
Judge Darrin P. Gayles
Judge Mary Kay Vyskocil
Judge Aileen Mercedes Cannon
Clerk Angela E. Noble
Judge Terry Alvin Doughty
Judge Amy Berman Jackson
Judge Emmet G. Sullivan
Judge Tanya Sue Chutkan

Clerk Angela Caesar

Judge Kathleen

Mary Williams

Judge Robert N. Scola, Jr.

Judge Kevin Michael Moore

*Bridge Investment Group

*Robert Morse

*Dean Allara

*Jonath Slager

*Adam O'Farrell

*General Counsel Matthew Grant

*General Counsel Allison Ramirez

*Lindsey Daugherty

Judge James E. Boasberg

Christopher Michael Kise

Todd Blanche

David Harbach

Jay I. Bratt

Julie A. Edelstein

Karen E. Gilbert

J.P. Cooney

Molly Gulland Gaston

John F. Lauro

Thomas Windom

Chief Justice Priscilla Richmond

Clerk Lyle W. Cayce

Chief Executive Lorie Robinson

Godspeed. - Sincerely, - David Andrew Christenson - P.O. Box 9063 - Miramar Beach, Florida 32550 - 504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

8/20/23, 12:38 PM Powell Calls His U.N. Speech a Lasting Blot on His Record - The New York Times
https://www.nytimes.com/2005/09/09/politics/powell-calls-his-un-speech-a-lasting-blot-on-his-record.html?smid=em-share 1/1
https://www.nytimes.com/2005/09/09/politics/powell-calls-his-un-speech-a-lasting-blot-on-his-record.html

*Powell Calls His U.N. Speech a Lasting Blot on His Record*

By Steven R. Weisman - Sept. 9, 2005

WASHINGTON, Sept. 8 - The former secretary of state, Colin L. Powell, says in a television interview to be broadcast Friday that his 2003 speech to the United Nations, in which he gave a detailed description of Iraqi weapons programs that turned out not to exist, was "painful" for him personally and would be a permanent "blot" on his record.

"I'm the one who presented it on behalf of the United States to the world," Mr. Powell told Barbara Walters of ABCNews, adding that the presentation "will always be a part of my record."

Asked by Ms. Walters how painful this was for him, Mr. Powell replied: "It was painful. It's painful now." Asked further how he felt upon learning that he had been misled about the accuracy of intelligence on which he relied, Mr. Powell said, "Terrible." He added that it was "devastating" to learn later that some

intelligence agents knew the information he had was unreliable but did not speak up.

Mr. Powell also implied in the interview that the United States did not go to war in Iraq with sufficient troops to secure the country and failed to keep sufficient Iraqi forces to help stabilize the country.

"What we didn't do in the immediate aftermath of the war was to impose our will on the whole country with enough troops of our own, with enough troops from coalition forces or by re-creating the Iraqi forces, armed forces, more quickly than we are doing now," he said.

But with Iraq still violent and plagued by sectarian conflict, the United States has "little choice but to keep investing in the Iraqi armed forces and to do everything we can to increase their size and their capability and their strength."

Since leaving office in January, Mr. Powell has declined interview requests. But his expressions of regret about the weapons intelligence and the lack of troops were consistent with many of his statements in office, especially after it became clear that Iraq had none of the weapons that Mr. Powell had said it was stockpiling.

He acknowledged several times that intelligence failures lay behind his presentation on the eve of the Iraq war two years ago, but he has never expressed any regret about the war itself. Asked by Ms. Walters, "When the president made the decision to go to war, you were for it?" Mr. Powell said, "Yes."

Asked about editorials asserting that he had put loyalty "ahead of leadership," Mr. Powell parried the question. "Well, loyalty is a trait that I value, and yes, I am loyal," he replied. "And there are some who say, 'Well, you shouldn't have supported it, you should have resigned.' But I'm glad that Saddam Hussein is gone."

Mr. Powell said he did not blame George J. Tenet, then the director of central intelligence, for the failures and did not believe that Mr. Tenet tried to mislead him.

"No, George Tenet did not sit there for five days with me, misleading me," he said, referring to the week he spent at the Central Intelligence Agency reviewing the evidence on Iraq before making his presentation to the United Nations.

"There were some people in the intelligence community who knew at that time that some of these sources were not good, and shouldn't be relied upon, and they didn't speak up. That devastated me."

**THERE IS NO ANTIDOTE AND THERE WILL NEVER BE, UNLESS WE CHANGE THE NARRATIVE.**
**(Published on Amazon – August 23rd, 2023)**
**THERE IS NO ANTIDOTE FOR THE KATRINA VIRUS AND THERE WILL NEVER BE, UNLESS WE CHANGE THE NARRATIVE.**

WE CANNOT START TO MAKE AN ANTIDOTE UNTIL WE HAVE UNFETTERED KNOWLEDGE.

EACH OF YOU HAS AN INFINITESIMAL PIECE TO THE COLOSSAL JIGSAW PUZZLE WE CALL HUMANITY.

WE ARE VACCINATING HUMANITY WITH AN ACCELERANT.

MATHEMATICALLY HUMANITY WILL CEASE TO EXIST IN THE NEXT FEW YEARS.

Humanity is no longer surviving, competing, or procreating. Those are the three pillars of our species.

**Our number one enemy is censorship, and it is the easiest of all our problems to rectify.** (Who represents the American People? None of the three branches of our government do.)

- We are in a Contagious Endemic Murder Suicide Pandemic.
- Contentious between Americans is out of control.
- Humanity has destroyed the greatest fighting machine – our soul, spirit, and immune system – in the history of the world. We crawled out of the oceans five hundred million years ago and when the Industrial Revolution started, 250 years ago, we started to commit murder-suicide. We were Apex Predators. We are now subservient to industrialization and technology and microscopic viruses. (The quarantine, masks and vaccines made us bubble people.)
- How do we pay for our medical and mental health care? We are at epidemic rates/levels for Dementia, Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza, and Pneumonia (COVID 19) deaths, etc. All are connected to a degraded Immune System(s). We must have an uncensored dialogue about vaccinations and the long-term harm they do to our immune system(s). Our government has turned us into "Bubble People," a vaccination for everything. Soon everyone will have a vascular port for the vaccine of the week. We have mental illnesses that have not been named.
- We have a negative birth rate and life expectancies are decreasing. These numbers would be far worse if it were not for legal and undocumented immigrants. A negative 3% birthrate means the end of Humanity. We have lost the ability and desire to procreate.
- We can never repay the debt. ETC. ETC. ETC.

Supreme Genocider and Sunarcissist Joseph R. Biden, Jr. (Trump)
President Joseph R. Biden, Jr. (Trump)
Vice President Joseph R. Biden, Jr.
Senator Joseph R. Biden, Jr.
Candidate Joseph R. Biden, Jr. (Trump)

Vice President Kamala D. Harris                    Chief Justice John G. Roberts

Justice Amy C. Barrett
Justice Neil M. Gorsuch
Justice Clarence Thomas
Justice Samuel A. Anthony Alito
Justice Sonia Sotomayor
Justice Elena Kagan
Justice Brett M. Kavanaugh
Justice Ketanji B. Jackson
- **Every living:**
- President
- Vice President
- Cabinet Member
- U.S. Senator
- U.S. Representative
- Supreme Court Justice
- Appellate Justice
- District Judge

Attorney General Merrick Garland
Chief Justice Sri Srinivasan
Clerk Mark Langer
Chief Executive Betsy Paret
Special Counsel Robert Hur
Special Counsel Jack Smith
Special Counsel John Durham
Special Counsel David Weiss
Judge John G. Koeltl
Chief Judge Laura Taylor Swain
Chief Justice William Pryor Jr.
Clerk David Smith
Circuit Executive Ashlyn Beck
Judge Ellen Lipton Hollander
Judge Ursula Ungaro
Judge Lee H. Rosenthal
USAA CEO Wayne Peacock
USAA Notice of Error/Request for Information
Jane Sullivan Roberts

Vice Admiral John N. Christenson
Judge Darrin P. Gayles
Judge Mary Kay Vyskocil
Judge Aileen Mercedes Cannon
Clerk Angela E. Noble
Judge Terry Alvin Doughty
Judge Amy Berman Jackson
Judge Emmet G. Sullivan
Judge Tanya Sue Chutkan
Clerk Angela Caesar
Judge Kathleen
Mary Williams
Judge Robert N. Scola, Jr.
Judge Kevin Michael Moore
**\*Bridge Investment Group**
\*Robert Morse
\*Dean Allara
\*Jonath Slager
\*Adam O'Farrell
\*General Counsel Matthew Grant
\*General Counsel Allison Ramirez
\*Lindsey Daugherty
Judge James E. Boasberg
Christopher Michael Kise
Todd Blanche
David Harbach
Jay I. Bratt
Julie A. Edelstein
Karen E. Gilbert
J.P. Cooney
Molly Gulland Gaston
John F. Lauro
Thomas Windom
Chief Justice Priscilla Richmond
Clerk Lyle W. Cayce
Chief Executive Lorie Robinson

Godspeed. Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

**You have been immortalized as a Genocider and Sunarcissist – August 22nd, 2023.**
(Published on amazon.com – August 22nd, 2023)

Censorship – which is the most grotesque form of Genocidal Suicide - has become the most powerful weapon in the world. Humanity has accepted Censorship and the Genocidal Suicide that goes with it.

The Aryan Brotherhood of Bush, Cheney, C. Rice, Powell, Honore, and the media blockaded New Orleans before, during and after Hurricane Katrina. The Greatest Nation in the World and we could not rescue our fellow Americans for five days? The Censorship via a blockade allowed the Aryan Brotherhood to coverup the release of chemical and biological warfare contaminants – The Katrina Virus and the forerunner to COVID19. We poisoned the world.

A disproportionate number of minorities died, and will continue to die, and yet half the Aryan Brotherhood is black. (Reminiscent of the 40-year Tuskegee Study. Our government, including Black leaders, withheld penicillin from Black men that had syphilis. Their bodies were eaten away.)

The five-day blockade (supposedly) allowed the Katrina Virus to dissipate. Hurricane Katrina was the perfect incubator with hot temperatures, high solids, and high humidity. Instead of dissipating, the Katrina Virus multiplied, mutated, and spread throughout the world. (Look at stroke alley.)

**THE NUMBER ONE CAUSE OF DEATH IN THE WORLD IS THE DEGRADATION OF THE LUNGS.**

Censorship did not, and is not, allowing the truth to come out. The Censorship allowed us to create a self-perpetuating apocalypse.

The moron, Geraldo Rivera, reported from Convention Center Boulevard. One hundred yards from where he was reporting was the blockaded mighty Mississippi River. Every Cajun in South Louisiana has a boat, food, and beer. All they had to do was walk one hundred yards and get rescued, but our government would not allow that.

This was a cataclysmic event for Humanity because New Orleans was the Chemical and Biological Warfare Capital of the World, and it was the birthplace of the Katrina Virus. Covid19 traces its origins to New Orleans.

**The Supreme Genocider and Sunarcissist for fifty-five plus years.**
(This typifies the systemic mental illnesses that Americans suffer from. Our options are Biden or Trump.)

President Joseph R. Biden, Jr.
Vice President Joseph R. Biden, Jr.
Senator Joseph R. Biden, Jr.
Candidate Joseph R. Biden, Jr.

Vice President Kamala D. Harris                Justice Amy C. Barrett
Chief Justice John G. Roberts                  Justice Neil M. Gorsuch

| | |
|---|---|
| Justice Clarence Thomas | Judge Darrin P. Gayles |
| Justice Samuel A. Anthony Alito | Judge Mary Kay Vyskocil |
| Justice Sonia Sotomayor | Judge Aileen Mercedes Cannon |
| Justice Elena Kagan | Clerk Angela E. Noble |
| Justice Brett M. Kavanaugh | Judge Terry Alvin Doughty |
| Justice Ketanji B. Jackson | Judge Amy Berman Jackson |

- o **Every living:**
- o President
- o Vice President
- o Cabinet Member
- o U.S. Senator
- o U.S. Representative
- o Supreme Court Justice
- o Appellate Justice
- o District Judge

| | |
|---|---|
| | Judge Emmet G. Sullivan |
| | Judge Tanya Sue Chutkan |
| | Clerk Angela Caesar |
| | Judge Kathleen Mary Williams |
| | Judge Robert N. Scola, Jr. |
| | Judge Kevin Michael Moore |
| Attorney General Merrick Garland | **\*Bridge Investment Group** |
| Chief Justice Sri Srinivasan | \*Robert Morse |
| Clerk Mark Langer | \*Dean Allara |
| Chief Executive Betsy Paret | \*Jonath Slager |
| Special Counsel Robert Hur | \*Adam O'Farrell |
| Special Counsel Jack Smith | \*General Counsel Matthew Grant |
| Special Counsel John Durham | \*General Counsel Allison Ramirez |
| Special Counsel David Weiss | \*Lindsey Daugherty |
| Judge John G. Koeltl | Judge James E. Boasberg |
| Chief Judge Laura Taylor Swain | Christopher Michael Kise |
| Chief Justice William Pryor Jr. | Todd Blanche |
| Clerk David Smith | David Harbach |
| Circuit Executive Ashlyn Beck | Jay I. Bratt |
| Judge Ellen Lipton Hollander | Julie A. Edelstein |
| Judge Ursula Ungaro | Karen E. Gilbert |
| Judge Lee H. Rosenthal | J.P. Cooney |
| USAA CEO Wayne Peacock | Molly Gulland Gaston |
| USAA Notice of Error/Request for Information | John F. Lauro |
| Jane Sullivan Roberts | Thomas Windom |
| Vice Admiral John N. Christenson | Chief Justice Priscilla Richmond |
| | Clerk Lyle W. Cayce |
| | Chief Executive Lorie Robinson |

- Supreme Court Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- United States v. Trump (9:23-cr-80101) District Court, S.D. Florida Judge Aileen M. Cannon Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- United States v. Trump (1:23-cr-00257) District Court, District of Columbia Judge Tanya Sue Chutkan Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- 11th Circuit Writ 21-10371 Writ of Prohibition and Writ of Mandamus filed by David Andrew Christenson on behalf of himself, all Americans and Humanity

- State of Missouri v. Biden (23-30455) Court of Appeals for the Fifth Circuit filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- United State v. Trump (23-cr-XXXXX) Judge Amy B. Jackson District Court, District of Columbia filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457) District Court, W.D. Louisiana Judge Terry Alvin Doughty Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Missouri v. Biden (3:22-cv-01213) District Court, W.D. Louisiana Judge Terry Alvin Doughty Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Kennedy v. Biden (3:23-cv-00381) District Court, W.D. Louisiana Judge Terry Alvin Doughty Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Bragg v. Jordan (1:23-cv-03032) SDNY Judge Mary Kay Vyskocil Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Trump v. Cohen (1:23-cv-21377) SDFL Judge Darrin Phillip Gayles Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- ※ <u>Review the dockets in the following cases. Facebook, Twitter, and YouTube censored me on behalf of the Executive Branch/Department of Justice and closed all my social media accounts. In exchange they got the equivalent of reverse section 230. They could censor without liability.</u>
- Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr. Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity
- Trump v. YouTube, LLC (1:21-cv-22445) District Court, S.D. Florida Judge Kevin Michael Moore Filed by David Andrew Christenson on behalf of himself, all Americans and Humanity

Godspeed.

Sincerely,


David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SACK
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. ~~Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.~~

Sensitive Compartmentalized Information (SCI) - #52 August 16th, 2023 (Published on Amazon.com)

**Amazon Title: When the U.S. Marshals, Secret Service, FBI, and the U.S. Military come to me, and ask if they should hang you for Murder Suicide, Treason, Genocide, and Crimes Against Humanity, how should I respond? (Be honest with yourself. You have allowed Biden, Trump, and Roberts to hang you. Why not let them?)**

I will point out that you all suffer from Roberts Chutkan Cannon Syndrome - **RCC Syndrome, Tribal Subjectivity and Sunarcissism** and that you are in the process of committing Murder Suicide, Treason, Genocide, and Crimes Against Humanity. There is no cure, so hanging might be the best option. I will also point out that you all murdered them and their families. Do you think they will listen to me? **"NO."** (You all are dead people walking, no matter what. The only difference is if you die by suicide or hanging, but either way you will die.) Odd way to say this: *"The only people we **should not hang** are those that want to compete, survive and procreate." "Why waste our limited resources on those people that want to die anyway?"* I am talking about you.

# CHANGE THE NARRATIVE. YOU CAN'T BE SAVED IF YOU DON'T.

| | |
|---|---|
| Attorney General Merrick Garland | Clerk Angela E. Noble |
| Chief Justice Sri Srinivasan | Judge Terry Alvin Doughty |
| Clerk Mark Langer | Judge Amy Berman Jackson |
| Chief Executive Betsy Paret | Judge Emmet G. Sullivan |
| Special Counsel Robert Hur | Judge Tanya Sue Chutkan |
| Special Counsel Jack Smith | Clerk Angela Caesar |
| Special Counsel John Durham | Judge Kathleen Mary Williams |
| Special Counsel David Weiss | Judge Robert N. Scola, Jr. |
| Judge John G. Koeltl | Judge Kevin Michael Moore |
| Chief Judge Laura Taylor Swain | Robert Morse |
| Chief Justice William Pryor Jr. | Dean Allara |
| Clerk David Smith | Jonath Slager |
| Circuit Executive Ashlyn Beck | Adam O'Farrell |
| Judge Ellen Lipton Hollander | General Counsel Matthew Grant |
| Judge Ursula Ungaro | General Counsel Allison Ramirez |
| Judge Lee H. Rosenthal | Lindsey Daugherty |
| USAA CEO Wayne Peacock | Judge James E. Boasberg |
| USAA Notice of Error/Request for Information | Christopher Michael Kise |
| Jane Sullivan Roberts | Todd Blanche |
| Chief Justice John G. Roberts | David Harbach |
| Vice Admiral John N. Christenson | Jay I. Bratt |
| Judge Darrin P. Gayles | Julie A. Edelstein |
| Judge Mary Kay Vyskocil | Karen E. Gilbert |
| Judge Aileen Mercedes Cannon | J.P. Cooney |

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

DAVID ANDREW CHRISTENSON
5047153086
765 SANDPIPER DRIVE
MIRAMAR BEACH  FL 32550

0.3 LBS LTR          1 OF 1

SHIP TO:
JUDGE STEVE C. JONES
1967 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE SW
**ATLANTA GA 30303**

**GA 303 9-02**

**UPS NEXT DAY AIR**

TRACKING #: 1Z 243 1YA 01 9107 2935

1

BILLING: P/P

XOL 23.07.08          NV45 34.0A 08/2023®          TM

1967 UNITED STATES
75  TED TURNER DR SW
ATLANTA GA 30303

P: REDBL2 s: 2TW
A12-16.36
1Z431YA019107
2935                     1:220
                          1030

303  9 - 02

AY AIR     1

243 1YA 01 9107 2935

# Attachment 5

The State of Georgia v. Meadows (1:23-cv-03621) District Court, N.D. Georgia Judge Steve CarMichael Jones - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. August 29th, 2023.

Supplemental 1 Motion to Intervene

Judge Jones,

This is way out there and I am not an attorney, but it is meant with the best of intentions. (At least I am trying.)

Did Trump, Clark, Meadows, etc. waive executive privilege, immunity, under color, 5th Amendment Rights, etc.? Did Trump waive the rights for them? The DOJ would have had to approve the lawsuit dates since Trump was President at the times he was claiming. (Sorry, got to try.)

The claims, by President Trump, from January all had to do with the election and trying to change the results.

I know I am missing stuff. Sorry.

Please read the attachments carefully as they are not organized.

Attachment 1: Motion and Amended Motion in Multiple cases.

Attachment 2: This was filed and docketed with Judge Chutkan in D.C.

Attachment 3: Notes, Ideas, and a History.

Attachment 4: Elections notes. Not sure why I am including this.

Godspeed.

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

# Attachment 1

The following pleadings can be found in multiple Federal District Courts and multiple Federal Appellate Courts. See the end for a list of the Courts and Cases.

Trump v. Twitter, Inc (3:21-cv-08378) District Court, N.D. California Chief Judge Richard Seeborg/ Magistrate Judge Thomas Hixson Movant David Andrew Christenson October 30th, 2021

Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

The pleading is being filed to preserve the Constitutional Rights of all Americans and myself. I have standing and cause. The American People have standing and cause. A detail list of claims will be filed.

(Would I have the right to depose President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016)?)

President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016), Larry Page, Sergey Brin, Sundar Pichal, and the board of directors of Alphabet/Google/YouTube have censored me and thus the American People. The speaker has been censored and the listener has been censored. Free Speech is dead. The First Amendment is dead

**President Donald J. Trump has waived Executive Privilege.** President Donald J. Trump claimed Twitter and Facebook censored/banned him on January 7th, 2021, and that YouTube censored/banned him on January 12th, 2021, while he was President. The ban continued after the Inauguration when President Donald J. Trump became Citizen Donald J. Trump. By filing the Class Action Complaint, the President and Citizen became one and Executive privilege was waived. The Plaintiff claims the ban has been continuous. If President Donald J. Trump wanted to retain Executive Privilege he should have filed the damage/harm dates after the Inauguration on January 20th, 2021, when he became just Citizen Donald J. Trump.

My first cause of action and claim pertains to Citizen Donald J. Trump objecting to my participation in the Class Action Complaints. I too was censored by YouTube, Twitter, and Facebook.

My second cause of action and claim is that President Donald J. Trump censored me and thus the American People.

My third cause of action and claim is that Citizen Donald J. Trump censored me and thus the American People.

My fourth cause of action and claim is the Presidential Candidate Donald J. Trump (2016) censored me and thus the American People.

All censorship started in 2016 when Donald J. Trump was a candidate for the Presidency.

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

_____
David Andrew Christenson


Trump v. Twitter, Inc (3:21-cv-08378) District Court, N.D. California Chief Judge Richard Seeborg/ Magistrate Judge Thomas Hixson Movant David Andrew Christenson October 30th, 2021

Amended Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

Failed to include Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg will be listed as a combination of owners, individuals, principals, directors, and managers.

Complete list:  President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J Trump (2016), Larry Page, Sergey Brin, Sundar Pichal, the board of directors of Alphabet/Google/YouTube, Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

"Claw Back" will be invoked since Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg became multibillionaires by censoring the American People.

By censoring me, the speaker, they censored all Americans, the listeners. It was the fallout that killed and maimed the people in Japan during World War II, not the explosion.

Prayer for Relief

**The Truth.**

Godspeed - Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

_____
David Andrew Christenson

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson October 30th, 2021

Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

The pleading is being filed to preserve the Constitutional Rights of all Americans and myself. I have standing and cause. The American People have standing and cause. A detail list of claims will be filed.

(Would I have the right to depose President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016)?)

President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016), Larry Page, Sergey Brin, Sundar Pichal, and the board of directors of Alphabet/Google/YouTube have

censored me and thus the American People. The speaker has been censored and the listener has been censored. Free Speech is dead. The First Amendment is dead

**President Donald J. Trump has waived Executive Privilege.** President Donald J. Trump claimed Twitter and Facebook censored/banned him on January 7th, 2021, and that YouTube censored/banned him on January 12th, 2021, while he was President. The ban continued after the Inauguration when President Donald J. Trump became Citizen Donald J. Trump. By filing the Class Action Complaint, the President and Citizen became one and Executive privilege was waived. The Plaintiff claims the ban has been continuous. If President Donald J. Trump wanted to retain Executive Privilege he should have filed the damage/harm dates after the Inauguration on January 20th, 2021, when he became just Citizen Donald J. Trump.

My first cause of action and claim pertains to Citizen Donald J. Trump objecting to my participation in the Class Action Complaints. I too was censored by YouTube, Twitter, and Facebook.

My second cause of action and claim is that President Donald J. Trump censored me and thus the American People.

My third cause of action and claim is that Citizen Donald J. Trump censored me and thus the American People.

My fourth cause of action and claim is the Presidential Candidate Donald J. Trump (2016) censored me and thus the American People.

All censorship started in 2016 when Donald J. Trump was a candidate for the Presidency.

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

_____

David Andrew Christenson


Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson October 30th, 2021

Amended Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

Failed to include Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg will be listed as a combination of owners, individuals, principals, directors, and managers.

Complete list:  President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016), Larry Page, Sergey Brin, Sundar Pichai, the board of directors of Alphabet/Google/YouTube, Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

"Claw Back" will be invoked since Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg became multibillionaires by censoring the American People.

By censoring me, the speaker, they censored all Americans, the listeners. It was the fallout that killed and maimed the people in Japan during World War II, not the explosion.

Prayer for Relief

**The Truth.**

Godspeed - Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.

dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

_____
David Andrew Christenson

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Movant David Andrew Christenson October 30th, 2021

Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

The pleading is being filed to preserve the Constitutional Rights of all Americans and myself. I have standing and cause. The American People have standing and cause. A detail list of claims will be filed.

(Would I have the right to depose President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016)?)

President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016), Larry Page, Sergey Brin, Sundar Pichal, and the board of directors of Alphabet/Google/YouTube have censored me and thus the American People. The speaker has been censored and the listener has been censored. Free Speech is dead. The First Amendment is dead

**President Donald J. Trump has waived Executive Privilege.** President Donald J. Trump claimed Twitter and Facebook censored/banned him on January 7th, 2021, and that YouTube censored/banned him on January 12th, 2021, while he was President. The ban continued after the Inauguration when President Donald J. Trump became Citizen Donald J. Trump. By filing the Class Action Complaint, the President and Citizen became one and Executive privilege was waived. The Plaintiff claims the ban has been continuous. If President Donald J. Trump wanted to retain Executive Privilege he should have filed the damage/harm dates after the Inauguration on January 20th, 2021, when he became just Citizen Donald J. Trump.

My first cause of action and claim pertains to Citizen Donald J. Trump objecting to my participation in the Class Action Complaints. I too was censored by YouTube, Twitter, and Facebook.

My second cause of action and claim is that President Donald J. Trump censored me and thus the American People.

My third cause of action and claim is that Citizen Donald J. Trump censored me and thus the American People.

My fourth cause of action and claim is the Presidential Candidate Donald J. Trump (2016) censored me and thus the American People.

All censorship started in 2016 when Donald J. Trump was a candidate for the Presidency.

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

_____
David Andrew Christenson

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White Movant David Andrew Christenson October 30th, 2021

Amended Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

Failed to include Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg will be listed as a combination of owners, individuals, principals, directors, and managers.

Complete list:  President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016), Larry Page, Sergey Brin, Sundar Pichal, the board of directors of Alphabet/Google/YouTube, Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

"Claw Back" will be invoked since Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg became multibillionaires by censoring the American People.

By censoring me, the speaker, they censored all Americans, the listeners. It was the fallout that killed and maimed the people in Japan during World War II, not the explosion.

Prayer for Relief

**The Truth.**

Godspeed - Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

David Andrew Christenson

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Trump v. YouTube, LLC (1:21-cv-22445) District Court, S.D. Florida Judge Kevin Michael Moore

Trump v. Facebook, Inc (4:21-cv-09044) District Court, N.D. California Judge Jeffrey Steven White
Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. (Facebook) - Court of Appeals No.: 21-14038. - District Court Docket No.: Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams. December 22nd, 2021.

Trump v. Twitter, Inc (3:21-cv-08378) District Court, N.D. California Judge James Donato
Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. (Twitter) - Court of Appeals No.: 21-13615. - District Court Docket No.: 1:21-cv-22441-RNS Trump v. Twitter, Inc. District Court, S.D. Florida Judge Robert Nichols Scola Jr. December 29th, 2021.

United States Court of Appeals for the **Eleventh Circuit** - David Andrew Christenson on behalf of all Americans v. The United States of America - Court of Appeals No.: **21-13985** January 27th, 2022.

United States Court of Appeals for the **Eleventh Circuit** - David Andrew Christenson on behalf of all Americans v. The United States of America - Court of Appeals No.: **21-14402** January 27th, 2022.

United States Court of Appeals for the **District of Columbia Circuit** - David Andrew Christenson on behalf of all Americans v. The United States of America - Court of Appeals No.: **21-5259** January 27th, 2022.

United States Court of Appeals for the **District of Columbia Circuit** - David Andrew Christenson on behalf of all Americans v. The United States of America - Court of Appeals No.: **21- 5292** January 27th, 2022.

*** United States v. Rhodes, III (**1:22-cr-00015**) District Court, **District of Columbia** Judge Amit P. Mehta January 27th, 2022.

USCA 11 Case: 21-13985 - USCA 11 Case: 21-14402 - USCA 11 Case: 21-13615 - USCA 11 Case: 21-14038 - USCA DC Case: 21-5259 - USCA DC Case: 21-5292 - USCA 06 Case: 21-7000 - NDCA Case: 5:21-cv-08009 - NDCA Case: 4:21-cv-09044 - NDCA Case: 3:21-cv-08378.

# Attachment 4

# Attachment 4

# Attachment 2

Trump v. Thompson (1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File: Trump has waived Executive Privilege

Attachment 1 was filed in the following three cases: Motion for Leave to File Counter Claims against
President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

Attachment 2 was filed in the following three cases: Amended Motion for Leave to File Counter Claims
against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump
(2016).

I have attached just the Trump v. YouTube pleading. Identical pleadings were filed in Trump v. Facebook
and Trump v. Twitter.

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Movant David Andrew Christenson

Trump v. Twitter, Inc (3:21-cv-08378) District Court, N.D. California Judge
Movant David Andrew Christenson Judge James Donato

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson

Godspeed - Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

RECEIVED

NOV 1 2 2021

CHAMBERS OF
BERYL A. HOWELL
U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class
Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th,
2021.

David Andrew Christenson

# Attachment 1

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Movant David Andrew Christenson October 30th, 2021

Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and
Presidential Candidate Donald J. Trump (2016).

The pleading is being filed to preserve the Constitutional Rights of all Americans and myself. I have
standing and cause. The American People have standing and cause. A detail list of claims will be filed.

(Would I have the right to depose President Donald J. Trump, Citizen Donald J. Trump, Presidential
Candidate Donald J. Trump (2016)?)

President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016),
Larry Page, Sergey Brin, Sundar Pichal, and the board of directors of Alphabet/Google/YouTube have
censored me and thus the American People. The speaker has been censored and the listener has been
censored. Free Speech is dead. The First Amendment is dead

**President Donald J. Trump has waived Executive Privilege.** President Donald J. Trump claimed Twitter
and Facebook censored/banned him on January 7th, 2021, and that YouTube censored/banned him on
January 12th, 2021, while he was President. The ban continued after the Inauguration when President
Donald J. Trump became Citizen Donald J. Trump. By filing the Class Action Complaint, the President and
Citizen became one and Executive privilege was waived. The Plaintiff claims the ban has been
continuous. If President Donald J. Trump wanted to retain Executive Privilege he should have filed the
damage/harm dates after the Inauguration on January 20th, 2021, when he became just Citizen Donald J.
Trump.

My first cause of action and claim pertains to Citizen Donald J. Trump objecting to my participation in
the Class Action Complaints. I too was censored by YouTube, Twitter, and Facebook.

My second cause of action and claim is that President Donald J. Trump censored me and thus the
American People.

My third cause of action and claim is that Citizen Donald J. Trump censored me and thus the American
People.

My fourth cause of action and claim is the Presidential Candidate Donald J. Trump (2016) censored me
and thus the American People.

All censorship started in 2016 when Donald J. Trump was a candidate for the Presidency.

Prayer for Relief

**The Truth.**

# Attachment 1

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

_____

David Andrew Christenson

# Attachment 2

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White Movant David Andrew Christenson October 30th, 2021

Amended Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

Failed to include Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg will be listed as a combination of owners, individuals, principals, directors, and managers.

Complete list:  President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016), Larry Page, Sergey Brin, Sundar Pichal, the board of directors of Alphabet/Google/YouTube, Jack Dorsey, the Twitter board of Directors, Mark Zuckerberg, and the Facebook Board of Directors.

"Claw Back" will be invoked since Larry Page, Sergey Brin, Jack Dorsey, and Mark Zuckerberg became multibillionaires by censoring the American People.

By censoring me, the speaker, they censored all Americans, the listeners. It was the fallout that killed and maimed the people in Japan during World War II, not the explosion.

Prayer for Relief

The Truth.

Godspeed - Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 30th, 2021, I filed the foregoing with the Clerk via First Class Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on October 30th, 2021.

David Andrew Christenson

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File – 10th Memorandum – Attached is the Pleading I filed in Trump v. Thompson
(1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class
Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th,
2021.

_____
David Andrew Christenson

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File – 10th Memorandum – Attached is the Pleading I filed in Trump v. Thompson
(1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Prayer for Relief

The Truth.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class
Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th,
2021.

_____
David Andrew Christenson

Trump v. Twitter, Inc (3:21-cv-08378) District Court, N.D. California Chief Judge James Donato
Movant David Andrew Christenson November 4th, 2021

Motion for Leave to File – 10th Memorandum – Attached is the Pleading I filed in Trump v. Thompson
(1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan
Movant David Andrew Christenson November 4th, 2021

Prayer for Relief

**The Truth.**

Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on November 4th, 2021, I filed the foregoing with the Clerk via First Class
Mail/Priority and then served the pleading via CM/ECF, U.S. First Class Mail and Email on November 4th,
2021.

_____
David Andrew Christenson

# Attachment 3

**President Donald J. Trump has voluntarily waived Executive Privilege.**

In 2018 I told Judge Amy Berman Jackson, in writing - which has been docketed as well, that she would preside over Trump's criminal trial. (Do you think we will have a Civil War if she does? The greatest political, ethical, moral, and legal transgression of my life is when Ford pardoned Nixon. The country changed forever. We are reaping what we sowed.)

Judge Tanya S. Chutkan gave me a voice in Judicial Watch, Inc. v. U.S. Department of Justice (1:19-cv-00800) District Court, District of Columbia. I wonder if she had asked Judicial Watch and the DOJ for a response if America would be in a different place.

I give you a miracle and you spit in Humankind's face. You all are so arrogant to believe that you are not responsible for the people that are dying.

**All you had to do was change the narrative.**

My prayer for relief is the truth.

Judge Tanya S. Chutkan, Judge Amy Berman Jackson, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge K. Michael Moore, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Robert N. Scola, Jr., Judge Kathleen Mary Williams, Chief Judge Richard Seeborg, **Judge Jeffrey S. White**, District Judge Susan Illston, Judge Haywood S. Gilliam, Jr., Judge James Donato, Magistrate Judge Nathanael Cousins, and Magistrate Judge Thomas Hixson.

Yesterday Judge White dismissed my Motion without reviewing my pleadings which in fact corrected the deficiencies he talked about in his order. Even if I had not corrected the deficiencies I should have been given a chance too. This was the last sentence of his order: *"The Court instructs Mr. Christenson to refrain from filing additional, similar materials. The materials already submitted in conjunction with Mr. Christenson's previous filings will not be entered in the Court record."* Odd statement by Judge White since he was already censoring me and thus censoring the American People by not docketing my pleadings that he had already received, in the public docket.

You and everyone else has forgotten the oaths that you took. You do not have to look any further than yourselves to understand why America is spinning out of control. We should stop kidding ourselves, you all want American to fail because what you are doing is intentional, egregious, and malicious.

*"I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."*

*"I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I*

*take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter· So help me God."*

Pleading (4X)

Trump v. Thompson (1:21-cv-02769) District Court, District of Columbia Judge Tanya Sue Chutkan Movant David Andrew Christenson November 4th, 2021

Trump v. YouTube, LLC (5:21-cv-08009) District Court, N.D. California Judge Jeffrey Steven White Movant David Andrew Christenson October 30th, 2021

Trump v. Twitter, Inc (3:21-cv-08378) District Court, N.D. California Chief Judge Richard Seeborg/ Magistrate Judge Thomas Hixson Movant David Andrew Christenson October 30th, 2021

Trump v. Facebook, Inc (1:21-cv-22440) District Court, S.D. Florida Judge Kathleen Mary Williams Movant David Andrew Christenson October 30th, 2021

### Motion for Leave to File Counter Claims against President Donald J. Trump, Citizen Donald J. Trump, and Presidential Candidate Donald J. Trump (2016).

The pleading is being filed to preserve the Constitutional Rights of all Americans and myself. I have standing and cause. The American People have standing and cause. A detail list of claims will be filed.

(Would I have the right to depose President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016)?)

President Donald J. Trump, Citizen Donald J. Trump, Presidential Candidate Donald J. Trump (2016), Larry Page, Sergey Brin, Sundar Pichal, and the board of directors of Alphabet/Google/YouTube have censored me and thus the American People. The speaker has been censored and the listener has been censored. Free Speech is dead. The First Amendment is dead

**President Donald J. Trump has waived Executive Privilege.** President Donald J. Trump claimed Twitter and Facebook censored/banned him on January 7th, 2021, and that YouTube censored/banned him on January 12th, 2021, while he was President. The ban continued after the Inauguration when President Donald J. Trump became Citizen Donald J. Trump. By filing the Class Action Complaint, the President and Citizen became one and Executive privilege was waived. The Plaintiff claims the ban has been continuous. If President Donald J. Trump wanted to retain Executive Privilege he should have filed the damage/harm dates after the Inauguration on January 20th, 2021, when he became just Citizen Donald J. Trump.

My first cause of action and claim pertains to Citizen Donald J. Trump objecting to my participation in the Class Action Complaints. I too was censored by YouTube, Twitter, and Facebook.

My second cause of action and claim is that President Donald J. Trump censored me and thus the American People.

My third cause of action and claim is that Citizen Donald J. Trump censored me and thus the American People.

My fourth cause of action and claim is the Presidential Candidate Donald J. Trump (2016) censored me and thus the American People.

All censorship started in 2016 when Donald J. Trump was a candidate for the Presidency.

Prayer for Relief

**The Truth.**


Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment 4

My potos 2/8/21

Total electoral votes: 538
Total electoral votes needed to win: 270

Biden 306

Trump 232

Nebraska 2nd District 1 electoral vote.

| | | | |
|---|---|---|---|
| Biden | 306 | | |
| Nebraska | -1 | | |
| Wisconsin | -10 | **Biden won by .7%** | Jorgensen 1.2% of the vote |
| Pennsylvania | -20 | Biden won by 1.2% | Jorgensen 1.1% of the vote |
| Georgia | -16 | **Biden won by .2%** | Jorgensen 1.2% of the vote |
| Michigan | -16 | Biden won by 2.8% | Jorgensen 1.1% of the vote |
| Arizona | -11 | **Biden won by .3%** | Jorgensen 1.5% of the vote |
| | 232 | | |

Biden takes Pennsylvania (20) and Michigan (16) and that gives him 268 electoral votes.
Trump takes Wisconsin (10), Georgia (16) and Arizona (11) and that gives him 269 electoral votes.

# Attachment 6

United States District Court
for the
Northern District of Georgia
Atlanta Division



The State of Georgia

_____

Plaintiff,

v                              Case Number: 1:23-CV-3621-SCJ

Mark Randall Meadows

_____

Defendant,

NOTICE OF FILING

The State of Georgia v. Meadows (1:23-cv-03621) District Court, N.D. Georgia Judge Steve CarMichael Jones - Movant David Andrew Christenson on behalf of himself, the American People, and Humanity. September 1st, 2023.

Motion for Reconsideration

Motion to Change the Course of History - **Motion to Change the Narrative**

*(Your legal reasoning would have precluded David from using a smooth stone to slay Goliath and save thousands of lives.)*

Please represent the People and the Constitution *("Our grievance")* **by not** ruling preemptively. Make the parties respond to my original Motion to Intervene, My Supplemental 1 Motion to Intervene and this Motion for Reconsideration. (Look around. We are past the precipice of hell. Do you think it will hurt? I am using the language that 99% of Americans and the Constitution use and not the mumbo jumbo language that attorneys use. Think about this: Our Republic was founded with a four-page document. The Supreme Court, and you, issue hundreds of pages in opinions for one case.)

The realities of this case are that it is about Censorship and that Censorship has tampered with our elections because the American People are not casting educated votes. (We vaccinated a nation because of fraud.)

The most important word in the Constitution is "Posterity".

The biggest single failure of our Republic is that we have never had a Constitutional Convention.

I believe that we have a moral, ethical, legal, Deusnexioism, and Constitutional obligation to ensure that our "Posterity" survives. (Our children are committing suicide, not procreating, and have become machines. Their mental illnesses are epidemic and contagious and many without names because they are proliferating at lightning speeds.)

Your myopic vision and Stockholm Syndrome do not allow you to see that the Supreme Court and the Federal Judiciary are responsible for the Censorship that is causing our Genocide.

Your Order denying me the right to intervene on behalf of Humanity references "Federal Rules of Civil Procedures" but does not reference the Preamble or the Constitution. Hint and I am not trying to be impertinent and as a matter of fact I am trying to save your life. Hint/Conclusion - this type of legal reasoning is why Judges, and their families have security. By subjectively interpreting the Constitution you are increasing the contentiousness between the American People and sowing the seeds for a bloody civil war. You must change the narrative if we are to stand a chance at surviving. (Am I right or wrong? The Roe v. Wade decision was a victory for the "right to choose". The Supreme Court does not want to deal with abortion, so they gave it back to the states. Knowing that mathematically Humanity will cease to exist and that mathematically Humanity has lost the ability and desire to procreate you need to ask yourself a question. If Humanity is to survive who controls the zygote, embryo, and fetus? This is the

type of uncensored discussion that we need to have. We need children. Our survival requires that we have objective and knowledgeable discussions and not ones that are dictated by irrelevant crap that is produced for fame, money, sex, and power. Humanity is also making their decisions based on fear.)

**History has recorded that the Supreme Court and the Federal Judiciary are the most discriminatory, prejudicial, and arbitrary entities and individuals in The United States of America.** (Tough pill to swallow but it is true.)

Over one million Writs been filed, five hundred thousand were by non-attorneys, with the Supreme Court in the last one hundred years and **only one non-attorney** has argued before the Supreme Court. (Please do not quibble with me like the New York Times would. I am trying to make a point.)

The Supreme Court makes many Genocidal mistakes. Here are three examples and all are in violation of the Constitution: 1. The Supreme Court inherently believes in the Executive Branch. 2. The Supreme Court gives businesses an undue advantage in violation of the Preamble and the Bill of Rights. 3. The Supreme Court gives the Executive Branch an undue advantage in criminal prosecution and civil litigation cases involving civil rights. (How did the Supreme Court come up with Presidential Signing Statements, Plea Deals, Arbitration, etc. without having a Constitutional Convention. None of them are authorized by the Constitution and the Constitution requires that it be. 10th Amendment.)

Everything in the Constitution directs the Supreme Court to protect "*and secure the Blessings of Liberty to ourselves and our Posterity.*"

Oath for a Federal Judge

(It is a marketing ploy – window dressing. They want us to believe we matter.)

"*I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God.*"

"*I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.*"

The Supreme Court and I differ on the Preamble. I believe the preamble is our moral and ethical compass. I took this quote from the U.S. Court's website: "*The preamble sets the stage for the Constitution. It clearly communicates the intentions of the framers and the purpose of the document.*" The framers were so worried that their intentions would be discarded that they added the Bill of Rights to drive home the point.

Preamble

*"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our **Posterity**, do ordain and establish this Constitution for the United States of America."*

First Amendment

*"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, **and to petition the government for a redress of grievances.**"*

Here is the apocalyptic tragedy. There is life saving information in the attachments that you do not have and that you do not want. It takes a Herculean effort to educate yourself so that you and humanity can live. The information is factual, verifiable, and documented.

Let the American People decide. Give them the information that is attached. I promise you that you do not know much of the information that I am providing. I just want to change the narrative so that Humanity stands a chance at surviving. (In the attachments there is documented evidence that the CDC knew in May of 2020 that the vaccines did not work.)

Attachment 1: Docketed letters and pleadings addressed to Judge Scola and his family.

Attachment 2: Docketed letters and pleadings, addressed to Judge Scola, about why I despise Trump and Biden. There is phenomenal information in this document that you do not have.

Attachment 3: Black Lives Do Not Matter. Docketed pleading.

Attachment 4: Docketed letter to Justice Barret about Deusnexioism. God and Evolution go hand in hand. My next job will be that of an Ethicist. Worth a read.

Attachment 5: Do you have a better idea?

Attachment 6: Letter to all of the Defendants.

**You tell your children to fight and yet you are their biggest enemy.**

Godspeed. - Sincerely,
David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## THE FOLLOWING ARE JUST A FEW OF THOSE THAT ARE RESPONSIBLE FOR THE GENOCIDE OF HUMANITY AND THEY DID IT WITH THEIR EYES WIDE OPEN.

President Joseph R. Biden, Jr. (Trump)
Vice President Kamala D. Harris
Chief Justice John G. Roberts
Justice Amy C. Barrett
Justice Neil M. Gorsuch
Justice Clarence Thomas
Justice Samuel A. Anthony Alito
Justice Sonia Sotomayor
Justice Elena Kagan
Justice Brett M. Kavanaugh
Justice Ketanji B. Jackson
o        Every living:
o        President
o        Vice President
o        Cabinet Member
o        U.S. Senator
o        U.S. Representative
o        Supreme Court Justice
o        Appellate Justice
o        District Judge
Judge Steve C. Jones
Fulton County D.A. Fani T. Willis
Trump - Steven H. Sadow
Judge Scott McAfee
D.A. Alvin Bragg
Judge Jaun Merchan
Attorney General Merrick Garland
Chief Justice Sri Srinivasan
Clerk Mark Langer
Chief Executive Betsy Paret
Special Counsel Robert Hur
Special Counsel Jack Smith
Special Counsel John Durham
Special Counsel David Weiss
Judge John G. Koeltl
Chief Judge Laura Taylor Swain
Chief Justice William Pryor Jr.
Clerk David Smith
Circuit Executive Ashlyn Beck
Judge Ellen Lipton Hollander
Judge Ursula Ungaro

Judge Lee H. Rosenthal
USAA CEO Wayne Peacock
USAA Notice of Error/Request for Information
Jane Sullivan Roberts
Vice Admiral John N. Christenson
Judge Darrin P. Gayles
Judge Mary Kay Vyskocil
Judge Aileen Mercedes Cannon
Clerk Angela E. Noble
Judge Terry Alvin Doughty
Judge Amy Berman Jackson
Judge Emmet G. Sullivan
Judge Tanya Sue Chutkan
Clerk Angela Caesar
Judge Kathleen
Mary Williams
Judge Robert N. Scola, Jr.
Judge Kevin Michael Moore
*Bridge Investment Group
*Robert Morse
*Dean Allara
*Jonath Slager
*Adam O'Farrell
*General Counsel Matthew Grant
*General Counsel Allison Ramirez
*Lindsey Daugherty
Judge James E. Boasberg
Christopher Michael Kise
Todd Blanche
David Harbach
Jay I. Bratt
Julie A. Edelstein
Karen E. Gilbert
J.P. Cooney
Molly Gulland Gaston
John F. Lauro
Thomas Windom
Chief Justice Priscilla Richmond
Clerk Lyle W. Cayce
Chief Executive Lorie Robinson
President Donald John Trump

Rudolph William Louis Giuliani

John Charles Eastman

Sidney Katherine Powell

Mark Randall Meadows

Cathleen Alston Latham

Jeffrey Bossert Clark

Shawn Micah Tresher Still

Stephen Cliffgard Lee

Harrison William Prescott Floyd

Trevian C. Kutti

Kenneth John Chesebro

Jenna Lynn Ellis

Scott G. Hall

Misty Hampton

Michael A. Roman

David James Shafer

Robert David Cheeley

Ray Stallings, III.

# Attachment 7

I, David Andrew Christenson, am endorsing Donald John Trump for President in the 2024 election. He is the only person that might possibly save us from the Katrina Virus and Katrina Virus Syndrome.

**Why Trump, because the Conclusion is this: Mathematically Humanity will cease to exist in the next few years. The Universe will record that Humanity committed Suicide.**

No society, civilization or government has survived, and neither will ours without a drastic change in the narrative.

This is very important. Censorship has morphed into the strongest weapon in the world. We have allowed Censorship (Subjectivity not Objectivity.) to permeate our society. It has become a Genocidal Systemic Cancer.

Let me start with two questions.

1. Why have we never had a Constitutional Convention?
2. Have we upheld and honored the Preamble to the U.S. Constitution?

The Preamble - *"We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of **Liberty to ourselves and our Posterity**, do ordain and establish this Constitution for the United States of America."*

I believe the Preamble is our moral and ethical compass. It is our beacon.

My knowledge, judgement, intelligence, and experiences have led me to believe that Trump is the only option in 2024. In 2010 I was classified as a terrorist, by our government, for trying to warn you about our mathematical pending doom. Think of it this way. Our country was founded by terrorists, so I am in good company.

(Besides my undying belief in the Preamble.) The most important thing that you need to know about me is that I believe in Deusnexioism, God and Evolution go hand in hand. Deusnexioism is the Evolution of our immune system, soul, and spirit, which just happens to be the greatest fighting machine in the history of the world. The three tenants of Deusnexioism are to survive, compete and procreate. 500 million years ago we crawled out of the ocean and became Apex Predators and now we are subservient to four false Gods – money – power – fame and sex. But get this, our Gods are subservient to Industrialization and Technology. (Fauci made us subservient (slaves – lab rats) to a microscopic virus that was created or altered by him in the chemical and biological warfare labs of New Orleans and Wuhan.) (Fauci has a plan to install a vascular port on every American. That way you can go to the pharmacy every week and get your new vaccine capsule. If you express you Constitution Right to Free Speech, you will be denied your vaccine capsule.)

Diet, Environment, Vaccines, and Sunarcissism (Suicide over Honor) destroyed Deusnexioism – immune system, soul, and spirit. Humanity committed suicide.

A strong Deusnexioism – immune system, soul, and spirit protect us from all medical and mental maladies. When you look at causes of death, look at all those connected to the lungs. In simple terms, the vast majority of Humanity will end up dying from pneumonia.

I am not anti-vaccine.

I do not believe that this is one big conspiracy. I believe it is because of Tribal Subjectivity.

I believe in the Universe and that we are connected to everything in the Universe.

I believe in Deja Vu, premonitions, and dreams.

We need ethicists and philosophers.

There are four Weapons of Mass Destruction that are becoming real: Quantum Computers, Brain Monitoring, Artificial Intelligence and Fusion. Who will control those four Weapons of Mass Destruction?

I believe that the Preamble of the Constitution is the most important paragraph in the history of Humanity. The most important word is "Posterity." The Supreme Court has ruled that the Preamble is irrelevant, impactable, unenforceable, and **UNCONSTITUTIONAL.**

Here are my bullet points which you must confirm if you want to survive. I am not trying to convince you that I am right. I am trying to change the narrative to what is important and what is important is the survival of Humanity.

➢ Mathematically Humanity will cease to exist in the next few years.

➢ Mathematically life expectancies are decreasing.

➢ Mathematically the number of Americans dying each week will double in the next two to five years. We are witnessing a 15% - 30% increase in deaths across the board in all categories.

➢ Mathematically, birth rates are negative. Humanity has lost the ability and desire to procreate. We are not replacing our population. (Question for discussion. Does the species or the woman own and control the zygote, embryo, and fetus? Remember that mathematically Humanity is not replacing its population. In blunt terms we are not replacing the population with Apex Predators that are capable of surviving, competing, and procreating.)

➢ Mathematically we are still in the Pandemic.

➢ Mathematically suicides and murder suicides will outnumber births.

➢ Suicide has become a life choice which violates the basic three tenants of who we are – Deusnexioism – survive, compete, and procreate.

➢ This is truly apocalyptic. When a person that has not yet procreated commits suicide, you lose eight people out of the population stream. (We have five-year-old children committing suicide.)

➢ Dementia is Epidemic. Dementia will consume our financial resources. It is World War III.

  ❋ What is really scary is that all of this is normal to you. Federal Desensitizing Propaganda can be blamed. We lost sight of who we are and what we are. Everyone and everything is to blame.

➢ We have a President with Dementia. (I worked in a memory care facility.) How could we elect a person that had been running for office or in office for fifty-five plus years? Biden was a Senator for thirty-six years, a Vice President for eight years and the President going on three years. **JOE BIDEN IS NUMBER ONE WHEN IT COMES TO BLAMING SOMEONE FOR THE CONDITION OF THE WORLD. HE IS PHENOMENALLY CONTENTIOUS; HE IS PITTING AMERICANS AGAINST AMERICANS AND HE PROMOTES FEAR TO ADVANCE HIS AGENDA.**

➢ Here is a perfect example of how stupid we are. The deficit is projected to be two trillion dollars for the fiscal year ending September 30th, 2023. That is double the entire growth of our Gross National Product. That means our economy is shrinking in real dollars by 3% - 5%. We are borrowing the money and the interest to fund the war in Ukraine. Biden is to blame.

➢ Side note about the Matrix we live in. Democrats should be the "Right to Life" and "Second Amendment" supporters and the Republicans should be the "Right to Choose" and "Gun Control" supporters. Republicans do more for the unborn than the born and believe in law enforcement, so there should be no need for guns. The Democrats hate law enforcement, thus the need for self-protection with guns and they value life after it is born.

Let's be honest. Trump is an asshole, and right now we need an asshole. Trump has qualities, many of which we may not like, that are needed to lead us, to help us survive.

Look at history. The United States is a Republic. The Roman Republic became the Roman Empire when Brutus assassinated Julius Caesar. After converting to an Empire, the Romans enjoyed hundreds of years of prosperity and peace. Our Constitution allows for an Emperor via an Amendment. The Amendment could always be reversed. This must be discussed if we are to survive.

Godspeed. Sincerely, David Andrew Christenson
P.O. Box 9063 - Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;