No. 23-12958

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————

The State of Georgia,

        *Plaintiff-Appellee*,

v.

Mark R. Meadows,

        *Defendant-Appellant*.

———————

On Appeal from the United States District Court
for the Northern District of Georgia, No. 1:23-cv-03621-SCJ

———————

## MOTION TO FILE DOCUMENT OUT OF TIME

———————

        George J. Terwilliger, III
        John S. Moran
        Michael L. Francisco
        Francis J. Aul
        MCGUIREWOODS LLP
        888 16th Street N.W.
        Suite 500
        Washington, D.C. 20006
        (202) 857-2473
        gterwilliger@mcguirewoods.com

*Counsel for Defendant-Appellant Mark R. Meadows*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

To the best of Appellant's knowledge, no associations of persons, partnerships, or corporations have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock; the following is a list, in alphabetical order, of all trial judges, attorneys, law firms, and persons with such an interest.[1]

1. Alksne, Cynthia, *amicus* below

2. Anulewicz, Christopher Scott, attorney for Robert David Cheeley

3. Arora, Manubir, attorney for Kenneth John Chesebro

4. Aul, Francis, attorney for Mark R. Meadows

5. Ayer, Donald B., *amicus*

6. Barron, Lynsey M., attorney for Scott Graham Hall

7. Beckermann, Wayne R., attorney for Robert David Cheeley

8. Bever, Thomas Dean, attorney for Shawn Micah Tresher Still

9. Bittman, Robert, attorney for Mark R. Meadows

10. Bondurant Mixson & Elmore LLP

---

[1] For all parties who appeared below, Appellant has included the parties, their attorneys, and their attorneys' law firms. In order to facilitate this Court's review for potential conflicts, Appellant has also included the other named defendants in the state proceeding and their attorneys, where available.

i

11. Carr, Christopher M., Attorney General of the State of Georgia

12. Cheeley, Robert David, Defendant in *Georgia v. Trump*

13. Chemerinsky, Erwin, *amicus*

14. Chesebro, Kenneth John, Defendant in *Georgia v. Trump*

15. Childress, Marcus, attorney for *amici*

16. Christenson, David Andrew, *pro se*, denied intervention below

17. Clark, Jeffrey Bossert, Defendant in *Georgia v. Trump*

18. Cohen, Darryl B., attorney for Trevian C. Kutti

19. Copeland, Amy, *amicus* below

20. Cromwell, William Grant, attorney for Cathleen Alston Latham

21. Cross, Anna Green, Fulton County District Attorney's Office

22. Cross Kincaid LLC

23. Durham, James D., attorney for Mark R. Meadows in *Georgia v. Trump*

24. Eastman, John Charles, Defendant in *Georgia v. Trump*

25. Ellis, Jenna Lynn, Defendant in *Georgia v. Trump*

26. Englert, Joseph Matthew, attorney for Mark R. Meadows

27. Farmer, John J. Jr., *amicus*

28. Floyd, Harrison William Prescott, Defendant in *Georgia v. Trump*

29. Floyd, John Earl, Fulton County District Attorney's Office

30. Francisco, Michael Lee, attorney for Mark R. Meadows

31. Fried, Charles A., *amicus*

32. Frosh, Brian, *amicus*

33. Fulton County District Attorney's Office

34. Gerson, Stuart M., *amicus*

35. Gillen, Craig A., attorney for David James Shafer

36. Giuliani, Rudolph William Louis, Defendant in *Georgia v. Trump*

37. Graber, Mark A., *amicus*

38. Griffin Durham Tanner & Clarkson LLC

39. Grohovsky, Julie, *amicus* below

40. Grubman, Scott R., attorney for Kenneth John Chesebro

41. Hall, Scott Graham, Defendant in *Georgia v. Trump*

42. Hampton, Misty (a/k/a Emily Misty Hayes), Defendant in *Georgia v. Trump*

43. Harding, Todd A., attorney for Harrison William Prescott Floyd

44. Hogue, Franklin James, attorney for Jenna Lynn Ellis

45. Hogue, Laura Diane, attorney for Jenna Lynn Ellis

46. Jenner & Block, LLP

47. Jones, Steve C., U.S. District Court Judge for the Northern District of Georgia

48. Kallen, Michelle S., attorney for *amici*

49. Kammer, Brian S., attorney for *amici* below

50. Kelley, Emily E., attorney for Mark R. Meadows

51. Kutti, Trevian C., Defendant in *Georgia v. Trump*

iii

52. Lake, Anthony C., attorney for David James Shafer

53. Latham, Cathleen Alston, Defendant in *Georgia v. Trump*

54. Lee, Stephen Cliffgard, Defendant in *Georgia v. Trump*

55. Little, Jennifer L., attorney for Donald J. Trump

56. Luttig, J. Michael, *amicus*

57. MacDougald, Harry W., attorney for Jeffrey Bossert Clark

58. Marshall, Mary E., attorney for *amici*

59. McAfee, Scott, Fulton County Superior Court Judge

60. McFerren, William Coleman, attorney for Shawn Micah Tresher Still

61. McGuireWoods, LLP

62. Meyer, Joseph Michael, attorney for *amici*

63. Miller, Tom, *amicus*

64. Moran, John S., attorney for Mark R. Meadows

65. Morgan, John Thomas III, attorney for *amici*

66. Morris, Bruce H., attorney for Ray Stallings Smith, III

67. Ney, Adam, Fulton County District Attorney's Office

68. Novay, Kristen Wright, attorney for Ray Stallings Smith, III

69. Palmer, Amanda, attorney for Ray Stallings Smith, III

70. Parker, Wilmer, attorney for John Charles Eastman

71. Pierson, Holly Anne, attorney for David James Shafer

72. Powell, Sidney Katherine, Defendant in *Georgia v. Trump*

73. Rafferty, Brian T., attorney for Sidney Katherine Powell

74. Ragas, Arnold M., attorney for Harrison William Prescott Floyd

75. Raul, Alan Charles, *amicus*

76. Rice, Richard A., Jr., attorney for Robert David Cheeley

77. Roman, Michael A., Defendant in *Georgia v. Trump*

78. Rood, Grant H., Fulton County District Attorney's Office

79. Sadow, Steven H., attorney for Donald J. Trump

80. Saldana, Sarah R., *amicus* below

81. Samuel, Donald Franklin, attorney for Ray Stallings Smith, III

82. Shafer, David James, Defendant in *Georgia v. Trump*

83. Shane, Peter M., *amicus*

84. Smith, Ray Stallings, III, Defendant in *Georgia v. Trump*

85. Still, Shawn Micah Tresher, Defendant in *Georgia v. Trump*

86. Terwilliger, George J., III, attorney for Mark R. Meadows

87. Trump, Donald J., Defendant in *Georgia v. Trump*

88. Twardy, Stanley A. Jr., *amicus* below

89. Volchok, Daniel, attorney for *amici*

90. Wade, Nathan J., Fulton County District Attorney's Office

91. Wade & Campbell Firm

92. Wakeford, Francis McDonald IV, Fulton County District Attorney's Office

93. Waxman, Seth P., attorney for *amici*

No. 23-12958, *Georgia v. Meadows*

94. Weld, William F., *amicus*

95. Wertheimer, Fred, attorney for *amici*

96. Willis, Fani T., Fulton County District Attorney's Office

97. Wilmer Cutler Pickering Hale and Dorr LLP

98. Wooten, John William, Fulton County District Attorney's Office

99. Wu, Shan, *amicus* below

100. Young, Daysha D'Anya, Fulton County District Attorney's Office

## MOTION TO FILE DOCUMENT OUT OF TIME

Mr. Meadows respectfully requests permission to file out of time his Transcript Order Form. *See* Fed. R. App. P. 10(b); 11th Cir. R. 10-1.

On September 8, 2023, the same day the district court entered judgment declining jurisdiction over this case, Mr. Meadows filed his notice of appeal. Mr. Meadows timely filed Appearance of Counsel forms and an Emergency Motion for Stay Pending Appeal and for Expedited Review. On September 13, 2023, this Court granted Mr. Meadows's request for an expedited appeal.

The parties timely filed their respective expedited merits briefs: Mr. Meadows filed his Initial Brief on September 18, the State of Georgia filed its Response Brief on September 25, and Mr. Meadows filed his Reply Brief on September 28.

On October 2, this Court notified Mr. Meadows that the Transcript Order Form remained outstanding. Mr. Meadows is filing this motion shortly after he received this notice of deficiency and files the Transcript Order Form now in accordance with 11 Cir. R. 42-1(b). *See* Transcript Order Form (attached).

In the proceedings below, the district court held a single hearing: an evidentiary hearing on Mr. Meadow's Notice of Removal. *See State of Georgia v. Mark. R. Meadows*, No. 1:23cv3621-SCJ, ECF No. 62 (N.D. Ga. Aug. 8, 2023). Counsel for Mr. Meadows purchased an expedited transcript of the hearing, which was later provided to both parties by the court reporter. That transcript was included

1

in the Appendix and has been cited extensively by both parties in (1) motions practice both before the district court and this Court and (2) expedited merits briefing before this Court. No prejudice has resulted from the delayed filing of the Transcript Order Form.

For these reasons, Mr. Meadows respectfully submits there is good cause for the Court to grant leave to file his Transcript Order Form out of time.

| | |
|---|---|
| Dated: October 2, 2023 | Respectfully submitted, |
| | */s/ John S. Moran* <br> George J. Terwilliger, III <br> John S. Moran <br> Michael L. Francisco <br> Francis J. Aul <br> MCGUIREWOODS LLP <br> 888 16th Street N.W. <br> Suite 500 <br> Washington, D.C. 20006 <br> (202) 857-2473 <br> gterwilliger@mcguirewoods.com <br><br> *Counsel for Defendant-Appellant Mark R. Meadows* |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d) and Eleventh Circuit Rule 27-1. This brief contains 310 words and uses a Times New Roman 14-point font.

Respectfully submitted this the 2nd day of October, 2023.

*/s/ John S. Moran*
John S. Moran

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ John S. Moran*
John S. Moran