# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

_____

THE STATE OF GEORGIA,

                                                            Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

                                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

ORDER:

2　　　　　　　　　　Order of the Court　　　　　　　　　　23-12958

      The motion for leave to file a brief as *amici curiae* in support of affirmance, filed by Constitutional Law Scholars and Former State Attorneys General, is GRANTED.

                              /s/ Charles R. Wilson
                              UNITED STATES CIRCUIT JUDGE