| | | |
|---|---|---|
| **REVISION 1**<br>**(10/16/23)** | **UNITED STATES COURT OF APPEALS**<br>**FOR THE ELEVENTH CIRCUIT** | |

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing<br><br>Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303<br>(404) 335-6131 | HEARING LOCATION<br><br>Courtroom 338<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, DECEMBER 12, 2023

| | |
|---|---|
| 22-10829 | United States v. Andre Dubois, Appellant |
| 21-12332 | Erika Buckley, Appellant v. Secretary of the Army |
| 22-12495 | North American On-Site, LLC, Appellant v. Zurich American Insurance Co. |
| 22-12041 | Brandon Fulton, Appellant v. Fulton County Board of Commissioners |

### WEDNESDAY, DECEMBER 13, 2023

| | |
|---|---|
| 22-11373 | United States v. David Fey, et al., Appellants |
| 21-13755 | Securities and Exchange Commission v. Ibrahim Almagarby, et al., Appellants |
| 22-13262 | Tokyo Gwinnett, LLC, et al., Appellants v. Gwinnett County, Georgia |
| 22-13153 | Action Nissan, Inc., et al. v. Hyundai Motor America (Inc.), Appellant |

### THURSDAY, DECEMBER 14, 2023

| | |
|---|---|
| 22-12044 | United States v. Thomas Gbenedio, Appellant |
| 22-10819 | Kai Hansjurgens, Appellant v. Donald Bailey |
| 22-10967 | Marybeth Lukie, Appellant v. MetLife Group, Inc. |
| 22-11996 | Doug Killough, et al. v. All Points Logistics, LLC, Appellant |

### FRIDAY, DECEMBER 15, 2023

| | |
|---|---|
| 23-12958 | The State of Georgia v. Mark Meadows, Appellant |
| 21-14185 | Tammie Terrell, Appellant v. Secretary, Department of Veterans Affairs |
| 22-10416 | Robert Lodge, Petitioner v. U.S. Attorney General |
| 22-13916 | Jarrett Cudd, Appellant v. State Farm Mutual Automobile Insurance Company |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
10/02/23 - #5