# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

_____

THE STATE OF GEORGIA,

                                                              Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

                                                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

ORDER:

| | | |
|---|---|---|
| 2 | Order of the Court | 23-12958 |

The parties are directed to file a brief responding to the following question by **November 3, 2023, at 5:00 p.m. (Eastern time)**:

> What effect, if any, does *United States v. Pate*, No. 20-10545, --- F.4th ---, 2023 WL 6618405 (11th Cir. Oct. 11, 2023), have on the analysis of whether 28 U.S.C. § 1442(a)(1) permits a former "officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity," to remove a criminal prosecution from state court to federal court?

Responsive briefs should be no more than ten pages.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION