No. 23-12958
_____

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
_____

The State of Georgia,
*Plaintiff-Appellee*,

v.

Mark R. Meadows,
*Defendant-Appellant.*
_____

On Appeal from the United States District Court
for the Northern District of Georgia,
Case No. 1:23-cv-03621-SCJ
_____

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DICLOSURE STATEMENT
## THE STATE OF GEORGIA
_____


FANI T. WILLIS
District Attorney
Atlanta Judicial Circuit
136 Pryor Street SW
Atlanta, Georgia 30303
404-612-4981
Fani.WillisDA@fultoncountyga.gov

F. MCDONALD WAKEFORD
    Chief Senior Assistant
    District Attorney

ANNA GREEN CROSS
    Special Prosecutor

Case No. 23-12958

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

To the best of Appellee's knowledge, no associations of persons, partnerships, or corporations have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, or any publicly held corporation that owns 10% or more of the party's stock. The following is a list, in alphabetical order, of all trial judges, attorneys, law firms, and persons with such an interest. Appellee, like Appellant, has included the parties, their attorneys, and their attorneys' firms, as well as the other defendants in this criminal case and their attorneys.

1. Alksne, Cynthia, *amicus* in District Court

2. Anulewicz, Christopher Scott, attorney for Robert David Cheeley

3. Arora, Manubir, attorney for Kenneth John Chesebro

4. Aul, Francis, attorney for Mark R. Meadows

5. Ayer, Donald B., *amicus*

6. Barron, Lynsey M., attorney for Scott Graham Hall

7. Beckermann, Wayne R., attorney for Robert David Cheeley

8. Bernick, Alex, Fulton County District Attorney's Office

9. Bever, Thomas Dean, attorney for Shawn Micah Tresher Still

10. Bittman, Robert, attorney for Mark R. Meadows

Case No. 23-12958

11. Bondurant Mixson & Elmore LLP

12. Carr, Christopher M., Attorney General of the State of Georgia

13. Cheeley, Robert David, Defendant in *Georgia v. Trump*

14. Chemerinsky, Erwin, *amicus*

15. Chesebro, Kenneth John, Defendant in *Georgia v. Trump*

16. Childress, Marcus, attorney for *amici*

17. Christenson, David Andrew, *pro se*, denied intervention below

18. Clark, Jeffrey Bossert, Defendant in *Georgia v. Trump*

19. Cohen, Darryl B., attorney for Trevian C. Kutti

20. Copeland, Amy, *amicus* below

21. Cromwell, William Grant, attorney for Cathleen Alston Latham

22. Cross, Anna Green, Fulton County District Attorney's Office

23. Cross Kincaid LLC

24. Durham, James D., attorney for Mark R. Meadows in *Georgia v. Trump*

25. Eastman, John Charles, Defendant in *Georgia v. Trump*

26. Ellis, Jenna Lynn, Defendant in *Georgia v. Trump*

27. Englert, Joseph Matthew, attorney for Mark R. Meadows

28. Farmer, John J. Jr., *amicus*

29. Floyd, Harrison William Prescott, Defendant in *Georgia v. Trump*

Case No. 23-12958

30. Floyd, John Earl, Fulton County District Attorney's Office

31. Francisco, Michael Lee, attorney for Mark R. Meadows

32. Fried, Charles A., *amicus*

33. Frosh, Brian, *amicus*

34. Fulton County District Attorney's Office

35. Gerson, Stuart M., *amicus*

36. Gillen, Craig A., attorney for David James Shafer

37. Giuliani, Rudolph William Louis, Defendant in *Georgia v. Trump*

38. Graber, Mark A., *amicus*

39. Griffin Durham Tanner & Clarkson LLC

40. Grohovsky, Julie, *amicus* below

41. Grubman, Scott R., attorney for Kenneth John Chesebro

42. Hall, Scott Graham, Defendant in *Georgia v. Trump*

43. Hampton, Misty (a/k/a Emily Misty Hayes), Defendant in *Georgia v. Trump*

44. Harding, Todd A., attorney for Harrison William Prescott Floyd

45. Hogue, Franklin James, attorney for Jenna Lynn Ellis

46. Hogue, Laura Diane, attorney for Jenna Lynn Ellis

47. Jenner & Block, LLP

Case No. 23-12958

48. Jones, Steve C., U.S. District Court Judge for the Northern District of

Georgia

49. Kallen, Michelle S., attorney for *amici*

50. Kammer, Brian S., attorney for *amici* below

51. Kelley, Emily E., attorney for Mark R. Meadows

52. Kutti, Trevian C., Defendant in *Georgia v. Trump*

53. Lake, Anthony C., attorney for David James Shafer

54. Latham, Cathleen Alston, Defendant in *Georgia v. Trump*

55. Lee, Stephen Cliffgard, Defendant in *Georgia v. Trump*

56. Little, Jennifer L., attorney for Donald J. Trump

57. Luttig, J. Michael, *amicus*

58. MacDougald, Harry W., attorney for Jeffrey Bossert Clark

59. Marshall, Mary E., attorney for *amici*

60. McAfee, Scott, Fulton County Superior Court Judge

61. McFerren, William Coleman, attorney for Shawn Micah Tresher Still

62. McGuireWoods, LLP

63. Meyer, Joseph Michael, attorney for *amici*

64. Miller, Tom, *amicus*

65. Moran, John S., attorney for Mark R. Meadows

Case No. 23-12958

66. Morgan, John Thomas III, attorney for *amici*

67. Morris, Bruce H., attorney for Ray Stallings Smith, III

68. Ney, Adam, Fulton County District Attorney's Office

69. Novay, Kristen Wright, attorney for Ray Stallings Smith, III

70. Palmer, Amanda, attorney for Ray Stallings Smith, III

71. Parker, Wilmer, attorney for John Charles Eastman

72. Pierson, Holly Anne, attorney for David James Shafer

73. Powell, Sidney Katherine, Defendant in *Georgia v. Trump*

74. Rafferty, Brian T., attorney for Sidney Katherine Powell

75. Ragas, Arnold M., attorney for Harrison William Prescott Floyd

76. Ratakonda, Maithreyi, attorney for *amici*

77. Raul, Alan Charles, *amicus*

78. Rice, Richard A., Jr., attorney for Robert David Cheeley

79. Roman, Michael A., Defendant in *Georgia v. Trump*

80. Rood, Grant H., Fulton County District Attorney's Office

81. Sadow, Steven H., attorney for Donald J. Trump

82. Saldana, Sarah R., *amicus* below

83. Samuel, Donald Franklin, attorney for Ray Stallings Smith, III

84. Shafer, David James, Defendant in *Georgia v. Trump*

Case No. 23-12958

85. Shane, Peter M., *amicus*

86. Smith, Ray Stallings, III, Defendant in *Georgia v. Trump*

87. Still, Shawn Micah Tresher, Defendant in *Georgia v. Trump*

88. Terwilliger, George J., III, attorney for Mark R. Meadows

89. Trump, Donald J., Defendant in *Georgia v. Trump*

90. Twardy, Stanley A. Jr., *amicus* below

91. Volchok, Daniel, attorney for *amici*

92. Wade, Nathan J., Fulton County District Attorney's Office

93. Wade & Campbell Firm

94. Wakeford, Francis McDonald IV, Fulton County District Attorney's Office

95. Waxman, Seth P., attorney for *amici*

96. Weld, William F., *amicus*

97. Wertheimer, Fred, attorney for *amici*

98. Williams, Jonathan L., attorney for *amici*

99. Willis, Fani T., Fulton County District Attorney's Office

100. Wilmer Cutler Pickering Hale and Dorr LLP

101. Wooten, John William, Fulton County District Attorney's Office

102. Wu, Shan, *amicus* below

103. Young, Daysha D'Anya, Fulton County District Attorney's Office

Case No. 23-12958

Respectfully submitted, this 24th day of October, 2023.

By: *s/ F. McDonald Wakeford*
F. McDonald Wakeford
Chief Senior Assistant District Attorney
Atlanta Judicial Circuit
Georgia Bar No. 414898
136 Pryor Street SW, Third Floor
Atlanta, Georgia 30303
fmcdonald.wakeford@fultoncountyga.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify the foregoing was served upon the following by the CM/ECF electronic filing system because all are registered CM/ECF users:

George J. Terwilliger, III
John S. Moran
Michael J. Francisco
Francis J. Aul
McGuire Woods LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-2473
gterwilliger@mcguirewoods.com

Dated this 24th day of October, 2023.

<u>*s/ F. McDonald Wakeford*</u>

F. McDonald Wakeford