No. 23-12958
_____

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
_____

The State of Georgia,
*Plaintiff-Appellee*,

v.

Mark R. Meadows,
*Defendant-Appellant.*

_____

On Appeal from the United States District Court
for the Northern District of Georgia,
Case No. 1:23-cv-03621-SCJ

_____

# APPELLEE'S MOTION TO FILE DOCUMENTS OUT OF TIME
# OR OTHERWISE REMEDY THE DEFAULT
_____

| | |
|---|---|
| FANI T. WILLIS | F. MCDONALD WAKEFORD |
| District Attorney | Chief Senior Assistant |
| Atlanta Judicial Circuit | Assistant District Attorney |
| 136 Pryor Street SW | |
| Atlanta, Georgia 30303 | ANNA GREEN CROSS |
| 404-612-4981 | Special Prosecutor |
| Fani.WillisDA@fultoncountyga.gov | |

Case No. 23-12958

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

To the best of Appellee's knowledge, no associations of persons, partnerships, or corporations have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, or any publicly held corporation that owns 10% or more of the party's stock. The following is a list, in alphabetical order, of all trial judges, attorneys, law firms, and persons with such an interest. Appellee, like Appellant, has included the parties, their attorneys, and their attorneys' firms, as well as the other defendants in this criminal case and their attorneys.

1. Alksne, Cynthia, *amicus* in District Court

2. Anulewicz, Christopher Scott, attorney for Robert David Cheeley

3. Arora, Manubir, attorney for Kenneth John Chesebro

4. Aul, Francis, attorney for Mark R. Meadows

5. Ayer, Donald B., *amicus*

6. Barron, Lynsey M., attorney for Scott Graham Hall

7. Beckermann, Wayne R., attorney for Robert David Cheeley

8. Bernick, Alex, Fulton County District Attorney's Office

9. Bever, Thomas Dean, attorney for Shawn Micah Tresher Still

10. Bittman, Robert, attorney for Mark R. Meadows

Page C-1 of 6

Case No. 23-12958

11. Bondurant Mixson & Elmore LLP

12. Carr, Christopher M., Attorney General of the State of Georgia

13. Cheeley, Robert David, Defendant in *Georgia v. Trump*

14. Chemerinsky, Erwin, *amicus*

15. Chesebro, Kenneth John, Defendant in *Georgia v. Trump*

16. Childress, Marcus, attorney for *amici*

17. Christenson, David Andrew, *pro se*, denied intervention below

18. Clark, Jeffrey Bossert, Defendant in *Georgia v. Trump*

19. Cohen, Darryl B., attorney for Trevian C. Kutti

20. Copeland, Amy, *amicus* below

21. Cromwell, William Grant, attorney for Cathleen Alston Latham

22. Cross, Anna Green, Fulton County District Attorney's Office

23. Cross Kincaid LLC

24. Durham, James D., attorney for Mark R. Meadows in *Georgia v. Trump*

25. Eastman, John Charles, Defendant in *Georgia v. Trump*

26. Ellis, Jenna Lynn, Defendant in *Georgia v. Trump*

27. Englert, Joseph Matthew, attorney for Mark R. Meadows

28. Farmer, John J. Jr., *amicus*

29. Floyd, Harrison William Prescott, Defendant in *Georgia v. Trump*

Case No. 23-12958

30. Floyd, John Earl, Fulton County District Attorney's Office

31. Francisco, Michael Lee, attorney for Mark R. Meadows

32. Fried, Charles A., *amicus*

33. Frosh, Brian, *amicus*

34. Fulton County District Attorney's Office

35. Gerson, Stuart M., *amicus*

36. Gillen, Craig A., attorney for David James Shafer

37. Giuliani, Rudolph William Louis, Defendant in *Georgia v. Trump*

38. Graber, Mark A., *amicus*

39. Griffin Durham Tanner & Clarkson LLC

40. Grohovsky, Julie, *amicus* below

41. Grubman, Scott R., attorney for Kenneth John Chesebro

42. Hall, Scott Graham, Defendant in *Georgia v. Trump*

43. Hampton, Misty (a/k/a Emily Misty Hayes), Defendant in *Georgia v. Trump*

44. Harding, Todd A., attorney for Harrison William Prescott Floyd

45. Hogue, Franklin James, attorney for Jenna Lynn Ellis

46. Hogue, Laura Diane, attorney for Jenna Lynn Ellis

47. Jenner & Block, LLP

Case No. 23-12958

48. Jones, Steve C., U.S. District Court Judge for the Northern District of Georgia

49. Kallen, Michelle S., attorney for *amici*

50. Kammer, Brian S., attorney for *amici* below

51. Kelley, Emily E., attorney for Mark R. Meadows

52. Kutti, Trevian C., Defendant in *Georgia v. Trump*

53. Lake, Anthony C., attorney for David James Shafer

54. Latham, Cathleen Alston, Defendant in *Georgia v. Trump*

55. Lee, Stephen Cliffgard, Defendant in *Georgia v. Trump*

56. Little, Jennifer L., attorney for Donald J. Trump

57. Luttig, J. Michael, *amicus*

58. MacDougald, Harry W., attorney for Jeffrey Bossert Clark

59. Marshall, Mary E., attorney for *amici*

60. McAfee, Scott, Fulton County Superior Court Judge

61. McFerren, William Coleman, attorney for Shawn Micah Tresher Still

62. McGuireWoods, LLP

63. Meyer, Joseph Michael, attorney for *amici*

64. Miller, Tom, *amicus*

65. Moran, John S., attorney for Mark R. Meadows

Case No. 23-12958

66. Morgan, John Thomas III, attorney for *amici*

67. Morris, Bruce H., attorney for Ray Stallings Smith, III

68. Ney, Adam, Fulton County District Attorney's Office

69. Novay, Kristen Wright, attorney for Ray Stallings Smith, III

70. Palmer, Amanda, attorney for Ray Stallings Smith, III

71. Parker, Wilmer, attorney for John Charles Eastman

72. Pierson, Holly Anne, attorney for David James Shafer

73. Powell, Sidney Katherine, Defendant in *Georgia v. Trump*

74. Rafferty, Brian T., attorney for Sidney Katherine Powell

75. Ragas, Arnold M., attorney for Harrison William Prescott Floyd

76. Ratakonda, Maithreyi, attorney for *amici*

77. Raul, Alan Charles, *amicus*

78. Rice, Richard A., Jr., attorney for Robert David Cheeley

79. Roman, Michael A., Defendant in *Georgia v. Trump*

80. Rood, Grant H., Fulton County District Attorney's Office

81. Sadow, Steven H., attorney for Donald J. Trump

82. Saldana, Sarah R., *amicus* below

83. Samuel, Donald Franklin, attorney for Ray Stallings Smith, III

84. Shafer, David James, Defendant in *Georgia v. Trump*

85. Shane, Peter M., *amicus*

86. Smith, Ray Stallings, III, Defendant in *Georgia v. Trump*

87. Still, Shawn Micah Tresher, Defendant in *Georgia v. Trump*

88. Terwilliger, George J., III, attorney for Mark R. Meadows

89. Trump, Donald J., Defendant in *Georgia v. Trump*

90. Twardy, Stanley A. Jr., *amicus* below

91. Volchok, Daniel, attorney for *amici*

92. Wade, Nathan J., Fulton County District Attorney's Office

93. Wade & Campbell Firm

94. Wakeford, Francis McDonald IV, Fulton County District Attorney's Office

95. Waxman, Seth P., attorney for *amici*

96. Weld, William F., *amicus*

97. Wertheimer, Fred, attorney for *amici*

98. Williams, Jonathan L., attorney for *amici*

99. Willis, Fani T., Fulton County District Attorney's Office

100. Wilmer Cutler Pickering Hale and Dorr LLP

101. Wooten, John William, Fulton County District Attorney's Office

102. Wu, Shan, *amicus* below

103. Young, Daysha D'Anya, Fulton County District Attorney's Office

# MOTION TO FILE DOCUMENTS OUT OF TIME OR OTHERWISE REMEDY THE DEFAULT

The State of Georgia respectfully requests permission to file a standalone Certificate of Interested Persons and Corporate Disclosure Statement. This follows the filing of a Notice of Deficiency on October 11, 2023, instructing the State to file said standalone CIP, complete the web-based CIP, and file a motion to remedy the defaults.

In both its Response to Appellant's (subsequently withdrawn) Emergency Motion for a Stay Pending Appeal and its Brief of Appellee, the State filed a certification that the CIP provided by Appellant appeared complete, as authorized under Eleventh Circuit Rule 26.1-2(b) and (c). The State's only additions to the list of persons within Appellant's CIP (Alex Bernick, Maithreyi Ratakonda, and Jonathan L. Williams) are attorneys who have filed Notices of Appearance in this case. Thus, because the information contained in the standalone CIP filed today was included in filings made by the Appellant, Appellee, and others, neither the Court nor the other parties were prejudiced by the State's delay in filing the CIP. Counsel for the State has also completed the web-based CIP as of today, October 24, 2023.

For these reasons, and for the reasons provided in Appellant's own subsequently-granted Motion to File Out of Time, the State of Georgia submits there is good cause for the Court to grant leave to file its standalone CIP out of time or otherwise remedy the default.

2

Respectfully submitted this 24th day of October, 2023.

By: *s/ F. McDonald Wakeford*
F. MCDONALD WAKEFORD
Chief Senior Assistant District Attorney
Atlanta Judicial Circuit
136 Pryor Street SW, Third Floor
Atlanta, Georgia 30303
404-612-4981
fmcdonald.wakeford@fultoncountyga.gov

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d) and Eleventh Circuit Rule 27-1 because this document contains 239 words and uses a Times New Roman 14-point font.

    This 24th day of October 2023.

                *s/ F. McDonald Wakeford*
                F. McDonald Wakeford

3

## **CERTIFICATE OF SERVICE**

      I hereby certify the foregoing was served upon the following by the CM/ECF electronic filing system because all are registered CM/ECF users:

George J. Terwilliger, III
John S. Moran
Michael J. Francisco
Francis J. Aul
McGuire Woods LLP
888 16th Street NW, Suite 500
Washington, DC 20006
(202) 857-2473
gterwilliger@mcguirewoods.com

Dated this 24th day of October, 2023.

                        *s/ F. McDonald Wakeford*

                        F. McDonald Wakeford