# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 23-12958

THE STATE OF GEORGIA,

                                                                                Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

                                                                                Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

ORDER:

| 2 | Order of the Court | 23-12958 |

Appellee's Motion to file Documents out of time or otherwise remedy the default is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION