# ATTACHMENT A

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA<br><br>    v.<br><br>MARK RANDALL MEADOWS,<br>JEFFREY BOSSERT CLARK, and<br>DAVID JAMES SHAFER. | Indictment No.<br>23SC188947 |

**AMENDED CASE SPECIFIC SCHEDULING ORDER**

Upon motion by the above-listed Defendants,[1] and after receiving argument from Defendants Meadows and Clark at a hearing on December 1, 2023, the motions are GRANTED IN PART with the partial consent of the State. The case specific scheduling order filed September 29, 2023, is hereby amended as follows:

    (1) <u>Motions</u>: The filing deadline for pretrial motions (other than motions *in limine*) is extended from January 8, 2024, to February 5, 2024, for the above-listed Defendants.

All other provisions, including initial reciprocal discovery obligations, remain in place. Additional extensions will only be considered upon filing of a particularized motion containing a detailed, fact-based explanation of the need for the extension including the amount of time needed.

    **SO ORDERED**, this 11th day of December, 2023.

Judge Scott McAfee
Fulton Superior Court
Atlanta Judicial Circuit

---

[1] (Meadows Doc. 52, 11/14/23); (Clark Doc. 60, 11/8/23); (Shafer Doc. 72, 12/1/23).