[PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

ERRATA

_____

THE STATE OF GEORGIA,

                              Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

The opinion has been changed as follows:

    On page 29, "constitutionally-authorized" has been changed to "constitutionally-authorized"

    On page 30, "6 Op. O.L.C. 214, 216–217" has been changed to "6 Op. O.L.C. 214, 216–17"