# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

_____

THE STATE OF GEORGIA,

　　　　　　　　　　　　　　　　　　　　　Plaintiff-Appellee,

*versus*

MARK RANDALL MEADOWS,

　　　　　　　　　　　　　　　　　　　　　Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

| 2 | Order of the Court | 23-12958 |
|---|---|---|

Before William Pryor, Chief Judge, and Rosenbaum and Abudu, Circuit Judges.

PER CURIAM:

The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 35. The Petition for Rehearing En Banc is also treated as a Petition for Rehearing before the panel and is DENIED. FRAP 35, IOP 2.