# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12958

_____

THE STATE OF GEORGIA,

                                                 Plaintiff-Appellee,

_versus_

MARK RANDALL MEADOWS,

                                                 Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03621-SCJ

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 18, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: March 7, 2024