# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 07, 2024

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: **23-12958-HH**
Case Style: The State of Georgia v. Mark Meadows
District Court Docket No: 1:23-cv-03621-SCJ

The following record materials in the referenced case are returned herewith:

<u>One Envelope of Exhibits.</u>

<u>Clerk's Office Phone Numbers</u>
General Information:     404-335-6100      Attorney Admissions:             404-335-6122
Case Administration:     404-335-6135      Capital Cases:                   404-335-6200
CM/ECF Help Desk:        404-335-6125      Cases Set for Oral Argument:     404-335-6141

REC-3 Ltr Returning Record to DC/ wpm