No. 23-12958

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———————

The State of Georgia,

*Plaintiff-Appellee*,

v.

Mark R. Meadows,

*Defendant-Appellant*.

———————

On Appeal from the United States District Court
for the Northern District of Georgia, No. 1:23-cv-03621-SCJ

———————

# MOTION TO WITHDRAW MICHAEL L. FRANCISCO
# AS COUNSEL FOR DEFENDANT-APPELLANT MARK R. MEADOWS

———————

John S. Moran
Michael L. Francisco
Francis J. Aul
MCGUIREWOODS LLP
888 16th Street N.W.
Suite 500
Washington, D.C. 20006
(202) 857-2817
jmoran@mcguirewoods.com

*Counsel for Defendant-Appellant Mark R. Meadows*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

To the best of Appellant's knowledge, no associations of persons, partnerships, or corporations have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock; the following is a list, in alphabetical order, of all trial judges, attorneys, law firms, and persons with such an interest[1]:

1. Alksne, Cynthia, *amicus* below

2. Anulewicz, Christopher Scott, attorney for Robert David Cheeley

3. Arora, Manubir, attorney for Kenneth John Chesebro

4. Aul, Francis, attorney for Mark R. Meadows

5. Ayer, Donald B., *amicus* below

6. Barron, Lynsey M., attorney for Scott Graham Hall

7. Beckermann, Wayne R., attorney for Robert David Cheeley

8. Bernick, Alex, Fulton County District Attorney's Office

9. Bever, Thomas Dean, attorney for Shawn Micah Tresher Still

10. Bittman, Robert, attorney for Mark R. Meadows

---

[1] For all parties who appeared below, Appellant has included the parties, their attorneys, and their attorneys' law firms. In order to facilitate this Court's review for potential conflicts, Appellant has also included the other named defendants in the state proceeding and their attorneys, where available.

11. Bondurant Mixson & Elmore LLP

12. Carr, Christopher M., Attorney General of the State of Georgia

13. Cheeley, Robert David, Defendant in *Georgia v. Trump*

14. Chemerinsky, Erwin, *amicus* below

15. Chesebro, Kenneth John, Defendant in *Georgia v. Trump*

16. Childress, Marcus, attorney for *amici*

17. Christenson, David Andrew, *pro se*, denied intervention below

18. Clark, Jeffrey Bossert, Defendant in *Georgia v. Trump*

19. Cohen, Darryl B., attorney for Trevian C. Kutti

20. Copeland, Amy, *amicus* below

21. Cromwell, William Grant, attorney for Cathleen Alston Latham

22. Cross, Anna Green, Fulton County District Attorney's Office

23. Cross Kincaid LLC

24. Durham, James D., attorney for Mark R. Meadows in *Georgia v. Trump*

25. Eastman, John Charles, Defendant in *Georgia v. Trump*

26. Ellis, Jenna Lynn, Defendant in *Georgia v. Trump*

27. Englert, Joseph Matthew, attorney for Mark R. Meadows

28. Farmer, John J. Jr., *amicus* below

29. Floyd, Harrison William Prescott, Defendant in *Georgia v. Trump*

30. Floyd, John Earl, Fulton County District Attorney's Office

31. Francisco, Michael Lee, attorney for Mark R. Meadows

32. Fried, Charles A., *amicus* below

33. Frosh, Brian, *amicus*

34. Fulton County District Attorney's Office

35. Gerson, Stuart M., *amicus*

36. Gillen, Craig A., attorney for David James Shafer

37. Giuliani, Rudolph William Louis, Defendant in *Georgia v. Trump*

38. Graber, Mark A., *amicus*

39. Griffin Durham Tanner & Clarkson LLC

40. Grohovsky, Julie, *amicus* below

41. Grubman, Scott R., attorney for Kenneth John Chesebro

42. Hall, Scott Graham, Defendant in *Georgia v. Trump*

43. Hampton, Misty (a/k/a Emily Misty Hayes), Defendant in *Georgia v. Trump*

44. Harding, Todd A., attorney for Harrison William Prescott Floyd

45. Hogue, Franklin James, attorney for Jenna Lynn Ellis

46. Hogue, Laura Diane, attorney for Jenna Lynn Ellis

47. Jenner & Block, LLP

48. Jones, Steve C., U.S. District Court Judge for the Northern District of Georgia

49. Kallen, Michelle S., attorney for *amici*

50. Kammer, Brian S., attorney for *amici* below

51. Kelley, Emily E., attorney for Mark R. Meadows

52.     Kutti, Trevian C., Defendant in *Georgia v. Trump*

53.     Lake, Anthony C., attorney for David James Shafer

54.     Latham, Cathleen Alston, Defendant in *Georgia v. Trump*

55.     Lee, Stephen Cliffgard, Defendant in *Georgia v. Trump*

56.     Little, Jennifer L., attorney for Donald J. Trump

57.     Luttig, J. Michael, *amicus*

58.     MacDougald, Harry W., attorney for Jeffrey Bossert Clark

59.     Marshall, Mary E., attorney for *amici*

60.     McAfee, Scott, Fulton County Superior Court Judge

61.     McFerren, William Coleman, attorney for Shawn Micah Tresher Still

62.     McGuireWoods, LLP

63.     Meyer, Joseph Michael, attorney for *amici* below

64.     Miller, Tom, *amicus*

65.     Moran, John S., attorney for Mark R. Meadows

66.     Morgan, John Thomas III, attorney for *amici*

67.     Morris, Bruce H., attorney for Ray Stallings Smith, III

68.     Ney, Adam, Fulton County District Attorney's Office

69.     Novay, Kristen Wright, attorney for Ray Stallings Smith, III

70.     Palmer, Amanda, attorney for Ray Stallings Smith, III

71.     Parker, Wilmer, attorney for John Charles Eastman

72.     Pierson, Holly Anne, attorney for David James Shafer

73. Powell, Sidney Katherine, Defendant in *Georgia v. Trump*

74. Rafferty, Brian T., attorney for Sidney Katherine Powell

75. Ragas, Arnold M., attorney for Harrison William Prescott Floyd

76. Ratakonda, Maithreyi, attorney for *amici*

77. Raul, Alan Charles, *amicus*

78. Rice, Richard A., Jr., attorney for Robert David Cheeley

79. Roman, Michael A., Defendant in *Georgia v. Trump*

80. Rood, Grant H., Fulton County District Attorney's Office

81. Sadow, Steven H., attorney for Donald J. Trump

82. Saldana, Sarah R., *amicus* below

83. Samuel, Donald Franklin, attorney for Ray Stallings Smith, III

84. Shafer, David James, Defendant in *Georgia v. Trump*

85. Shane, Peter M., *amicus*

86. Smith, Ray Stallings, III, Defendant in *Georgia v. Trump*

87. Still, Shawn Micah Tresher, Defendant in *Georgia v. Trump*

88. Terwilliger, George J., III, attorney for Mark R. Meadows

89. Trump, Donald J., Defendant in *Georgia v. Trump*

90. Twardy, Stanley A. Jr., *amicus* below

91. Volchok, Daniel, attorney for *amici* below

92. Wade, Nathan J., Fulton County District Attorney's Office

93. Wade & Campbell Firm

94. Wakeford, Francis McDonald IV, Fulton County District Attorney's Office

95. Waxman, Seth P., attorney for *amici* below

96. Weld, William F., *amicus* below

97. Wertheimer, Fred, attorney for *amici* below

98. Williams, Jonathan L., attorney for *amici*

99. Willis, Fani T., Fulton County District Attorney's Office

100. Wilmer Cutler Pickering Hale and Dorr LLP

101. Wooten, John William, Fulton County District Attorney's Office

102. Wu, Shan, *amicus* below

103. Young, Daysha D'Anya, Fulton County District Attorney's Office

Defendant-Appellant Mark R. Meadows hereby moves for the withdrawal of Michael L. Francisco as counsel of record for Mr. Meadows. John S. Moran, Esq. of McGuireWoods LLP will continue to serve as lead counsel for Mr. Meadows. Mr. Francisco is leaving McGuireWoods LLP as of April 29, 2024.

Dated: April 29, 2024

Respectfully submitted,

<u>/s/ Michael L. Francisco</u>
Michael L. Francisco
John S. Moran
Francis J. Aul
MCGUIREWOODS LLP
888 16th Street N.W. Suite 500
Washington, D.C. 20006
(202) 857-2473

*Counsel for Defendant-Appellant Mark R. Meadows*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Michael L. Francisco*
Michael L. Francisco