

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 21, 2024

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re:  Mark Randall Meadows
           v. Georgia
           Application No. 23A102
           (Your No. 23-12958)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on May 21, 2024, extended the time to and including June 27, 2024.

This letter has been sent to those designated on the attached notification list.

                                          Sincerely,

                                          **Scott S. Harris**, Clerk

                                          by

                                          Redmond K. Barnes
                                          Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

FIRST-CLASS MAIL
05/21/2024
US POSTAGE $000.64⁰
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120601

CLEARED SECURITY

MAY 29 2024

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. MARSHALS SERVICE
Atlanta, GA