No. 23-12958

## UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

───────────────

THE STATE OF GEORGIA,

        *Plaintiff-Appellee*,

v.

MARK RANDALL MEADOWS,

        *Defendant-Appellant*.

───────────────

On Appeal from the United States District Court
for the Northern District of Georgia,
No. 23-cv-03621

───────────────

## MOTION TO WITHDRAW APPEARANCE OF ZACHARY J. LUSTBADER

───────────────

| | |
|---|---|
| PAUL D. CLEMENT | ZACHARY J. LUSTBADER* |
| ERIN E. MURPHY | CLEMENT & MURPHY, PLLC |
| CLEMENT & MURPHY, PLLC | 706 Duke Street |
| 706 Duke Street | Alexandria, VA 22314 |
| Alexandria, VA 22314 | (202) 742-8900 |
| (202) 742-8900 | zach.lustbader@clementmurphy.com |
| paul.clement@clementmurphy.com | |
| | * Supervised by principals of the firm who are members of the Virginia bar |

*Counsel for Defendant-Appellant*

June 14, 2024

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

To the best of Appellant's knowledge, no associations of persons, partnerships, or corporations have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock; the following is a list, in alphabetical order, of all trial judges, attorneys, law firms, and persons with such an interest[1]:

1. Alksne, Cynthia, *amicus* below

2. Anulewicz, Christopher Scott, attorney for Robert David Cheeley

3. Arora, Manubir, attorney for Kenneth John Chesebro

4. Aul, Francis, attorney for Mark R. Meadows

5. Ayer, Donald B., *amicus* below

6. Barron, Lynsey M., attorney for Scott Graham Hall

7. Beckermann, Wayne R., attorney for Robert David Cheeley

8. Bernick, Alex, Fulton County District Attorney's Office

9. Bever, Thomas Dean, attorney for Shawn Micah Tresher Still

10. Bittman, Robert, attorney for Mark R. Meadows

---

[1] For all parties who appeared below, Appellant has included the parties, their attorneys, and their attorneys' law firms. In order to facilitate this Court's review for potential conflicts, Appellant has also included the other named defendants in the state proceeding and their attorneys, where available.

11. Bondurant Mixson & Elmore LLP

12. Carr, Christopher M., Attorney General of the State of Georgia

13. Cheeley, Robert David, Defendant in *Georgia v. Trump*

14. Chemerinsky, Erwin, *amicus* below

15. Chesebro, Kenneth John, Defendant in *Georgia v. Trump*

16. Childress, Marcus, attorney for *amici*

17. Christenson, David Andrew, *pro se*, denied intervention below

18. Clark, Jeffrey Bossert, Defendant in *Georgia v. Trump*

19. Clement & Murphy, PLLC

20. Clement, Paul D., attorney for Mark R. Meadows

21. Cohen, Darryl B., attorney for Trevian C. Kutti

22. Copeland, Amy, *amicus* below

23. Cromwell, William Grant, attorney for Cathleen Alston Latham

24. Cross, Anna Green, Fulton County District Attorney's Office

25. Cross Kincaid LLC

26. Durham, James D., attorney for Mark R. Meadows in *Georgia v. Trump*

27. Eastman, John Charles, Defendant in *Georgia v. Trump*

28. Ellis, Jenna Lynn, Defendant in *Georgia v. Trump*

29. Englert, Joseph Matthew, attorney for Mark R. Meadows

30. Farmer, John J. Jr., *amicus* below

31. Floyd, Harrison William Prescott, Defendant in *Georgia v. Trump*

32. Floyd, John Earl, Fulton County District Attorney's Office

33. Francisco, Michael Lee, attorney for Mark R. Meadows

34. Fried, Charles A., *amicus* below

35. Frosh, Brian, *amicus*

36. Fulton County District Attorney's Office

37. Gerson, Stuart M., *amicus*

38. Gillen, Craig A., attorney for David James Shafer

39. Giuliani, Rudolph William Louis, Defendant in *Georgia v. Trump*

40. Graber, Mark A., *amicus*

41. Griffin Durham Tanner & Clarkson LLC

42. Grohovsky, Julie, *amicus* below

43. Grubman, Scott R., attorney for Kenneth John Chesebro

44. Hall, Scott Graham, Defendant in *Georgia v. Trump*

45. Hampton, Misty (a/k/a Emily Misty Hayes), Defendant in *Georgia v. Trump*

46. Harding, Todd A., attorney for Harrison William Prescott Floyd

47. Hogue, Franklin James, attorney for Jenna Lynn Ellis

48. Hogue, Laura Diane, attorney for Jenna Lynn Ellis

49. Jenner & Block, LLP

50. Jones, Steve C., U.S. District Court Judge for the Northern District of Georgia

51. Kallen, Michelle S., attorney for *amici*

52. Kammer, Brian S., attorney for *amici* below

53. Kelley, Emily E., attorney for Mark R. Meadows

54. Kutti, Trevian C., Defendant in *Georgia v. Trump*

55. Lake, Anthony C., attorney for David James Shafer

56. Latham, Cathleen Alston, Defendant in *Georgia v. Trump*

57. Lee, Stephen Cliffgard, Defendant in *Georgia v. Trump*

58. Little, Jennifer L., attorney for Donald J. Trump

59. Lustbader, Zachary J., attorney for Mark R. Meadows

60. Luttig, J. Michael, *amicus*

61. MacDougald, Harry W., attorney for Jeffrey Bossert Clark

62. Marshall, Mary E., attorney for *amici*

63. McAfee, Scott, Fulton County Superior Court Judge

64. McFerren, William Coleman, attorney for Shawn Micah Tresher Still

65. McGuireWoods, LLP

66. Meyer, Joseph Michael, attorney for *amici* below

67. Miller, Tom, *amicus*

68. Moran, John S., attorney for Mark R. Meadows

69. Morgan, John Thomas III, attorney for *amici*

70. Morris, Bruce H., attorney for Ray Stallings Smith, III

71. Murphy, Erin E., attorney for Mark R. Meadows

72. Ney, Adam, Fulton County District Attorney's Office

73. Novay, Kristen Wright, attorney for Ray Stallings Smith, III

74. Palmer, Amanda, attorney for Ray Stallings Smith, III

75. Parker, Wilmer, attorney for John Charles Eastman

76. Pierson, Holly Anne, attorney for David James Shafer

77. Powell, Sidney Katherine, Defendant in *Georgia v. Trump*

78. Rafferty, Brian T., attorney for Sidney Katherine Powell

79. Ragas, Arnold M., attorney for Harrison William Prescott Floyd

80. Ratakonda, Maithreyi, attorney for *amici*

81. Raul, Alan Charles, *amicus*

82. Rice, Richard A., Jr., attorney for Robert David Cheeley

83. Roman, Michael A., Defendant in *Georgia v. Trump*

84. Rood, Grant H., Fulton County District Attorney's Office

85. Sadow, Steven H., attorney for Donald J. Trump

86. Saldana, Sarah R., *amicus* below

87. Samuel, Donald Franklin, attorney for Ray Stallings Smith, III

88. Shafer, David James, Defendant in *Georgia v. Trump*

89. Shane, Peter M., *amicus*

90. Smith, Ray Stallings, III, Defendant in *Georgia v. Trump*

91. Still, Shawn Micah Tresher, Defendant in *Georgia v. Trump*

92. Terwilliger, George J., III, attorney for Mark R. Meadows

93. Trump, Donald J., Defendant in *Georgia v. Trump*

94. Twardy, Stanley A. Jr., *amicus* below

95. Volchok, Daniel, attorney for *amici* below

96. Wade, Nathan J., Fulton County District Attorney's Office

97. Wade & Campbell Firm

98. Wakeford, Francis McDonald IV, Fulton County District Attorney's Office

99. Waxman, Seth P., attorney for *amici* below

100. Weld, William F., *amicus* below

101. Wertheimer, Fred, attorney for *amici* below

102. Williams, Jonathan L., attorney for *amici*

103. Willis, Fani T., Fulton County District Attorney's Office

104. Wilmer Cutler Pickering Hale and Dorr LLP

105. Wooten, John William, Fulton County District Attorney's Office

106. Wu, Shan, *amicus* below

107. Young, Daysha D'Anya, Fulton County District Attorney's Office

Dated: June 14, 2024

                                                                               s/Zachary J. Lustbader
                                                                               Zachary J. Lustbader

## MOTION TO WITHDRAW APPEARANCE

Defendant-Appellant hereby moves for the withdrawal of Zachary J. Lustbader as counsel for Defendant-Appellant Mark R. Meadows. In support of that motion, Defendant-Appellant states as follows:

1. Effective June 14, 2024, Mr. Lustbader will no longer be associated with Clement & Murphy, PLLC, and therefore will not be participating further in this matter. He does not require notice of further filings in this case and should be removed from all service lists.

2. Paul D. Clement and Erin E. Murphy—both of whom are members of the bar of this Court—have previously filed appearances in this matter and will continue to serve as attorneys for Mark R. Meadows.

3. No prior application for relief has been made.

Accordingly, Defendant-Appellant respectfully requests that the Court grant leave for Zachary J. Lustbader to withdraw his appearance.

        Respectfully submitted,

| | |
|---|---|
| PAUL D. CLEMENT<br>ERIN E. MURPHY<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>paul.clement@clementmurphy.com | s/Zachary J. Lustbader<br>ZACHARY J. LUSTBADER[*]<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>zach.lustbader@clementmurphy.com |

[*] Supervised by principals of the firm who are members of the Virginia bar

*Counsel for Defendant-Appellant Mark R. Meadows*

June 14, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Zachary J. Lustbader<br>
Zachary J. Lustbader