# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*U.S. COURT OF APPEALS RECEIVED CLERK JUN 24 2024 ATLANTA, GA*

June 20, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      Re:  Mark Randall Meadows
           v. Georgia
           Application No. 23A1029
           (Your No. 23-12958) *HH*

Dear Clerk:

    The application for a further extension of time in the above-entitled case has been presented to Justice Thomas, who on June 20, 2024, extended the time to and including July 27, 2024.

    This letter has been sent to those designated on the attached notification list.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk

                                    by

                                    Redmond K. Barnes
                                    Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Paul D. Clement
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

USCA11 Case: 23-12958   Document: 95   Date Filed: 06/24/2024   Page: 3 of 3

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST
06/20/2024
US POSTAGE $000.64⁰

FIRST-CLASS MAIL
US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120601

CLEARED SECURITY

JUN 24 2024
U.S. MARSHALS SERVICE
Atlanta, GA