# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2024

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

> Re:  Mark Randall Meadows
>        v. Georgia
>        No. 24-97
>        (Your No. 23-12958)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 26, 2024 and placed on the docket July 30, 2024 as No. 24-97.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst